UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT COURT OF NEW YORK

------------------------------------------x

BOROUGH OF UPPER SADDLE RIVER, NEW JERSEY,

KAREN MILLER, ROY OSTROM, MARIA FLORIO, MARK

RUFFOLO AND LINDA MCDONALD,

                        Plaintiffs,

    - against -

ROCKLAND COUNTY SEWER DISTRICT #1,

                        Defendant.

------------------------------------------x


                    Monday,

                    January 10, 2011

                    10:10 a.m.




            EXAMINATION BEFORE TRIAL OF

        a Defendant, ROCKLAND COUNTY SEWER

        DISTRICT #1, by and through its Witness,

        DIANNE PHILIPPS, held at the

        offices of Rockland & Orange Reporting,

        20 South Main Street, New City, New

        York, on the above time and date, before

        a Notary Public of the State of New York.


                ROCKLAND & ORANGE REPORTING

                    20 South Main Street

                New City, New York  10956

                        (845) 634-4200

```
 1   A P P E A R A N C E S:

 2

 3

 4

 5

 6   BURKE, MIELE & GOLDEN, LLP

 7        Attorneys for the Plaintiffs

 8        40 Matthews Street

 9        Suite 209

10        Goshen, New York 10924

11   BY:   MICHAEL BURKE, ESQ.

12

13

14

15

16   PANNONE LOPES DEVEREAUX & WEST LLC

17        Attorneys for the Defendant

18        81 Main Street

19        Suite 510

20        White Plains, New York 10601

21   BY:   MICHAEL L. CAREY, ESQ.

22

23

24

25
```

9

Dianne Philipps

1
2    at the time.
3            Q.    That's not where they were?
4            A.    At the time.
5            Q.    Can you please tell me what your
6    title is with the Rockland County Sewer District?
7            A.    Executive Director.
8            Q.    How long have you been the Executive
9    Director?
10           A.    I think since March 2004.
11           Q.    How long have you been employed by
12   the Rockland County Sewer District?
13           A.    Since October 1989.
14           Q.    Prior to get becoming Executive
15   Director, what position did you hold with the
16   Rockland County Sewer District?
17           A.    Assistant Director.
18           Q.    Who was the Director?
19           A.    Ron Delo.
20           Q.    D-E-L-O?
21           A.    Yes.
22           Q.    How long were you the Assistant
23   Director?
24           A.    I think it was 1994.
25           Q.    On occasion I may just go back to

10

1                    Dianne Philipps

2    give some other instructions by way of typically

3    what to expect in a deposition.

4              If you don't understand my

5    questions, please let me know, because if you

6    answer I'll assume that you understand the

7    question and your answer will be the answer.

8              Again, if you want me to rephrase

9    the question, I'll rephrase it.

10             If you need to take a break, please

11   let me know, and we'll take a break, but the only

12   caveat to that is that we cannot take a break if

13   there's a pending question.  So you have to give

14   an answer, and then we can take a break.

15             Okay?

16        A.   Okay.

17        Q.   What are your job duties as

18   Executive Director for the Rockland County Sewer

19   District?

20        A.   I guess to oversee the maintenance

21   of the -- maintenance and operation of the

22   wastewater treatment plant and the collection

23   system.  Plan capital projects.

24        Q.   Oversee the maintenance?

25        A.   Operations and maintenance of the

11

1                         Dianne Philipps
2    wastewater treatment plant and collection system.
3              Q.    How long were you the Assistant
4    Director for the Rockland County Sewer District?
5              A.    I guess it would be approximately
6    ten years.
7              Q.    What was the position you held
8    before that?
9              A.    Engineer III.
10             Q.    How long were you an Engineer III?
11             A.    Well, from 1989 to 2004.
12             Q.    But I thought  -- okay.  Even as
13   Assistant Director you were classified as an
14   Engineer III?
15             A.    No.  I was Engineer III first, and
16   then became Assistant Director, and then
17   Executive Director.
18             Q.    Okay.  I thought you first testified
19   that you became Executive Director in March of
20   2004.
21             A.    Yes.  And I believe I said --
22             Q.    An Assistant Director for ten years,
23   so --
24             A.    That would have been 1990 something
25   that I became...

17

1                    Dianne Philipps

2  Mr. Ostrom?

3          A.    No.

4          Q.    Maria Florio, do you know her?

5          A.    No.

6          Q.    Never spoken to her?

7          A.    No.

8          Q.    Mark Ruffolo?

9          A.    No.

10         Q.    And Linda MacDonald?

11         A.    No.

12         Q.    Have you spoken with anybody from

13  the New Jersey DEP regarding the claims of the

14  Borough of Upper Saddle River about spills into

15  the Saddle River?

16         A.    We have to report spills to them.    I

17  never talked about the -- this lawsuit or

18  anything.    There was never any reason to.

19         Q.    When do you have to report spills to

20  them?

21         A.    Whenever we have a spill sit -- have

22  a spill, we have a -- there's a whole list of

23  contacts we have to make when we have a spill.

24         Q.    And you're saying that you notified

25  the New Jersey DEP when there's a spill that

18

1                    Dianne Philipps

2    affects a waterway that reaches New Jersey?

3         A.    Yes.

4         Q.    On the occasions wherever there was

5    a spill that reached a waterway in New Jersey,

6    did your office notify the New Jersey DEP?

7         A.    Some -- someone from the Sewer

8    District did, whether it was my office or

9    operations.

10         Q.    Is there a protocol where you both

11    report orally and then also follow-up with a

12    spill report?

13         A.    Yes.

14         Q.    For the New Jersey DEP as well?

15         A.    When they request a report.

16         Q.    So you don't send one like you do

17    with the New York DEC?

18         A.    Not -- only upon request.

19         Q.    Do you know if the New Jersey DEP

20    has requested any spill reports from you

21    regarding spills into the Saddle River?

22         A.    I don't recall any specific reports,

23    but I'm sure they have.

24         Q.    When was the first time you reviewed

25    this Complaint; do you know?

19

Dianne Philipps

1

2      A.    I don't recall.

3      Q.    Do you know between 2006 and 2010

4  approximately how many spills have occurred in

5  the Rockland County Sewer District that have

6  affected the or that have reached the branches of

7  the Saddle River?

8      A.    I don't recall.  I would have to

9  review the spill reports.

10      Q.    Would it be fair say that there's a

11  large number of spills from the Rockland County

12  Sewer District that have spilled, and the

13  sanitary sewer overflows have reached the Saddle

14  River?

15      A.    No.

16      Q.    It's not a fair statement to say

17  that?

18      A.    I'd have to review the number of

19  spills that there have been, but I don't --

20  it's -- ask that again.

21      Q.    Okay.  I said:  Would it be fair to

22  say that between 2006 and 2010 there's a large

23  number of sanitary sewer overflows that have

24  reached the Saddle River?

25      A.    I believe it is not fair to say

20

1              Dianne Philipps

2    there's been a large amount.

3         Q.   Well, what would you say as far as

4    the number of sanitary sewer overflows that have

5    reached the Saddle River, as a result of spills

6    from the Rockland County Sewer District?

7         A.   I'd have to review the spill

8    reports.

9         Q.   Is it fair to say that the Saddle

10   River Pump Station has been identified by your

11   District as being a problematic pump station that

12   has caused a lot of spills?

13        A.   It has been a problematic station,

14   requiring more -- more frequent upgrades.

15        Q.   And those are upgrades that needed

16   to be made because of system failure; correct?

17        A.   It's a high head station, meaning

18   the pumps have -- have to be replaced more

19   frequently.

20        Q.   Okay.  By high head station, what

21   does that mean?

22        A.   The pumps have to work harder.  They

23   take more of a beating.

24        Q.   Why do they take more of a beating?

25        A.   'Cause it's -- there's a little bit

21

1                    Dianne Philipps
2    more vibration when they start up because of the
3    high head conditions.
4          Q.   And what do you mean by high head?
5          A.    It's I guess the -- the amount of
6    water that has to be moved or the height it has
7    to be moved.  You know, sometimes it's less of a
8    height.  But if you're going from, you know, this
9    height versus this height, it's harder to pump at
10   a higher height than a lower height.
11   (Indicating.)
12         Q.   And you're indicating with your
13   right-hand higher and lower; is that correct?
14                Just so that she can get it down.
15         A.    A high head station would be a
16   difference of 200 feet, 250 feet versus 40 feet.
17         Q.   And that's a pump that would have
18   to  -- if it's a gravity sewer system down to
19   that pump station, it would have to pump up; is
20   that a fair statement?
21         A.    Yes.
22         Q.   Is that what the Saddle River Pump
23   Station is?
24         A.    Yes.
25         Q.   It's a gravity sewer system that

22

                    Dianne Philipps

comes to it, and then it pumps back up to the

trunk main?

        A.    Part of it is gravity.  There's also

a couple other pump stations that pump to the

Saddle River Pump Station.

        Q.    So there's a gravity connector, and

then there's some force --

        A.    Well, there's some force mains that

turn gravity, that -- ultimately it's all gravity

to the Saddle River Pump Station, but there are

two other pump stations that contribute to that

flow.

        Q.    What are the two other pump

stations; if you know?

        A.    Cherry Lane and Pine Brook.

        Q.    Have there been problems with the

Cherry Lane Pump Station with overflow and

spills?

        A.    Historically, yes.  Not -- not

recently.

        Q.    And you said Pine Brook?

        A.    Yes, Pine Brook.

        Q.    Where is Pine Brook Pump Station

located?

23

Dianne Philipps

2      A.    Sandra Court.

3      Q.    Where is that?

4      A.    It's off of -- I think it's Jean

5   Lane, which is off of Pine Brook.

6      Q.    Is that anywhere near the BMW dealer

7   on Route 59?

8      A.    No.

9      Q.    The spills that have occurred at the

10  BMW dealer near Route 59, what pump stations

11  connect near where those spills were?

12     A.    No pump stations.

13     Q.    Do you know why those spills were

14  occurring near the BMW dealer by Route 59?

15     A.    They only occurred during extreme

16  wet weather events.

17     Q.    They only occurred during extreme

18  wet weather events?

19     A.    Yes.

20     Q.    So are you saying that the cause of

21  the spills near the BMW dealer on Route 59 were a

22  result of wet weather events?

23     A.    Yes.

24     Q.    Is there a river near the BMW

25  dealership that was affected as a result of the

Dianne Philipps

1

2 spills at Rockland County Sewer District?

3          A.   I'd have to look at a map, but I

4 think it would be the Pascack Brook.

5          Q.   That runs adjacent to the dealership

6 there?

7          A.   I'm not sure where it runs.  I'm

8 just assuming that any storm drains would

9 eventually go to some stream, and I think the

10 Pascack Brook is in that area.

11          Q.   Have you been out to the pump

12 station at the Saddle River Pump Station?

13          A.   Yes.

14          Q.   How often have you been there?

15          A.   I don't recall.

16          Q.   Well, you've been working for the

17 Sewer District since 1989, can you approximate

18 how many times you've been to the Saddle River

19 Pump Station?

20          A.   No.

21          Q.   Is it more than ten?

22          A.   Yes.

23          Q.   More than 20?

24          A.   Yes.

25          Q.   More than 50?

29

Dianne Philipps

1

2      Q.    The two manhole covers that are near

3  the Saddle River Swim Club, are you familiar with

4  those?

5      A.    Yes.

6      Q.    Are you familiar with those

7  continuing to overflow and blow up?

8      A.    When there is a -- an overflow,

9  that's where they occur.

10     Q.    All right.  And that's a line that's

11  connected up to the pump station; correct?

12     A.    Yes.

13     Q.    The pump station's on the North-East

14  corner of the Saddle River Swim Club; is that a

15  fair statement?

16     A.    I'd have to look at a map.

17     Q.    Well, the Saddle River Pump Station

18  is on Saddle River Road; correct?

19     A.    Right.

20     Q.    And so is the Swim Club; correct?

21     A.    Well, the Swim Club's behind it.

22     Q.    Behind it.  And this is off in the

23  corner of its like parking lot; is that --

24     A.    Yes.

25     Q.    All right.  And further down, closer

1                        Dianne Philipps
2    to the pool, actually, right next to the fence,
3    that pool is where this manhole that we're
4    talking about is; correct?
5          A.    Yes.
6          Q.    And then further down a grade from
7    that manhole cover, there's actually two manholes
8    there; is that correct?
9          A.    I believe the second one is more in
10   their parking lot.
11         Q.    Okay.  The one that continues to
12   blow up, is that one pipe or two?
13         A.    I believe it's one pipe coming in.
14         Q.    Okay.  Does it have a metal cover
15   that covers two different areas?  You have a pipe
16   that overflows, and also do you have one that
17   takes out odor there, or is it just one pipe?
18         A.    I -- I believe there's only one
19   pipe.
20         Q.    And then further down the grade is
21   the Saddle River; correct?
22         A.    Yes.
23         Q.    And when this overflows, it flows
24   down into the Saddle River; correct?
25         A.    Yes.

31

Dianne Philipps

1

2          Q.    And whatever is contained in the

3     sewer, the sewage and the toilet paper and

4     everything that the Sewer District has, flows

5     down into the River; correct?

6          A.    Possibly.  Usually during extreme

7     wet weather events there's -- there's not that

8     many solids.

9          Q.    And during dry weather events, when

10    there isn't other infiltration, it's --

11         A.    In that case you would have more

12    solids.

13         Q.    -- it's concentrations of solids?

14         A.    Yes.

15         Q.    By solids you mean what?

16         A.    We call it rags.

17         Q.    Meaning toilet paper?

18         A.    You can't really identify it as

19    toilet paper.  It's just clumpy gray matter.

20         Q.    Which could be also human feces?

21         A.    Could be.

22         Q.    Other sanitary products?

23         A.    Yes.

24         Q.    So when you see that it says rags

25    caused the pumps to malfunction, that means that

32

                        Dianne Philipps

1

2    it's stuff that's in the system that's caused the

3    pumps to malfunction?

4         A.    Occasionally the pumps do clog due

5    to rags.

6         Q.    And that's stuff that people are

7    flushing into your system; right?

8         A.    Yes.

9         Q.    There's also grease; correct?

10        A.    Yes.

11        Q.    And that grease is from restaurants

12   and homeowners?

13        A.    Yes.

14        Q.    Also stuff that's flushed into the

15   system?

16        A.    Some of it makes its way in, yes.

17        Q.    And those pollutants reach the

18   Saddle River as a result of the pump station

19   malfunctioning; correct?

20             MR. CAREY:    Objection to the form

21        of the question.    The witness can answer.

22        A.    When a spill occurs, it is possible

23   that that would reach the Saddle River.

24        Q.    And in the reports you indicate what

25   you think by way of number of gallons that have

45

1               Dianne Philipps

2    numbered 1768 through 1772.  Documents have

3    previously been produced by your Counsel in

4    response to document demands.

5               In particular in Paragraph 3 of this

6    document referencing the sewage spill on

7    February 25, 2002 it talks about sewage flowing

8    from a catch basin to a small stream that leads

9    to a pond at Candy Mountain Day Camp.  From that

10   pond, the stream ultimately flows to Lake Lucille

11   and the Hackensack River.  The stream and the

12   pond were inspected by District personnel and

13   Patrick Brady, who is an engineer from the

14   Rockland County Environmental Health Department.

15   The effects of the spill did not appear to go

16   beyond the pond.  The Sewer District took water

17   samples at the stream and the pond.  And you

18   attach a sketch there.  You go on to say, the

19   duration of the spill is not known.  Neighbors in

20   the area mentioned that they had smelled odors

21   over the last month but nothing had been

22   reported.  And it says, dead fish were found at

23   the pond and it appeared that they died recently.

24   It appears that most of the solids accumulated in

25   the manhole and that the liquid flowed to the

46

Dianne Philipps

1
2    stream and the pond.

3              There's nothing there; correct,

4    about chlorine being introduced to the pond; is

5    there?

6         A.    Correct.

7         Q.    Okay.  So is it fair to say, based

8    on this report, that these fish died as a result

9    of the sewer -- the sewage being introduced to

10   those waterways?

11        A.    Yes.

12        Q.    Then it goes on to say that the dead

13   fish had been removed from the pond, and the

14   Sewer District con --  again, we're talking about

15   the pond at Lake Lucille; right?

16        A.    No, it's not Lake Lucille.  This is

17   a pond at the Candy Mountain Day Camp.

18        Q.    Okay.  Which then connects to Lake

19   Lucille, and then ultimately the Hackensack

20   River; right?

21        A.    Yes.  But it does say here that the

22   effects didn't go beyond the pond.

23        Q.    All right.  Did you have anybody

24   inspect Lake Lucille and the Hackensack River, to

25   see if there was aquatic life that had been

47

1                      Dianne Philipps

2    affected --

3         A.   Yes.

4         Q.   -- by the spill?

5         A.   My staff would have responded by

6    inspecting everything downstream.

7         Q.   How far down did you go?

8         A.   I'm sure they checked Lake Lucille

9    and they checked the Hackensack River, and looks

10   like Patrick Brady probably checked the same

11   thing too.

12        Q.   But you don't know that?  There's

13   nothing in the report about that; is there?

14        A.   No, but usually standard operating

15   procedure is to check for impacts downstream.

16        Q.   Is there anything in the report that

17   shows water samplings taken downstream?

18        A.   Well, there were five locations.

19   I'm not sure which way this is flowing; upstream

20   or downstream.

21        Q.   Okay.  Do you know where each of

22   those locations are, as far as indicating?

23        A.   There's a map that shows the

24   locations.

25        Q.   Okay.  So let's take a look at the

48

1                    Dianne Philipps

2    map.  Does that map show Lake Lucille at all?

3         A.    No.

4         Q.    Does the map show the Hackensack

5    River at all?

6         A.    I'd have to look at a map.  I'm not

7    sure if this is an upper branch of the Saddle --

8    the Hackensack River or not.  I don't know.

9         Q.    On this map, which is Bates stamped

10   number 1771, it has like a kidney shaped point in

11   the middle; correct?

12        A.    Yes.

13        Q.    Do you know if that is the pond that

14   we're talking about?

15        A.    Yes.

16        Q.    That is.  All right.  So those

17   samples; two, three and four, that are listed

18   were all taken from the pond; correct?

19        A.    Yes.

20        Q.    And samples zero and one were taken

21   further north of the pond --

22        A.    Yes.

23        Q.    -- on the map; correct?

24        A.    Yes.

25        Q.    And nothing was taken south of the

50

1          Dianne Philipps

2          Q.    -- it says, upstream; correct?

3          A.    Yes.

4          Q.    Nob Hill Road; right?

5          A.    (The witness nods her head).

6          Q.    And then if you compare it to 1771,

7    where it has indicated zero, that's above the

8    pond; correct?

9          A.    It's north of the pond.

10          Q.    Right.  And it says that that entry

11    was upstream.

12              So is it fair to say that it's

13    flowing downstream from zero to four?  Is that a

14    fair statement, based on these entries?

15          A.    It's possible, but I would have to

16    look at a map.

17          Q.    If you look on 1770 it says, the

18    Sample Analysis Report, the Bates stamps are on

19    the bottom right-hand corner, and this report was

20    prepared for you; correct?

21          A.    Yes.

22          Q.    And it was prepared by Leo Fung?

23          A.    Yes.

24          Q.    Prior to me showing you this, you

25    had no recollection whatsoever of this incident

51

Dianne Philipps

1
2  of dead fish at this camp?

3       A.    When you asked the question, I

4  vaguely thought about it, but I couldn't remember

5  any of the details until I saw this report.

6       Q.    Now that I've refreshed your

7  recollection regarding this fish kill that

8  resulted from sewage infiltrating the water ways,

9  are there any other instances where you now

10 recall aquatic life being affected, affected

11 and/or killed, as a result of sewage entering

12 waterways?

13      A.    No.

14      Q.    Do you know if you ever restocked

15 that pond?

16      A.    Yes, we did.

17      Q.    Do you have any documents that deal

18 with restocking that pond?

19      A.    We probably do, in the files.

20 ***

21           MR. BURKE:   Okay.  I'm going to call

22      for production of those documents, Mike,

23      regarding restocking the pond.

24      Q.    Have you ever had any occasion to

25 restock any other ponds as a result of sanitary

55

1          Dianne Philipps

2          MR. CAREY:   Objection as to form.

3      A.    I have no idea.

4      Q.    Do you know if people use the Saddle

5   River to recreate or take river walks?

6      A.    I don't know specifically.  I would

7   assume people do, but I've never -- I don't know.

8      Q.    Would it be fair to say that after

9   spills at the Saddle River Pump Station, where

10  there's an overflow from that manhole that

11  reaches the Saddle River, there'd be higher

12  levels of fecal coliform as a result of that?

13     A.    I couldn't say without sampling.

14     Q.    Okay.

15     A.    It depends on the type of event, if

16  it's a wet weather event or a dry weather event.

17     Q.    Well, if it's a wet weather event

18  and there was -- I don't want to say no, but

19  there was a lower level of fecal coliform in the

20  River, and then it's introduced with sewage

21  overflowing from your sewer that contains fecal

22  coliform, isn't it fair to say that then there

23  would be an increase of fecal coliform in the

24  River?

25     A.    It could be a factor, but during a

56

Dianne Philipps

1    rain event, when you have water washing over the

2    ground and flowing into streams, that could add

3    fecal coliform also.

4         Q.    So one of the contributing factors

5    could be the sewage overflow, and there may be

6    others?

7         A.    Yes.

8         Q.    That's a more fair statement?

9         A.    Yes.

10        Q.    And do you know what else is

11   contained in the sewer system?  Bacteria, is that

12   fair to say?

13        A.    Yes.

14        Q.    And what else?  What other

15   pollutants?

16             MR. CAREY:  Objection as to form.

17        Q.    Are any chemicals that are contained

18   in there?

19        A.    You would -- you'd find ammonia.

20        Q.    Now, why would there be ammonia in

21   the sewer system?  As a cleaning agent you mean?

22        A.    No.

23        Q.    I'm sorry?

24        A.    No.

57

1                        Dianne Philipps

2          Q.   So why would there be ammonia?

3          A.   From urine.

4          Q.   Okay.  And that also these

5     substances that are being introduced as a result

6     of the overflows, would and could affect the

7     environment; correct?

8          A.   It's possible.

9          Q.   So when there's been testing results

10    by the Borough of Upper Saddle River on the

11    Saddle River which has indicated higher levels of

12    fecal coliform bacteria in areas closer in

13    proximity to the spills, would it be fair to say

14    that that can be as a result of the overflows and

15    spills from the Rockland County Sewer District?

16         A.   I'd have to look at the samplings

17    and the locations, the times they were taken, the

18    weather.

19         Q.   All right.  So let's give you a

20    little scenario.  Say there was an SSO -- which

21    is the lingo for sanitary sewer overflow;

22    correct?

23         A.   Yes.

24         Q.   There's an SSO on April 27, 2008.

25    And there's a sampling done a few days after that

58

1                     Dianne Philipps

2   shows a higher level of -- not even a few days, a

3   day after, it shows a higher level of fecal

4   coliform in there then what was previously there

5   two days before the spill, would it be fair to

6   say that one of the contributing factors would

7   have been the overflow and the spill from the

8   Rockland County Sewer District?

9        A.    It could have been one of the

10  contributing factors.  If it was a wet weather

11  event, you would have had contribution from many

12  other areas.

13       Q.    But one of the contributors would be

14  the Sewer District's --

15       A.    It could be one of  --

16       Q.    -- overflow?

17       A.    -- it could be one of the

18  contributors.

19       Q.    And if there was hundreds of

20  thousands of gallons of sewage overflowing, that

21  could be a greater contributor; correct?

22       A.    If it was hundreds of thousands of

23  gallons,  it probably would have been a wet

24  weather event and the water would have been very

25  diluted.

59

1                    Dianne Philipps

2         Q.   Even though it's diluted, it still

3    contains those --

4         A.   Yes.

5         Q.   -- contains the bacteria, it

6    contains the sewage, it contains the rags;

7    correct?

8         A.   During a wet weather event you would

9    have less rags.

10        Q.   Okay.  But you still have all the

11   other bacterias and other chemicals that are

12   being introduced into the River as a result of

13   the overflows from the Sewer District; correct?

14        A.   During extreme wet weather event,

15   when you have those kind of quantities, it's

16   dilute, but, yes, it would be there.

17        Q.   Would you agree that as a result of

18   these chemical and sewage being introduced to the

19   River, that could affect the quality and color of

20   the flow of the River?

21        A.   Can you repeat that.

22        Q.   Okay.  As a result of sewage being

23   introduced into the River from spills from the

24   Rockland County Sewer District into the Saddle

25   River, would you agree that that could affect the

60

1                          Dianne Philipps

2    clarity and color of the River?

3          A.    It's possible that it may affect it

4    briefly.

5          Q.    And it could make it murky; correct?

6          A.    It may be a contributing factor,

7    depending on if it's a wet weather event, what

8    type of event it is.

9          Q.    Could it also --

10         A.    Could be from other factors, too.

11         Q.    Could also add some odor as a result

12   of the sewage that's being entered into there;

13   correct?

14         A.    Depends on the type of event.

15   During a wet weather event I never notice any

16   odors.

17         Q.    Never?

18         A.    Maybe a musty kind of smell during a

19   wet weather event.  But usually during a wet

20   weather event it's so dilute that...

21         Q.    Grown used to it?

22         A.    I -- I would not say that.

23         Q.    And, again, a wet weather event is

24   something that you've described as being four

25   inches or more of rain?

65

1                           Dianne Philipps
2       who is the Acting Water Regional Engineer for the
3       DEC; correct?
4               A.    He was at the time.
5               Q.    All right.  He's no longer now;
6       right?
7               A.    He's -- he became the Water Regional
8       Engineer, and he's been recently promoted.
9               Q.    On the bottom of Page 1769, or,
10      actually, the middle of Page 1769 you list the
11      following notifications were made; Patrick
12      Brady, PE, Rockland County Environmental Health,
13      Thomas Rudolph, PE, New York State Department of
14      Environmental Conservation, United Water, and
15      it's got the hyphen SCADA, and the New York State
16      DEC Hotline; right?
17              A.    Yes.
18              Q.    Doesn't say anything about the New
19      Jersey DEP being notified; correct?
20              A.    Correct.
21              Q.    So they weren't notified of this
22      spill that resulted in death to aquatic life up
23      stream from a tributary that connects to Lake
24      Lucille and the Hackensack River?
25              A.    This is far enough upstream that it

—

66

1                          Dianne Philipps

2    wasn't warranted.

3          Q.    But you don't know that, because you

4    didn't take any tests; right?

5          A.    Typically, based on my experience,

6    this type of a spill will not affect anything

7    beyond this pond.

8          Q.    But you wouldn't know that looking

9    at this data, because no tests were taken beyond

10   that body of water; correct?

11         A.    Correct.

12         Q.    And you wouldn't  know --

13         A.    We would know from visual

14   inspections downstream.  We didn't see any

15   solids.  We didn't see any -- I mean, this is a

16   very small stream, very small pond.

17         Q.    You don't have anything that

18   indicates that inspection was done downstream,

19   where there were no solids found; correct?

20         A.    There's nothing in this report, but

21   typical standard procedure would be to check for

22   any -- any problems.

23         Q.    But wouldn't it be good for later on

24   you include in your reports that further

25   downstream an inspection was done and there was

1                      Dianne Philipps

2         Q.   I'm not asking about specific

3    spills.  I'm asking about how long has the Saddle

4    River Pump Station been a problem, where spills

5    have been occurring for the Rockland County Sewer

6    District?

7         A.   I thought the first part of the

8    question was with regards to odors.

9         Q.   Okay.  Let me just withdraw that

10   question, and then we'll get back to the odors.

11              How long have spills been occurring

12   at the Rockland County -- for the Rockland County

13   Sewer District at the Saddle River Pump Station?

14        A.   Probably since it was built.

15        Q.   When was it built?

16        A.   I don't recall.  I'm guessing in the

17   Seventies, Eighties.

18        Q.   Okay.  And is it fair to say that

19   within the last ten years the frequency of spills

20   at the Saddle River Pump Station has increased?

21        A.   I'd have to review the reports.

22        Q.   Without reviewing the reports do you

23   have any recollection of it being -- we've

24   already identified it as a problematic pump

25   station; correct?

1                    Dianne Philipps

2          A.   Yes.

3          Q.   And by problematic pump station, we

4     mean that spills occur there more often than

5     other pump stations; correct?

6          A.   Yes.  I mean, some pump stations are

7     larger than others.  Some pump stations have

8     different types of designs.  Some of our stations

9     are much more reliable than other stations.

10         Q.   So is this a less reliable pump

11    station?

12         A.   It's a little more problematic.  I

13    mean, when you have -- we've had more mechanical

14    failures at that station than some other

15    stations.

16         Q.   Do you know why you've had

17    mechanical failures there?

18         A.   Well, it's the high head situation.

19         Q.   Which is part of the design; right?

20         A.   Yes, that was originally how it was

21    laid out back in probably early Eighties.

22         Q.   Has there been any design changes

23    made to correct the high head situation?

24         A.   No.  That would require a new pump

25    station.

78

1                    Dianne Philipps

2          Q.    What would it cost to put in a new

3    pump station?

4          A.    Maybe six million.

5          Q.    That's just a guesstimate?

6          A.    Well, you have to find the land for

7    it.  Purchase the land.

8          Q.    You'd have  what?  I'm sorry?

9          A.    You'd have to find land for it.  To

10   decrease the head,  you'd have locate a pump

11   station somewhere between Saddle River and Twin

12   Lakes.

13         Q.    Twin Lakes is further which way?

14         A.    North.

15         Q.    Where is the Twin Lakes Pump

16   Station?

17         A.    Corner of South Monsey and Twin

18   Lakes Drive.

19         Q.    Is that also a problematic pump

20   station?

21         A.    It's the same design as Saddle

22   River.

23         Q.    What design is that?

24         A.    Dry well, wet well, three pumps.

25   It's probably less problematic,  but it has the

79

Dianne Philipps

1

2    same types of check valves.

3           Q.    What are some of the other designs

4    to pump stations that you have in  your system?

5           A.    We have ten that are basically the

6    same design as -- actually, seven are the same

7    design as Saddle River, Twin Lakes.

8           Q.    Okay.  What are those seven; do you

9    know?

10          A.    Cherry Lane, Pine Brook, Saddle

11   River, Twin Lakes, Pascack, South Pascack.

12   That's six; right?

13          Q.    That's six.   You have Cherry Lane,

14   Pine Brook  --

15          A.    West Nyack.

16          Q.    -- Twin Lakes.

17          A.    West Nyack.

18          Q.    Okay.  And the West Nyack one also

19   has been identified as problematic?

20          A.    No.

21          Q.    No.  Which of these seven have been

22   identified as problematic pump stations?

23                We already know about Saddle River.

24          A.    Saddle River and Twin Lakes.

25          Q.    Cherry Lane at one point, but no

89

1                      Dianne Philipps

2          A.    Right.

3          Q.    When the upgrade was done in 1996 of

4    the Saddle River Pump Station, how much was that

5    cost for those upgrades?

6          A.    Like I said, it was -- it was bid

7    out with two other pump stations.  I'd have to

8    look at the overall cost and look at the

9    scheduled values and see what Saddle River was.

10         Q.    Why wasn't a pump added to the

11   Saddle River Pump Station at that time?

12         A.    We did.  We went from two pumps to

13   three pumps.

14         Q.    Do you know if that corrected --

15   well, were you having problems at the Saddle

16   River Pump Station, as far as capacity and you

17   needed to add another pump?

18         A.    I believe it was more a reliability

19   issue.  It's always better to have more than two

20   pumps.  If you have one pump out for repair, then

21   you're down to one pump.  If something happens to

22   that one, so it's just to make it a more reliable

23   station just to add a third pump.

24         Q.    Do you know if that corrected the

25   reliability issues at the Saddle River Pump

90

1                    Dianne Philipps
2    Station?
3           A.    I'd have to review the problems
4    before that -- before that.  If there were -- I'd
5    have to look at the reports, see the history of
6    it.
7           Q.    Okay.  But as far as you know,
8    there's still more spills that were occurring at
9    the Saddle River Pump Station, and it was still
10   after 1995 labeled as a problematic pump station;
11   correct?
12          A.    Yes.
13          Q.    Now, getting back to neighbors of
14   locations in close proximity to where spills
15   occur.
16                Would it be fair to say if there's
17   continued spills where sewage is being introduced
18   to a waterway and there are odors emanating from
19   that, that that would affect a person's property
20   value?
21          A.    Like I said, spills generally are
22   not continuous or lengthy.
23          Q.    But if they're continually
24   occurring, wouldn't you agree that if sewer
25   spills were continuing to occur and you lived in

97

1                    Dianne Philipps

2    but we since -- there's a product that we're

3    using to prevent the odors from the pump station.

4         Q.    What's the product that you're using

5    to prevent the odors for the pump station?

6         A.    It's called BIO-CAT.

7         Q.    Is that a -- how is that introduced

8    into the pump station?

9         A.    It's introduced upstream of the pump

10   station.

11        Q.    Where?

12        A.    I believe Pine Brook, but I'd have

13   to double check.

14        Q.    Have you been out to the Manhole

15   10019 at all?

16        A.    Which one is that?

17        Q.    It's on -- do you know a man by the

18   name of David Schneider?

19        A.    Yes.

20        Q.    Do you know the manhole that's near

21   his home?

22        A.    Yes.

23        Q.    Okay.  There were problems with that

24   manhole overflowing; correct?

25        A.    Yes.

100

Dianne Philipps

 1      probably.

 2          Q.    But that's not far from the Swim

 3      Club; right?

 4          A.    It's more towards 59.  It's not

 5      immediately close to the Swim Club.

 6          Q.    What line is that on?  What sewer

 7      line?

 8          A.    It's the beginning of the Ramapo

 9      interceptor.

10          Q.    Does that connect into the Saddle

11      River Pump Station at all?

12          A.    No.  No.

13          Q.    So the beginning of Ramapo

14      interceptor, that's where it flows down from

15      parts of Spring Valley, Monsey, New Square?

16          A.    Well, Saddle River pumps to Twin

17      Lakes.  Twin Lakes pumps to the Ramapo

18      interceptor,  the beginning of the Ramapo

19      interceptor.

20          Q.    Is there --

21          A.    The Ramapo interceptor flows down,

22      and then ultimately some other interceptors come

23      into it.

24          Q.    Okay.  So some of the other

1                  Dianne Philipps

2    interceptors are some of the other villages along

3    the way?

4         A.    Right.   Interceptors from Spring

5    Valley go into the Ramapo Interceptor.

6    Interceptors from New Square.

7         Q.    Working their way all the way down

8    to the treatment facility in Orangeburg?

9         A.    Yes.   And you have other

10   interceptors that come in along the way.

11        Q.    Are these all gravity?

12        A.    Yes.

13        Q.    So by gravity, that means they's

14   pitched so that they flow down; correct?

15        A.    Correct.

16        Q.    And when they're unable to be

17   constructed that way, pumps are installed;

18   correct?

19        A.    Correct.

20        Q.    So that's why we have the pump

21   stations in Saddle River, Cherry Lane, along the

22   borders of New Jersey, where they're flowing down

23   to there; is this a fair assessment of how it's

24   kind of setup?

25        A.    Right.   It's flowing gravity towards

102

Dianne Philipps

New Jersey, and then it's pumped back up.

Q. Okay. And when there's too much flowing down towards New Jersey, that can't be handled by those pumps, they can overflow; right?

A. We experience that during extreme wet weather events.

Q. Okay. But you also experience overflows during dry events?

A. Mechanical or electrical failures.

Q. And those mechanical or electrical failures that result in spills, there would be a higher concentration of sewage; is that a fair statement?

A. A higher concentration of sewage where?

Q. Flowing out of your system. If there's a mechanical failure and there hadn't been a wet weather event, that --

A. It would -- the impact on a river would depend on the duration of it.

Q. Correct. The duration of it, but it's a higher concentration than a diluted form during a wet weather event?

A. Correct.

                    Dianne Philipps

1    monitor large bakeries.  There's a couple

2    pharmaceutical companies.  Palisades Mall is --

3    is one.

4        Q.    Because of the restaurants that are

5    there?

6        A.    Because of the potential for a large

7    amount of grease.    The Palisades Mall also they

8    covered some old landfills, so they have a permit

9    because of the leachate that they contribute to

10   our system.  Landfills have leachate.  They're on

11   the pretreatment program.

12       Q.    So the landfill in Unincorporated

13   Town of Ramapo, does that have a permit?

14       A.    Yes.

15       Q.    Who owns that?

16       A.    I believe it's the Town of Ramapo.

17       Q.    Who owns the Saddle River Pump

18   Station?

19       A.    Rockland County Sewer District.

20             (Whereupon, there was a recess

21        taken.)

22             (Whereupon, the requested portion

23        was read by the Reporter.)

24       Q.    Was there ever any discussion about

122

                    Dianne Philipps

1

2    You know.

3         Q.    Do you know if after there's been

4    any spills that have reached the Saddle River,

5    whether your Rockland County Sewer District took

6    any water samples of the Saddle River?

7         A.    I don't recall.

8         Q.    Do you know if -- well, I can tell

9    you this, no water samples have been produced by

10   your -- in this litigation that have been done by

11   the Rockland County Sewer District as to the

12   Saddle River after spills have been effected.

13             So you wouldn't know that the level

14   of the bacterial coliform that's been introduced

15   because no testing has been done; correct?

16        A.    Well, I think there's -- there's

17   prob -- I know on-line there is some data, some

18   reports and studies of things on the Saddle

19   River.

20        Q.    On-line from whom?

21        A.    I'm sure there's organ --

22   environmental organizations in New Jersey that do

23   sampling and monitoring.

24        Q.    I'm asking about you guys though.

25   You haven't --

123

Dianne Philipps

1

2        A.    We --

3        Q.    You didn't do any.  You didn't take

4   any samples.

5        A.    I don't recall us ever taking any

6   samples.  I do remember Googling and looking at

7   some information.  I don't know what I looked at.

8   That was probably a couple years ago.

9        Q.    So for all the spills that have

10  occurred for the Sewer District that have reached

11  the Saddle River, even contained in your own

12  reports there haven't been any samplings done as

13  to the level of pollutants that have reached the

14  water as a result of those spills by the Rockland

15  County Sewer District; correct?

16       A.    No.  If we ever did any sampling, it

17  would have been just a study or something, but I

18  don't recall ever doing anything like that.

19       Q.    And you did do a sampling when we

20  saw the prior case that I showed you; Plaintiffs'

21  Exhibit 1, with the fish kill; right?

22       A.    Right.

23       Q.    So it is something you're capable of

24  doing; right?

25       A.    Yes.

124

Dianne Philipps

1

2  Q. When there's a spill, what does the

3 Sewer District do by way of cleanup?

4  A. If there are any solids, they're

5 raked up and removed.  The area might be washed

6 down and lime would be applied.

7  Q. Okay.  If the area is washed down,

8 is it captured in any way, or is it just watched

9 down into the River, if it's downgrade?

10  A. Well, they would rake up any solids

11 before washing it.

12  Q. Okay.  But you rake up the solids,

13 and then you watch it down; right, before you

14 apply the lime; correct?

15   And in washing it down, if some of

16 the sewage has seeped into the soils when you're

17 washing it down, that would run down into the

18 River again; right?

19  A. It could.  I'd have to see under

20 what circumstances they washed down.  I'm not

21 sure that they do that all the time.

22  Q. But you don't setup any kind of

23 mechanism to capture what you're doing when

24 you're cleaning up?

25  A. They may use hay bales.

125

1              Dianne Philipps

2         Q.   As far as you know, do they use hay

3    bales when they're cleaning up at the Saddle

4    River Pump Station?

5         A.   They may have.  I don't -- I don't

6    specifically know for sure.

7         Q.   Do you know if a berm has been put

8    into place as a result of the settlement with the

9    Swim Club?

10        A.   I don't recall.

11        Q.   And if a berm has been put into

12   place, that would direct the flow from overflows

13   so it wouldn't reach their property, but would go

14   even more directly into the River; correct?

15        A.   Correct.

16        Q.   Do you know who put the berm in

17   there?

18        A.   I don't recall.

19        Q.   Do you know if it was the Sewer

20   District that did that?

21        A.   I don't recall.  I would assume --

22        Q.   It was --

23        A.   -- we would or a contractor would

24   have done it.

25        Q.   Do you have the capabilities of

126

                         Dianne Philipps
1
2    putting in blacktop and digging out a berm?
3              Does the Sewer District have the
4    equipment and people to do something like that?
5         A.   Yes.
6         Q.   All right.  Have you been out to the
7    Swim Club lately?
8         A.   Trying to think of the last time I
9    was out there.  Maybe within the last two years.
10        Q.   Have you ever been out there during
11   a spill?
12        A.   I would imagine I -- I would have at
13   some -- some point.  Not recently.
14        Q.   Do you recall --
15        A.   Not recently.
16        Q.   -- do you recall how often you've
17   been out there during a spill at the Swim Club?
18        A.   I would say at least once.
19        Q.   What do you recall seeing when you
20   were out there during that spill?
21        A.   I don't know if I remember
22   actually -- probably seen more photos than I've
23   seen actual spill out there.  I recall one time
24   it was like a rain event, snow, just kind of
25   seeing the ponding in the parking lot, but I

132

Dianne Philipps

then in the second to last column it lists a
number in the thousands there, on this one that
we're talking about it says 19,000; correct?  The
046737 spill?

     A.    Okay.

     Q.    Do you see that, where it says
19,000, on the far right, if you bring it all the
way over?

     A.    Okay.  Yes.

     Q.    And it says, Lake DeForest is being
the affected water body?

     A.    Yes.

     Q.    Well, if we go above that, the three
entries above that you see the first one that
says, December 29, 2003?

     A.    Yes.

     Q.    It says, resident file?  Do you see
that?

     A.    Yes.

     Q.    And it lists the SSO, which, again,
is sanitary sewer overflow; right, and it's got
the Manhole 10019, that's the South Monsey
manhole that we're talking about by Dave
Schneider; right?  Is that the same manhole?

133

Dianne Philipps

1

2      A.    Yes.

3      Q.    It says, rain.  And then it's got a

4  question mark as to the number of gallons, and

5  the affected waterway being the Saddle River?

6      A.    Yes.

7      Q.    So we don't know what the amount of

8  gallons that were introduced into the Saddle

9  River, but we do know that it was introduced to a

10  tributary, at least according to this chart,

11  being the Saddle River?

12      A.    Well, I have to look and see if we

13  have a spill report on file for that day, to see

14  if, in fact, there was a spill, 'cause that's --

15  I see there's -- this refers to some letters from

16  Gene Yetter to myself.  This one does not.  So I

17  don't -- I can't speak on that one, unless I find

18  and see if there's a spill report.

19      Q.    Okay.  Well, it also lists on some

20  indication where it says, resident file, Swim

21  Club file.

22          Do you know if the Sewer District

23  maintains files that are called resident files or

24  Swim Club files?

25      A.    No.

134

Dianne Philipps

1

2    Q.   They don't; or you don't know that?

3    A.   I'm pretty sure we don't have a Swim

4  Club -- we probably have a -- any correspondence

5  with regards to the Swim Club would probably be

6  in our Saddle River Pump Station file.

7    Q.   So you have a specific file that's

8  labeled, Saddle River Pump Station?

9    A.   Yes.  All of our pump stations have

10  a file.

11    Q.   What's contained in that file?

12    A.   Just anything with regard to that

13  pump station.

14    Q.   Okay.  So it would have spill

15  reports?

16    A.   Yes.

17    Q.   Maintenance records?

18    A.   Probably not regular maintenance

19  records.  If there is something spec -- something

20  happened at that station that was unusual or we

21  did a shut down and we want to document how we

22  did that shut down, you know, bypass pumping or

23  something, it would be in that file.

24    Q.   The Saddle River Pump Station, is

25  there any kind of video camera that's running

                    Dianne Philipps

 1

 2   there?

 3        A.    No.   Not that I'm aware of.   Not

 4   that we've installed.

 5        Q.    All right.   There are residents that

 6   have been active in sending you photographs of

 7   spills there; correct, or neighbors?

 8        A.    There have been times someone has

 9   e-mailed me some photos.   I don't know if it was

10   of Saddle River or not.

11        Q.    How many times has that occurred?

12        A.    I think Dave Schneider sent me some

13   e-mails of -- sent me some photos of the 1019 at

14   one time.

15        Q.    Which is the manhole near his house;

16   right?

17        A.    Yeah, I seem to recall getting -- I

18   don't know if I got an e-mail from him or he

19   e-mailed it to somebody who e-mailed it to me.

20        Q.    Okay.   And if we go down further on

21   this chart that's attached to the Complaint, we

22   see again the next two entries on this chart it

23   has a spill or a date listed 8/25/04, it says

24   Swim Club file, SSO in parking lot Saddle River

25   Swim Club, rain, and then again the affected

140

Dianne Philipps

1

2      Q.    Okay.   Let's go down a bit more on

3  this, and then we're going to go to some other

4  charts.

5             MR. CAREY:   I think we're going to

6        need to break.

7             MR. BURKE:   You need to break.

8        Okay.

9             (Whereupon, there was a lunch recess

10        taken.)

11            MR. BURKE:   Can you mark this,

12        please, as 3.

13            (Plaintiffs' Exhibit 3, Bates Stamp

14        Number 1461 through 1464, was marked for

15        identification.)

16      Q.    I'm going to show you what's been

17  marked Plaintiff's Exhibit 3.   And ask if you

18  recognize this document?

19            (Document submitted.)

20      A.    I don't know that I've seen this.

21      Q.    Is that a chart of spill reports?

22      A.    It appears to be.

23      Q.    Do you know if that's similar to the

24  spill report charts that are contained on the web

25  site of Preserve Ramapo?

141

Dianne Philipps

1

2          A.    I don't know.  I haven't seen it.

3     I've looked at spill reports on the web site.  I

4     haven't looked at a chart like this on the web

5     site.

6          Q.    Okay.  And this chart lists the

7     locations, dates, spillage in gallons, manholes

8     and then fresh water that's affected as a result

9     of those spills?

10         A.    It appears to.

11         Q.    This is similar information that's

12    contained on spill reports that the Sewer

13    District maintains; correct?

14         A.    Yes.

15         Q.    And that's also spill reports that

16    you have to provide to the New York State DEC?

17         A.    Yes.

18         Q.    And on this report it appears that

19    there's spills from February of 2000 through

20    April 18th of 2005; is that correct?

21         A.    Yes.

22         Q.    Okay.  And, also, this was documents

23    that were produced in our initial production,

24    Bates Stamp Number 1461 through 1464.  And, for

25    example, this is the only copy I have, so I'm

168

Dianne Philipps

1  developer would have to look at the downstream

2

3  before they would do those projects.

4        Q.   Okay.  And then there came a time

5  that the Department of Health said there's

6  capacity issues, at least as to New Square?

7        A.   Correct.

8        Q.   Do you know when that occurred; when

9  the Department of Health put that into place?

10        A.   No, I do not.

11             MR. BURKE:  Can you mark this,

12        please.

13             (Plaintiffs' Exhibit 5, Bates Stamp

14        Number 1476 through 1478, photographs, was

15        marked for identification.)

16        Q.   I'm going to show you what's been

17  marked now as Plaintiffs' Exhibit 5.  It's Bates

18  Stamp Number 1476 through 1478.

19             Plaintiffs' Exhibit 5 is three Bates

20  stamps number 1476 through 78, were produced in

21  our initial production and contain two

22  photographs on each page.

23             I'm going to ask you to take a look

24  at those.

25        A.   Okay.

169

1                        Dianne Philipps

2          Q.    Do you recognize what those photos

3    depict in Plaintiffs' Exhibit 5?

4          A.    It's the -- I can see that that's

5    the Swim Club.  That's one of the chambers that

6    typica -- or overflows during wet weather events.

7          Q.    And you're indicating the bottom

8    picture on Plaintiffs' Exhibit 4 shows the Swim

9    Club; correct?

10         A.    Yeah, that looks like the Swim Club.

11         Q.    Next to the Swim Club is the manhole

12   that continues to overflow next to the Swim Club;

13   is that correct?

14         A.    That is the manhole where overflows

15   occurred.

16         Q.    And that also shows white powdered

17   substance from the manhole down towards where the

18   River is; correct?

19         A.    It could be.

20         Q.    You don't know if that's lime that's

21   been applied?

22         A.    It could be.  I mean, from this

23   photo, I  -- it could be lime.

24         Q.    Well, you don't see any snow or

25   anything anywhere else; do you?

170

Dianne Philipps

1    A.    Right.

2    Q.    Well, we'll go to 1477, which shows

3 a white substance on top of the manhole cover,

4 which is a picture on the top portion of 1477,

5 Plaintiffs' Exhibit 5, and a trial of white

6 substance all the way down towards the River.

7    A.    That -- that could be lime.

8    Q.    Okay.  Which would be applied after

9 a sewer overflow?

10    A.    Yes.

11    Q.    And this actually has two metal

12 covers on it; right?

13    A.    Yeah.  It's a strange chamber.

14    Q.    What --

15    A.    It's not a typical manhole.

16    Q.    Why is it like that?

17    A.    I don't know.

18    Q.    Do you know when it was installed?

19    A.    Probably Seventies or Eighties.

20    Q.    Do you know if anything was done to

21 address -- you said it's strange, meaning that

22 it's not typical of the Sewer District to have a

23 chamber like that?

24    A.    No, it's not typical.

171

Dianne Philipps

1

2      Q.   Is this one of the few chambers that

3  you have that's like that?

4      A.   It's probably the only chamber we

5  have that's like that.

6      Q.   Do you know if there were ever any

7  studies done to change that chamber so it

8  wouldn't be the only chamber that's like that in

9  your system?

10     A.   I'm not sure if anyone's looked at

11 it or not.  I'm not sure why it's like that.

12     Q.   Do you think that the design or do

13 you think that because of the way that that

14 chamber is causes it to overflow more than other

15 chambers in your system?

16     A.   It's possible.

17     Q.   But yet you don't recall, as you sit

18 here today, any studies that were done to address

19 the design of that chamber or replacing that

20 chamber?

21     A.   I'm not sure if anything's been done

22 or not.

23     Q.   But if anything was done, you'd have

24 documents to support that; right?

25     A.   Yes.

175
Dianne Philipps

1
2    handwriting underneath that, if you could read
3    it, it says, cleanup -- cleanup trail from the
4    sewer overflow right into East Saddle River.
5         A.    Yes.
6         Q.    And above that lists, it just says,
7    East Saddle River in handwriting, as well?
8         A.    Yes.
9         Q.    I'm going to show you what's been
10   marked as Plaintiffs' Exhibit 6.
11              (Document submitted.)
12         Q.    Do you recognize what's depicted in
13   Plaintiffs' Exhibit 6.
14         A.    I really can't tell.  I mean, that's
15   a manhole with busted up road.
16         Q.    Do you know if that's the manhole
17   near David Schneider's house?  Does it look like
18   10019?
19         A.    It could be, 'cause I know it's in
20   that location of the road, adjacent to a graveled
21   area, Saddle River Road is it -- looks somewhat
22   like that.
23         Q.    At least the manhole that's depicted
24   in that picture shows that the road's all busted
25   up next to it?

176

Dianne Philipps

1

2       A.    Right.

3       Q.    Do you have any idea what could have

4  caused that?  Could an eruption have caused that

5  from the sewer main?

6       A.    Yes.

7       Q.    And you also see that, at least --

8  it's not a great picture, but the picture right

9  below that it appears that there's flooding in

10  the area, the two pictures below that, where that

11  manhole was?

12       A.    Based on that photo, I really can't

13  say.

14       Q.    Okay.   Just as the Department of

15  Health is charged with enforcing their health and

16  safety laws, do you know if it's also the Borough

17  of Upper Saddle River's obligation to their

18  residents to enforce their health and safety

19  laws?

20       A.    I'd assume so.

21       Q.    In Plaintiffs' Exhibit 1, which is

22  the Second Amended Complaint, on Page 10 it lists

23  A through O under permitted discharges dating

24  from August 23rd through March 2007.

25            Do you see those?

177

Dianne Philipps

1
2     A.    Yes.

3     Q.    Now, according to your SPDES permit
4  any discharge into a water body would be an un
5  permitted discharge of sewage; correct?

6     A.    Yes.

7     Q.    And if we look at the pages attached
8  to the Complaint, there are a number of letters
9  of Notices of Intent to Sue.  Page 3 of the
10  January 18, 2008 Notice of Intent to Sue, that's
11  a letter from -- it's from me to the Sewer
12  District, New York DEC, the New Jersey DEP, and
13  the United States Environmental Protection
14  Agency.

15          And I'll jump to Page 2.  It says
16  that, raw sewage discharged from the Sewer
17  District from locations attached contain the
18  following pollutants:  Biological material.

19          Is it fair to say that your
20  discharges contain biological material?

21     A.    Yes.

22     Q.    Organic matter, exerting chemical
23  and biological oxygen.  I'm sorry.  Let me finish
24  that.  Organic material exerting chemical and
25  biological oxygen demands in the waters.

178

1                     Dianne Philipps

2          A.    Yes.

3          Q.    Fecal coliform bacteria?

4          A.    Yes.

5          Q.    Nutrients?

6          A.    Yes.

7          Q.    Including nitrogen and phosphorus?

8          A.    Yes.

9          Q.    Settleables suspended and dissolved

10    solids, including toilet paper?

11         A.    Yes.

12         Q.    Sewage solids?

13         A.    Yes.

14         Q.    Salts?

15         A.    Yes.

16         Q.    Metals?

17         A.    Yes.

18         Q.    Solid waste?

19         A.    Yes.

20         Q.    Pathogens?

21         A.    Yes.

22         Q.    Disinfectants?

23         A.    Yes.

24         Q.    Such as permamag --

25         A.    Permanganate.

181

Dianne Philipps

1
2      A.    I -- I don't know what you mean by
3  create sludge.
4      Q.    Okay.  It could be -- the
5  introduction of these materials could be harmful
6  to aquatic life?
7      A.    I guess it would depend on the
8  concentration.
9      Q.    And we saw that it was harmful to
10  aquatic life in the instances that indicated
11  those fish kills; correct?
12      A.    Well, that one situation with the
13  pond.
14      Q.    Isn't it fair to say that the
15  introduction of these chemicals and foreign
16  substances into a water body that maintains
17  aquatic life, that could be harmful to that
18  aquatic life?
19      A.    It could be in certain
20  concentrations.
21      Q.    Okay.
22      A.    I would think less so in a flowing
23  stream than in a small pond.
24      Q.    But it still could affect aquatic
25  life?

1          Dianne Philipps

2     A.   Depending on the concentration.

3     Q.   Turning to Page 3.  I beg your

4  pardon.  I think it starts at Page 2 and

5  continues onto Page 3.  It lists spills into the

6  waters of the United States that were in

7  violation of your SPDES permit.  And it talks

8  about raw sewage discharge from the adjacent

9  Cherry Lane Pump Station,  and lists a number of

10  dates; August 27, 28 and November 8th.  And then

11  it talks about next raw sewage discharge from a

12  manhole at or  adjacent, 64 Cherry Lane, on

13  dates, included, but not limited to.

14          If these spills occurred on these

15  dates listed in this Page 3 and four, continued

16  onto Page 5 of the Notice of Intent to Sue, those

17  would all be violations of your SPDES permit if

18  they reached waters of the United States;

19  correct?

20     A.   They would be, yeah.  I don't know

21  that they are.  I'd have to review the spill

22  reports.  I don't -- I don't know -- I don't know

23  the accuracy of these dates.

24     Q.   All right.  But if they were

25  accurate, they would be in violation of your

183

1                    Dianne Philipps

2    SPDES permit; right?

3         A.    I'm not sure.

4         Q.    But before you said --

5         A.    Well, we have a permit to discharge

6    from our wastewater treatment plant.

7         Q.    Right.

8         A.    We do not have a permit to

9    discharge --

10        Q.    To discharge from manholes to pump

11   stations; correct?

12        A.    But I don't know that the DEC has

13   ever, other than the Consent Order, never really

14   issued violations for specific events.

15        Q.    No, they didn't.  But you don't have

16   a permit that allows you to have these

17   discharges; correct?

18        A.    Correct.

19        Q.    So that your only permit was from

20   your wastewater treatment plant,  and any other

21   discharges that enter a waterway would be in

22   violation of your permit; correct?

23        A.    Correct.

24        Q.    Do you know when the Consent Order

25   was entered into?

185

                    Dianne Philipps

1

2      A.    One of many.

3            MR. BURKE:  All right.  Let's take a

4      break.

5            (Whereupon, there was a recess

6      taken.)

7            MR. BURKE:  I think we left off

8      where I showed you the Consent Decree, to

9      refresh your recollection  as to when then

10     Consent Decree was entered into.    It was

11     May 9th of 2006.

12            I'm going to show you now what's

13     been marked -- I'll have marked as

14     Plaintiffs' Exhibit 8.  It's Bates stamped

15     PLDW 56 through 104.  And it's indicated,

16     Spills 2006 file.

17            (Plaintiffs' Exhibit 8, Spills 2006

18     file, Bates stamped PLDW 56 through 104,

19     was marked for identification.)

20     Q.    I'm just going to direct you to

21 certain portions of this.  Bates stamp number 58.

22 It's a memo to you from Gene Yetter listing a

23 number of spills that occurred on November 7th

24 and 8th; correct?

25     A.    Yes.

186

Dianne Philipps

1

2     Q.    All right.  And it lists spills, the

3  second one down is Cherry Lane, South Monsey

4  Road; correct?

5     A.    Correct.

6     Q.    All right.  And in the second

7  paragraph in this memo from Gene to you it says,

8  an estimated 32,000 gallons of sewage overflowed

9  from the Cherry Lane Pump Station?

10    A.    Well,  it's overflowing from

11 manholes in the vicinity of the Cherry Lane Pump

12 Station.

13    Q.    Okay.  And they said that the

14 investigation found intermittent problems with

15 the pump control PLC at the Cherry Lane Pump

16 Station; correct?

17    A.    Correct.

18    Q.    You don't know the full amount of

19 the rain that occurred during this time period;

20 do you, or does it indicate?

21    A.    Well, it indicates in the first

22 paragraph that there's three inches of rain over

23 several hours, and -- but this problem at the

24 Cherry Lane Pump Station wasn't due to the rain.

25 It was a due to a pump control problem.

187

Dianne Philipps

        Q.    Okay.  Which was a mechanical
failure?

        A.    More of an electronic control
failure.

        Q.    But, nonetheless, not as a result of
heavy rain, it was as a result of equipment
failure?

        A.    Correct.  The -- I'm -- I'm thinking
what this was  is the pump probably wasn't
ramping up to full speed.  It was probably
running at a lower speed.  The pump controls
weren't calling it to come on or ramp up to a
higher speed.

        Q.    And then the next paragraph it says
at 4:35 p.m. November 8th storm watch crews
identified Manhole 10019, South Monsey Road.

              That's, again, the one that's near
Mr. Schneider's house; correct?

        A.    Yes.  Correct.

        Q.    Sporadically overflowing.  It says,
no blockage found down street piping.  Subsided
around 2:30 a.m. on November 9th.  Total estimate
overflow at that location was 4000 gallons?

        A.    Correct.

188

1          Dianne Philipps

2          Q.    The last paragraph indicates that

3    the Strawtown Road spill occurred several feet

4    from stream of Lake DeForest Dam, and that water

5    course is a tributary to the Hackensack River?

6          A.    Yes.

7          Q.    The next paragraph, the last --

8    second to last sentence it says, 20,000 gallons

9    of dilute sewage flowed into the Pascack Brook as

10   a result of that overflow?

11         A.    Yes.

12         Q.    The next Bates stamp, 60.

13         A.    Yes.

14         Q.    The last sentence of the first

15   paragraph says that an estimated 1500 gallons

16   were discharged from Manhole 10118 into a

17   tributary of the Saddle River?

18         A.    Yes.

19         Q.    And this is the Twin Lakes Pump

20   Station; right?

21         A.    Yes.

22         Q.    All right.  And there's no

23   indication of any rain event here; correct?

24         A.    Correct.

25         Q.    And that this was a operation issue

189

Dianne Philipps

1
2       or a equipment failure?

3              A.    Yes.

4              Q.    So as a result of that equipment

5       failure, the 1500 gallons of discharged sewage

6       more than likely wasn't diluted?

7              A.    Correct.

8              Q.    Are you familiar with any of the

9       spills that occurred from the Cherry Lane area

10      where it flowed into the Cherry Brook, which then

11      flowed into Lake Oratam?

12             A.    Yes, I believe there was a spill

13      related to vandalism.

14             Q.    That's what you've attributed it to?

15      The District attributed  it to possible

16      vandalism; correct?

17             A.    Correct.

18             Q.    And that was because there was a

19      cinderblock found in that manhole?

20             A.    Yes.

21             Q.    But you don't know for certain it

22      was vandalism, that's what it's been attributed

23      to; right?

24             A.    Someone had to put it there.

25             Q.    Okay.  But it doesn't necessarily

190

Dianne Philipps

1
2    mean it was a vandal,  it could have been someone
3    who was working on the manhole; correct?
4        A.    No one was working on the manhole.
5    There's no cinderblock.    No -- no cinderblock
6    construction of the manhole.
7        Q.    And it wasn't a cinderblock from
8    within the manhole itself?
9        A.    No.
10       Q.    Do you know how many gallons of raw
11   sewage flowed as a result of that vandalism?
12       A.    I'd have to review the spill report.
13       Q.    Okay.  I'm going to direct your
14   attention to, again, the PLDW is an indication of
15   documents that were produced by your attorney in
16   response to our demands, number 71 there's an
17   e-mail.  I guess let's look at 70 first, because
18   70 is a letter from the Village Clerk, Village of
19   Airmont to you.  And it's got the enclosure,
20   which is the e-mail 71.  And in particular the
21   second to last paragraph talks about FOILed
22   documents in the area of the site of another
23   spill on October 3rd, 2004, 50,000 gallons of raw
24   sewage.
25                Do you see that?

191

Dianne Philipps

1

2      A.    Yes.

3      Q.    Now, I think there were some reports

4  of at least a giser of raw sewage, but I think

5  you guys denied that possibly occurring; correct?

6      A.    Correct.

7      Q.    And by I mean you guys, collectively

8  the Sewer District; correct?

9      A.    Correct.

10     Q.    Did you ever make an estimate, if

11  you look at 75, Bates stamp number 75,

12  Plaintiffs' Exhibit 8, that's a memo from Michael

13  Saber, he's an Assistant Director to you, the

14  Executive Director, dealing with the spill from

15  August 27th and 28th.

16          Do you know how many gallons you

17  estimated resulted from that spill?

18     A.    I believe the report says 4,000.

19     Q.    For that whole time period is what

20  the estimates were determined?

21          Who made that determination; do you

22  know?

23     A.    Well, Mike Saber prepared the

24  report, but it might have been in conjunction

25  with some line crew staff.

192

Dianne Philipps

1
 

2      Q.   You can't tell, though, from this

3  copy, though, or anything like that?

4      A.   Well, it was a partial blockage is

5  what was found,  and they -- they probably

6  inspected the downstream line, saw that it was

7  still flowing, so it was -- it was a partial

8  blockage.

9      Q.   In the first paragraph it says, upon

10  investigation no overflow was witnessed and an

11  odor was coming from the pump station.

12        So as a result of that spill there

13  was odor coming out.  And there was no rain event

14  here; right?

15      A.   Well, we --

16      Q.   At least indicated.

17      A.   This was not a rain event, but we do

18  have odors in some of our pump stations, but not

19  necessarily due to this overflow.  We use -- like

20  I said, we use the BIO-CAT,  odor control

21  products, try to address the odors of pump

22  stations.

23      Q.   Right.  But there was an odor

24  complaint,  and it says possibly due to a sewer

25  overflow near the Cherry Lane Pump Station.

193

1                    Dianne Philipps

2              See that first sentence?

3         A.    Right.

4         Q.    Okay.  Do you know if anyone was

5    ever engaged by the Rockland County Sewer

6    District to do an independent review of the

7    documents to make a determination or --

8              MR. BURKE:  Withdrawn.

9         Q.    Do you know if anyone was engaged,

10   like an outside engineer, to assess what the

11   amount of spill was that occurred August 27th,

12   28th of 2006 at the Cherry Lane Pump Station?

13        A.    I seem to recall using Sterns and

14   Wheeler for something, but I'm not sure if it was

15   this one or not.

16        Q.    Do you know if they rendered an

17   opinion as to this?

18        A.    I don't recall.  I remember Sterns

19   and Wheeler looking into something for us.  I

20   don't remember if it was this one or something

21   else.

22        Q.    Do you know if their opinion was in

23   accordance with your estimate of 4,000 gallons or

24   did it far exceed?

25        A.    I don't recall.  I'd have to...

194

Dianne Philipps

1

2      Q.   If it did far exceed the estimates

3  in your report, would you amend this report?

4      A.   Yes.

5      Q.   Okay.  So since there's no

6  amendment, would it be fair to say that you

7  believe that it didn't contradict this finding or

8  this estimation?

9      A.   Well, there might be this report,

10  then there might be another report later dated.

11  I -- I don't recall.

12      Q.   And you don't know what the

13  methodology was employed by the Sewer District to

14  arrive at that number; correct?

15      A.   It may have been an estimate by the

16  line crew that it was a partial blockage.  It

17  might have just been slowly overflowing.

18          And I believe this report mentioned

19  it was intermittent.  Maybe they witnesses that

20  it was on and off, maybe through the night it --

21  during the times of lower flow, parcel blockage

22  wasn't causing an overflow.

23      Q.   Okay.  Turn to Bates Stamp

24  Number 88.

25          And this is a report from Gene

1              Dianne Philipps

2  Yetter to you, dated December 2nd, 2005, but it

3  indicates it was revised January 27th, 2006.  And

4  it talks about a sewage spill Saddle River Pump

5  Station, 754 Saddle River Road in Monsey.

6              Do you see that?

7        A.    Yes.

8        Q.    And, again, there's no indication of

9  any kind of wet weather, so this would, at least

10 from reading this, indicate it was a dry

11 weather --

12       A.    Correct.

13       Q.    -- spill?

14             And it reports that this dry weather

15 spill quantity was estimated at 6,000 to 10,000

16 gallons?

17       A.    Yes.

18       Q.    And then further down it says that,

19 the last sentence of this says, a small quantity

20 ponded near the parking lot, and a small

21 percentage drained into the Saddle River?

22       A.    Yes.

23       Q.    Affected areas were cleaned,

24 disinfected with a small quantity of lime.

25             It doesn't say any kind of estimate