196

Dianne Philipps

of the percentage that drained into the Saddle
River, though; does it?

     A.   No.

     Q.   But it does indicate that it was
affected as a result of this dry weather event?

     A.   Yes.

     Q.   Turn to Bates Stamp Number 90.  And
that is another memo from Gene Yetter to you
regarding sewage spills of January 18th, 2006.
Again, South Monsey Road is indicated.  And the
fourth paragraph it says that -- it indicates,
again, that same manhole near Mr. Schneider's
house, 10019; correct?

     A.   Yes.

     Q.   And the overflow says subsided at
8:00 p.m.; right?

     A.   Yes.

     Q.   It was first reported at 11:30 a.m.?

     A.   Yes.

     Q.   So at least, according to your
report, it didn't subside until some seven
and-a-half hours later?

     A.   Yes.

     Q.   And it says that over that period

Dianne Philipps

1
2       that it didn't subside only a quan -- an
3       estimated quantity of less than 500 gallons of
4       dilute sewage was discharged and ponded in the
5       area and eventually seeped into the ground;
6       right?
7               A.    Yes.
8               Q.    On Bates Stamp Number 92, that shows
9       it's a cover letter from Administrative Secretary
10      Jean Langan.
11              She's with your office, I believe?
12              A.    Yes.
13              Q.    And she's writing it back to a
14      Brendal Logan?
15              A.    Yes.
16              Q.    In Pearl River?
17              A.    Yes.
18              Q.    And it attaches the spill reports
19      and sewer overflow charts from '96 through 2005;
20      right?
21              A.    Yes.
22              Q.    And if you begin on 94, Bates
23      Stamp 94, there's some handwritten notes there.
24              Do you know whose handwritten notes
25      those are?

198

Dianne Philipps

1
2        A.    It looks like mine.

3        Q.    Okay.  So on 94, on this chart, it

4   says, total spills 22, but yet in the handwritten

5   notes it says four heavy rain events; right?

6        A.    Yes.

7        Q.    '97, total spills 11, and in your

8   handwriting it says, one heavy rain event?

9              MR. CAREY:    Which page?

10             MR. BURKE:  I'm sorry.  Page 95.

11        Spills from '97.

12        A.    Yes.

13        Q.    Then in  '98 you have listed 15

14   spills, zero in your handwriting of heavy rain

15   events?

16        A.    Yes.

17        Q.    '99, two, again in your handwriting,

18   two rain events, a total of 22 spills; right?

19        A.    Yes.

20        Q.    So 20 of those spills were in 1999

21   not as a result of a rain event --

22        A.    That's not correct.

23        Q.    -- from your --

24              Well, that's what your notes

25   indicate.

199

Dianne Philipps

  A. Of these 22 spills, --

  Q. Yes.

  A. -- all of these listed here are -- are from a rain event.

  Q. All these spills?

  A. All these here were due to a rain event.

  Q. Where are we indicating?  I'm sorry.

  A. If you're counting the spills there's one, two, three, four, five, six, seven, eight, nine, 10, 11, 12, 13, 14, 15, 16.

    What did I miss.

  Q. Well, it says 22 on the bottom.

  A. Well, some of these are different locations.  Okay.  One, two, three, four, five, six, seven, eight, nine, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23.

    I'd have to go through these in detail to see which ones are --

  Q. Okay.

  A. All these separate different locations are listed as a spill.

  Q. Okay.

  A. But they're all due to one event.

200

1                      Dianne Philipps

2   One rain event.

3            Q.   Which one are we talking about;  the

4   one that's Hurricane Floyd?

5            A.   Yes.

6            Q.   They're all different spills,  but

7   one rain event?

8            A.   Different locations, one rain event.

9            Q.   Okay.  So all of those spills, even

10  though it says 22 spills, it may be more that

11  were caused by a significant rain event?

12           A.   These were all the locations we were

13  overflowing during one rain event.

14           Q.   Okay.  Now, in this chart it doesn't

15  include the amount of gallons that were spilled;

16  right?

17           A.   No.

18           Q.   And it doesn't include the water

19  bodies that were affected; right?

20           A.   No.

21           Q.   The next page, spills in 2000.

22  There's nine spills.  Zero rain events.  And for

23  the spills in 2000 there are listed one, two,

24  three as a result of spills on July 25th, 2000

25  Saddle River Pump Station; right?

201

Dianne Philipps

1
2      A.    Yes.
3           Q.    And that was a hydraulic check valve
4    failed.  So, again, equipment failure?
5           A.    Yes.
6           Q.    August 2000, August 16, 2000, Saddle
7    River Pump Station?
8           A.    Yes.
9           Q.    It says, lead in lag pumps failed on
10   high vibration due to debris collecting in pump.
11               And then, lastly, there's an entry
12   for December 6, 2000 Saddle River Pump Station.
13               Again, pump failure; right?
14           A.    Yes.
15           Q.    In 2001, it lists 16 spills.  And,
16   again, in your handwriting it says two rain
17   events.
18               The entry -- it, again, includes
19   entries for the Saddle River Pump Station on
20   August 27th and March 30th where it attributes
21   pump failure; correct?
22               You see March 30th up top, the last
23   entry, says, Saddle River Pump Station, and then
24   next to the reason it says Saddle River Pump
25   Station pump failure?

202

Dianne Philipps

1

2      A.    Might have been somewhat attributed

3 to wet weather though, because it was a wet

4 weather event.

5      Q.    But it's still listed as the reason

6 as being pump failure; right?

7      A.    Right.

8      Q.    And this is a document created by

9 the Sewer District; correct?

10      A.    Yes.

11      Q.    And, again, the entry Saddle River

12 Pump Station in 2001 says, pump failure as well

13 for that spill; right?  Again, an equipment --

14      A.    Equipment failure.  Check valves.

15      Q.    2002 total spills 11.  Zero rain

16 events; right?

17      A.    Correct.

18      Q.    2003, it says total spills 18.  Four

19 listed rain events.

20            Now, as far as the -- we see in June

21 of 2003 Hillside Avenue, Monsey.  That's, again,

22 near the Saddle River Pump Station; correct?

23      A.    Yeah, Hillside Road is not that far

24 from Saddle River Pump Station.

25      Q.    That intersects -- part of it starts

1                    Dianne Philipps

2    in New Jersey and then finishes up, goes up to

3    the top of the Hillside, if you're familiar with

4    it, and ends in New York?

5            A.    Yes.

6            Q.    Heading I guess west to east; --

7            A.    Yes.

8            Q.    -- is that a fair statement?

9            A.    Yes.

10           Q.    That lists the June 9, 2003 Hillside

11   Avenue spill as a result of falling from the

12   casting contributed to the block and flow;

13   correct?

14           A.    Odor control dish.

15           Q.    Which had fallen from the casting,

16   the casting for a manhole?

17           A.    Yes.

18           Q.    Then the next entry as to South

19   Monsey Road is December 12th; right?

20           A.    Yes.

21           Q.    And then December 24th, another

22   entry for South Monsey Road; right?

23           A.    Yes.

24           Q.    And then, lastly, August 14, 2003,

25   Saddle River Pump Station; right?

204

1          Dianne Philipps

2          A.    Yes.

3          Q.    And that says, power outage.

4    Running on emergency generators.  Overflowed due

5    to delay in pumping cycle when power switched

6    back to utility power.

7          A.    Yes.  That was very brief.

8          Q.    How do you know?  Doesn't tell you

9    the amount that was spilled?

10         A.    I'm sure the spill report does.

11   It's not here.

12         Q.    Okay.  But you think that one would

13   have been very brief?

14         A.    That would have been very brief.

15   That would have been just a matter of a minute or

16   something.  Just a cycling issue.

17         Q.    Document stamped 102 you have

18   listed, I guess it doesn't give us the town, it

19   says 15 spills.

20               Why do you break out Spring Valley,

21   by the way, on these charts?

22         A.    I guess Spring Valley's another

23   situation where the Village of Spring Valley owns

24   the sewers, and we do the maintenance for them.

25         Q.    But you don't have any spills listed

205

Dianne Philipps

1    as to --

2            Were there spills occurring in the

3    vicinity of New Square,  or were those the Spring

4    Valley spills, or you can't tell?

5            A.    The only spills in New Square are

6    due to blockages usually.

7            Q.    Okay.  Well, so where does the

8    overcapacity issue of New Square affect the sewer

9    lines?

10           A.    Just south of New Square.  The

11   interceptor -- the line comes out of New Square,

12   as soon as it comes out of New Square it becomes

13   our interceptor,  and there's capacity issues in

14   sections of that interceptor.

15           Q.    And that's the Ramapo Interceptor?

16           A.    No.  It's the North Pascack

17   Interceptor.

18           Q.    Were there spills in that area, the

19   North Pascack Interceptor?

20           A.    If there's no reports on it, no.

21           Q.    What's the pumping station that

22   deals with that interceptor?

23           A.    It's all gravity.

24           Q.    It's all gravity?

206

1                          Dianne Philipps

2          A.    Yes.

3          Q.    All right.  Is that near any

4    tributaries or near any waterways?

5          A.    I'm assuming somewhere in the

6    vicinity would be the Pascack Brook, but I -- I

7    would have to look at a map.

8          Q.    The Pascack Brook that's next to the

9    BMW dealer on 59, is that near that gravity main,

10   or interceptor, I beg your pardon?

11         A.    I'd have to look at a map.  I don't

12   know that the Pascack Brook is near BMW.  I

13   assume any storm drains would ultimately flow to

14   a nearby stream.

15         Q.    Okay.  Back to 101, Bates Stamp

16   Number 101.  It has December 12, 2003 an entry

17   for a spill South Monsey Road, with a listed

18   reason, excessive rain, frozen ground and snow

19   melt?

20         A.    Yes.

21         Q.    And the 24th it -- did we already do

22   this page?

23         A.    Yes.

24         Q.    Spills for 2004, Page 102.  The

25   first entry is September 18th, South Monsey Road,

207

Dianne Philipps

1

2 and, again, attributing factor is the extremely

3 heavy rain, 9/18/2004?

4          A.    Yes.

5          Q.    10/3/04 Cherry Lane Airmont.  It

6 says, blockage, tree branches.  Do you know if

7 that was the same 50,000 gallon spill we were

8 talking about before?

9          A.    No.  I believe this was the Cherry

10 Lane interceptor in a day camp, but I'd have to

11 check the report.

12          Q.    Is that the day camp that's right

13 near Lake Oratam?

14          A.    I think the day camp is off of

15 Cherry Lane.  I'm not exactly sure.

16          Q.    Do you know where Lake Oratam is?

17          A.    No.

18          Q.    All right.  So as you travel down

19 Cherry Lane, heading towards New Jersey, is this

20 camp on your left, by Christmas Hill Road?

21          A.    Going 59, down towards New Jersey,

22 yes, I believe it's on the left.

23          Q.    On the left.  Okay.  Almost right

24 before you enter into New Jersey, before you get

25 to the end of Cherry Lane and you get up into

Dianne Philipps

1

2   Saddle River, or Upper Saddle River, beg your

3   pardon?

4          A.    I thought it was more towards where

5   the Village --

6          Q.    Village of Airmont is?

7          A.    The Town Hall, but I'm not sure.

8          Q.    The new Town Hall we're talking

9   about?

10         A.    Yes.

11         Q.    And the old one I guess, for that

12  matter.

13         A.    Well, --

14         Q.    The Valentine House?

15         A.    I'm not thinking it's that close.

16  It's not like right on the New Jersey border or

17  anything, but I think it's further up Cherry

18  Lane.  Camp Cruffy(sic) or something like that.

19         Q.    I think you're right.  Correct.

20                Then you have spills listed for

21  2005.  It doesn't give the breakdown of rain

22  events or number of spills on this chart again,

23  but it has Saddle River Road, South Monsey,

24  754 Saddle River Road.  They give a reason, heavy

25  rain.  We don't know the amount.  That was April?

1                    Dianne Philipps

2          A.    That would be in the spill report.

3          Q.    Correct.  April of '05.  The October

4     of '05, again, South Monsey Road, Airmont.

5                 And then November 30th it says that

6     there's, again, pump failure or failure of the

7     uninterruptible power supply on November 30th;

8     right?

9          A.    Yes.

10         Q.    So that's more mechanical failure,

11    not heavy rains?

12         A.    Electrical component.

13         Q.    So equipment failure?

14         A.    Yes.

15              MR. BURKE:  Can you mark this,

16         please as 9.

17              (Plaintiffs' Exhibit 9, Spills 2007

18         File, was marked for identification.)

19         Q.    I show you what's been marked as

20    Plaintiffs' Exhibit 9.

21              (Document submitted.)

22         Q.    I'm going to ask you to turn to 117

23    and 118 Bates Stamp Number.

24              This, again, is talking about a

25    sewer overflow on December 23rd, 2007 in the

210

1          Dianne Philipps

2    vicinity of the Saddle River Swim Club?

3          A.    Yes.

4          Q.    It says that they estimated 800

5    gallon overflow?

6          A.    Yes.

7          Q.    Talks about excessive rag and debris

8    buildup in both the operable pumps, caused one to

9    fail.  This is next paragraph.

10         A.    Yes.

11         Q.    And the other pump at reduced

12   capacity.

13              Now, again, rags and debris, rags,

14   was what we talked about before.  That's what you

15   would refer to as toilet paper and other products

16   that go through your system?

17         A.    Right.  They just kind of gel up

18   into something that looks like rags.

19              MR. BURKE:  Off the record.

20              (Whereupon, there was a discussion

21         held off the record.)

22         Q.    When those rags buildup, that could

23   cause blockage if there's other debris, sticks

24   and everything else that --

25         A.    They have a tendency to form balls

211

Dianne Philipps

1

2   inside the pumps on the impellers.  They also

3   have a tendency to get in between the impeller

4   and, you know, in between the wear rings, causing

5   it to not be able to turn as well or causing it

6   to go out on either vibration or excessive

7   current, because it  impedes the flow or it could

8   keep the impeller from -- just makes it difficult

9   for the pumps to turn.

10       Q.   Because of the buildup of these

11  rags?

12       A.   Yes.

13       Q.   Is that what happened here that

14  caused the failure?  It says, excessive rag and

15  debris buildup in both operable pumps caused one

16  to fail and the other at a reduced capacity.

17       A.   Reduced capacity, yes.

18       Q.   Does that mean that the third pump,

19  the backup pump, would have kicked in, or does it

20  say anything as to that?

21       A.   Well, it says, appears that the

22  temporary backup pumps were available to pump

23  down the wet well.

24       Q.   It doesn't say that they turned on?

25       A.   It may have.

212

1          Dianne Philipps

2          Q.   And it says during dry periods as

3     the area's experienced over recent weeks, rags

4     and debris tend to settle within the collection

5     system?

6          A.   Yes.

7          Q.   It means along the pipelines that

8     they would just settle,  and then when the levels

9     increase, that they move along the system; is

10    that what that means?

11         A.   Well, during dry periods, the

12    periods of low flow some of lines might not have

13    enough velocity to carry the solids and then

14    you'd get more flow and it just kind of flushes

15    the system out.

16         Q.   Okay.  Which would bring an increase

17    of these settable solids down to the pump

18    station; --

19         A.   Yes.

20         Q.   -- right?

21         A.   Yes.

22         Q.   So during dry periods do you flush

23    out the system to prevent that from happening?

24         A.   There are some places that we flush.

25    We certainly can't flush the entire system.

217

1                    Dianne Philipps
2   Pump Station pumps down to the Saddle River;
3   right?
4        A.    No.  The Saddle River station
5   pumps --
6        Q.    Pumps up to Twin Lakes?
7        A.    --  to the Twin Lakes Pump Station.
8   Twin Lakes Pump Station pumps to the Ramapo
9   Interceptor.
10       Q.    The two  interceptors that comes
11  down  from Saddle River are both gravity?
12       A.    Yes.
13       Q.    All right.  Back to we're looking at
14  spills from 2007 and on 118, the second to last
15  paragraph Page 118 begins with the word, as...
16  again, indicates that a small quantity of the
17  overflow ponded and a portion flowed to the
18  Saddle River.
19            So, again, as a result of this spill
20  on December 23rd, 2007 your report indicates that
21  a quantity of that flowed into the Saddle River?
22       A.    Yes.
23       Q.    119 is a letter from you to Manju,
24  M-A-N-J-U, Cherian, C-H-E-R-I-A-N, of the New
25  York State DEC.  And you are, in essence, in this

218

Dianne Philipps

1    letter asking to invoke the force majeure clause

2    of the -- did I pronounce that correctly?  I

3    think I did; correct?

4          A.    Correct.

5          Q.    And that's kind of like an act of

6    God clause; correct; if you know?

7                What would you describe that clause

8    to be in the Consent Decree?

9          A.    I'm -- I'm not sure.

10         Q.    Okay.  Is it a clause basically, I

11   don't want to call it an escape clause, but to

12   say, well, because of a storm that was excessive,

13   we were unable to abide by the Consent Decree;

14   correct?

15         A.    Based on the following paragraphs, I

16   would say yes.

17         Q.    All right.  And then basically what

18   you say, it's the worst flooding since Tropical

19   Storm Floyd, and you talk about the extreme

20   rainfall, that you received six to seven inches;

21   right?

22         A.    Yes.

23         Q.    So, in essence, you're requesting

24   that the DEC allow you to rely on a clause that's

219

1                    Dianne Philipps
2    contained in the Consent Decree if there is
3    excessive rainfall; correct, and if they grant
4    that?
5          A.    Repeat that again.
6          MR. BURKE:   Okay.   Let me rephrase
7          it.
8          Q.    You're asking for the DEC to trigger
9    a clause in the Consent Decree which would excuse
10   the overflows because of excessive rain; correct?
11         A.    Yes.
12         Q.    Do you know if the DEC granted that
13   request?
14         A.    They didn't issue any violations.
15   I -- I don't know -- I don't believe we got
16   anything in writing from them in response to
17   this.
18         Q.    Do you think if they didn't grant
19   it, they would issue violations?
20         A.    I would think so.
21         Q.    Do you know if the other spills that
22   we mentioned before this, in '06 and '07, where
23   you didn't ask for relief from those spills, if
24   the DEC issued violations?
25         A.    They did not issue violations.

220

1                    Dianne Philipps

2          Q.   So for all those other spills there

3    were no violations after the Consent Decree

4    Order, until now, when you first asked for this

5    relief; right?

6          A.   Correct.

7          Q.   Do you know if the DEC has issued

8    any violations for spills after you entered into

9    the Consent Decree?

10         A.   I'm not aware of any.

11         Q.   And isn't it fair to say that spills

12   have continued to occur after entering the

13   Consent Decree that did not result in violations

14   from the DEC?

15         A.   Yes.

16         Q.   And isn't it fair to say that spills

17   that occurred after the Consent Decree was

18   entered into, were in violation of your SPDES

19   permit?

20         A.   Yes.

21         Q.   Okay.   The next page Bates Stamp

22   120.   This is the rain event that you were asking

23   for that relief under the Consent Decree.   And it

24   lists the Saddle River, Hillside Avenue in

25   Airmont as one of the locations where spills

221

1                     Dianne Philipps

2      occurred; correct?

3             A.    That might be two locations.

4             Q.    Okay.   The Saddle River Road and

5      then Hillside Avenue?

6             A.    Both in Airmont.

7             Q.    Okay.   So these appear to be broken

8      down by location.   West Nyack  they list a number

9      of them; right?

10            A.    Yes.

11            Q.    Then Spring Valley they list a

12     number of them?  And then in Airmont they list

13     Saddle River Road, Hillside Avenue.  And then New

14     City they list some.  And then, again, at the end

15     it says, Route 303 in Orangeburg it lists one.

16            A.    Right.

17            Q.    All right.  Now, let's go down to

18     the paragraph that deals with -- okay.  If we

19     look at the second to last paragraph on page

20     Bates Number 120.  Actually, it's the paragraph

21     starting above that where it says, storm watch

22     crews performing pump station inspections found

23     the Saddle River Station off-line at

24     approximately 2:30 a.m.   And it says,

25     Manholes 10172 and 74 were overflowing.

222

Dianne Philipps

1

2      Those are the manholes we saw

3  depicted in Plaintiffs' Exhibit 3; right, down by

4  the Swim Club?

5      A.    Repeat that again.

6      Q.    I'm sorry.  I'm just trying to

7  coordinate.  The manholes listed are referenced

8  in Bates Stamp Number 120, which is Manhole 10172

9  and 10174, are the manholes that are depicted in

10 Plaintiffs' Exhibit 5; right?

11     A.    One of the two manholes is.

12     Q.    Okay.  The other one's in the

13 parking lot?

14     A.    Yes.

15     Q.    We don't know if this is 72 or 74;

16 do we, or do you?

17     A.    Guessing that one would be 74, but

18 I'm not sure.

19     Q.    Okay.  It says that the pumps were

20 reset.  However, the inflow to this station was

21 greater than the station's capacity  and

22 overflows continued.

23     A.    Yes.

24     Q.    It says, as has been noted in

25 previous memorandum, this pump station is not

223

Dianne Philipps

1   running at 100 percent capacity.

2           What does that mean?

3       A.   Possibly the impellers are worn.

4   The wearings are worn or the pump is worn,  and

5   that's why -- you know, follows that we were

6   under recently entered into the contract to

7   replace them.

8       Q.   And that was the -- the replacement

9   was completed in 2009?

10      A.   I believe so.

11      Q.   Okay.  So from the time that the

12  Consent Decree was entered into in 2006 until

13  when the pumps were replaced in 2009?

14      A.   Those pumps may have been replaced

15  in 2008.  I'd like to check that, 'cause this

16  letter was in 2007.  If we were already under

17  contract, they were probably done in 2008.

18      Q.   Well, at least there was a two-year

19  period, approximately a two-year period, where

20  they were not operating at 100 percent capacity.

21          Do you know when --

22      A.   Well, I'm not --

23      Q.   -- it was first determined that they

24  weren't operating at 100 percent capacity?

224

Dianne Philipps

1

2    A.    I'm not sure when that was first

3    determined.

4    Q.    Okay.  So it could have even been

5    longer than that two-year period?

6    A.    It may or may not have been.

7    Q.    It says, in that same paragraph, it

8    says, the overflow diminished and subsided at

9    approximately 4:00 a.m. on 4/17.

10    So that's more than 24 hours; right?

11    A.    Yes.

12    Q.    It says, the overflow ponded in the

13    area and drained into the Saddle River.  An

14    estimated 390,000 gallons of dilute sewage may

15    have been released during the overflow; correct?

16    A.    Yes.

17    Q.    And that's an estimate based upon

18    the Sewer District's investigation?

19    A.    Yes.

20    Q.    Then you talk about equipment

21    failure.  The failure of the telemetry system to

22    report mechanical problems that this pump station

23    was identified --

24    A.    Yes, it --

25    Q.    -- the telephone line?

1              Dianne Philipps

2         A.    Right.  Well, it -- yes.  Well, it

3    mentioned, you know, the pumps were off-line.  We

4    should have gotten an alarm.  And we didn't get

5    an alarm due to the problem with the telephone

6    line.

7         Q.    So an alarm signal would be sent

8    whenever there's an overflow?

9         A.    Whenever there's any kind of

10   mechanical problem, we -- we monitor the levels

11   in the wet wells.  So once if they were to reach

12   a hot -- reach a high wet well level alarm, we

13   would get an alarm.

14        Q.    Knowing that this was a problem

15   location or problematic location, do you know if

16   anything was done prior to this heavy rain event

17   to attempt to alleviate potential overflows

18   before the rain event occurred?

19        A.    Typically they would clean out pumps

20   of -- of all of our pump stations where we had

21   problem with rags, they go and clean out all the

22   pumps.  We did have storm watch crews.  We had

23   people work around the clock.  And we do have

24   people around the clock during a rain event.

25   They typically make it  a point to stop at Saddle

226

Dianne Philipps

1
2  River, Twin Lakes, Cherry Lane, Pine Brook, you
3  know, on a regular basis.  We just kind of assign
4  someone to handle that part of the County, all
5  those pump stations.
6              We put another crew at the northern
7  end of the County to cover those pump stations.
8       Q.   Do you know if anyone ever inspected
9  the telemetry system that's --
10      A.   Well, typically, even if --
11      Q.   Even if the system is not
12 functioning,  can't -- if you have storm watch
13 crews, when they're stopping in, can't they
14 determine whether there's been a mechanical
15 failure or not, you don't need to be notified;
16 right?
17      A.   Well, telephone lines failing, we're
18 not gonna get an alarm on that.  If the telemetry
19 system -- this -- we recently replaced our SCADA
20 system, our telemetry system.  We have a new
21 system.  And we don't use telephone lines
22 anymore.  We use Cablevision.  We pay a lot for
23 Cablevision.  We don't get HBO.
24      Q.   That's funny.  But here it indicates
25 at least that they're blaming the failures on the

227

1                    Dianne Philipps
2    telemetry system to report the mechanical
3    problems.
4              But my question being if there's
5    storm watch crews out there, you don't need to
6    rely on the notification from the telemetry
7    system?
8         A.   Correct.  They were there at 2:30.
9    They could have -- I can look -- well, I probably
10   can't now, but they were probably at that
11   station, maybe visiting that station every half
12   hour,  and when they got there at 2:30 they found
13   the problem.
14        Q.   Okay.  And the next paragraph it
15   says that they were at the Hillside Airmont at
16   11:30 p.m. on the 15th, and there was an overflow
17   there, and that spill was 12,000 gallons, and
18   that flowed into the Saddle River, as well.
19             So the day before, 12,000, the next
20   day 390,000 from two different locations?
21        A.   Yes.
22        Q.   And then also in Airmont,
23   Manhole 10019, South Monsey Road, there was an
24   overflow going on there as well?
25        A.   Yes.

228

Dianne Philipps

1

2      Q.   And that was, it says, overflows

3  from that location became intermittent as flows

4  decreased and pumps cycled on and off.  It says,

5  from that area another 100,000 gallons as a

6  result of the flow meter data and direct

7  observation?

8      A.   Yes.

9      Q.   And that would have flowed again

10  into the Saddle River?

11      A.   Well, into a tributary of the Saddle

12  River.

13      Q.   Which connects into the Saddle

14  River; right?

15      A.   Yes.

16      Q.   And so all told, over a half a

17  million gallons of dilute sewage into the Saddle

18  River or a tributary of the Saddle River?

19      A.   Yes.

20      Q.   On the bottom of this notification

21  it lists who you notify?

22      A.   Yes.

23      Q.   It doesn't list New Jersey DEP; does

24  it?

25      A.   No, it does not.

229

1              Dianne Philipps

2          Q.   So it's got the Department of

3     Health.  You left a message, it says.  The DEC

4     and United Water; right?

5          A.   Yes.

6          Q.   It's also got an indication that it

7     goes into a file for spills and reader.

8               What's the reader file?

9          A.   I think everything goes to reader.

10         Q.   Okay.  What's --

11         A.   I'd have to ask my administrative

12    secretary.  It's just something like things --

13         Q.   Like a  --

14         A.   Some kind of a backup file, I'm

15    assuming.

16         Q.   All right.  That's electronic?

17         A.   No.

18         Q.   That's not a physical?

19         A.   It's physical.

20         Q.   Physical document file?

21         A.   Yes.

22         Q.   In the second to last paragraph of

23    this report it says, spills were also reported to

24    the District from lines that, upon further review

25    and investigation, are not the responsibility of

230

Dianne Philipps

1    Dianne Philipps
2    the District.  These include reported spills on
3    Ramapo Lane, Airmont and Cottage Place, Nanuet.
4              Do you know whose responsibility
5    those locations would be?
6         A.   Ramapo Lane would be the
7    responsibility of Ramapo.  And Cottage Lane --
8    Cottage Place would be the responsibility of Town
9    of Clarkstown.
10         Q.   Okay.  So Ramapo Lane and Airmont
11    Road are Town of Ramapo?
12         A.   Yes.
13         Q.   Because that's where the
14    eight-inch4k --
15         A.   That would have been from the
16    eight-inch line.
17         Q.   Okay.  On Bates Stamp 127, I think
18    that's the same report.
19         A.   It's the same report.
20         Q.   Okay.  Let me just take a step back
21    to the one we were just looking at.  On Page 2 of
22    that document it also talks about other water
23    ways that were affected as a result of overflows.
24              The third paragraph down says
25    270,000 gallons flowed into tributaries of the

231

```
 1              Dianne Philipps
 2   Pascack Brook?
 3        A.    Yes.
 4        Q.    And the next paragraph says, another
 5   385,000 gallons of dilute sewage flowed into the
 6   Pascack Brook; right?
 7        A.    Yes.
 8        Q.    And that's the location that or at
 9   least I've previously mentioned next to the BMW
10   dealership, on Route 59?
11        A.    Yes.
12        Q.    So to refresh your recollection,
13   that tributary would be a tributary to the
14   Pascack Brook?
15        A.    Yes.
16        Q.    I think it actually says which
17   flows... yes.  You can't tell the way it's
18   written whether it's a tributary --
19        A.    Right.
20        Q.    -- or...
21              And on the last page there's
22   another, it's the fourth paragraph from the
23   bottom, another 215,000 flowed into the Sparkhill
24   Creek --
25        A.    Yes.
```

1              Dianne Philipps

2        Q.    -- or a tributary of the Sparkhill

3  Creek.

4              The Bates Stamp Number 130 is a

5  spill at the Twin Lakes Pump Station,

6  November 28, 2007?

7        A.    Yes.

8        Q.    It says that there was an overflow

9  of approximately 3,000 gallons.

10             And this was a dry weather event?

11       A.    Yes.

12       Q.    And this dry weather event, if you

13 look at the last paragraph on the second page,

14 indicates that the overflow drained into a

15 tributary of the Saddle River?

16       A.    Yes.

17       Q.    And, again, with a dry weather event

18 it's more than likely high concentration of those

19 gallons that are reflected as a result of the

20 spill?

21       A.    Yes.

22       Q.    Bates Stamp Number 135, this is

23 another sewer overflow?

24       A.    Yes.

25       Q.    And, again, this is another dry

233

```
 1                    Dianne Philipps
 2   weather event on October 12, 2007?
 3        A.   Yes.
 4        Q.   And that's, again, it says in the
 5   vicinity -- this overflow in the vicinity of
 6   Saddle River Swim and Tennis Club?
 7        A.   Yes.
 8        Q.   And as a result of this dry weather
 9   event on Page 2 they did an estimate of 500 to
10   1,000 gallons.  And they said that the overflow
11   ponded nearby and seeped into the ground and
12   flowed into the Saddle River?
13        A.   Yes.
14        Q.   So, again, as a dry weather event,
15   and 500 to 1,000 gallons, based on your
16   estimates, would have been a higher concentration
17   of sewage and contaminants that would flow into
18   the River?
19        A.   Yes.
20        Q.   On a spill report next on 137,
21   March 19, 2007?
22        A.   Yes.
23        Q.   It says, sewage spill from March 2nd
24   of 2007?
25        A.   Yes.
```

234

Dianne Philipps

1
2      Q.    The second paragraph says, repairs
3  were recently completed to the section of the
4  interceptor downstream near South Monsey Road and
5  Christmas Hill Road?
6      A.    Yes.
7      Q.    That's the manhole next to
8  Mr. Schneider?  I think he's actually even
9  mentioned in this report.  Yes, Mr. David
10  Schneider reported an overflow there.
11          And I think even, whoever responded,
12  verified that it was an overflow, but a small
13  amount at that manhole, even after the repairs
14  had been done?
15      A.    Right.  We -- we did one repair.  As
16  the result of this we did a second repair.
17  (Indicating.)
18      Q.    So the first repair didn't address
19  some of the overflow problems at that manhole?
20      A.    Well, it went from -- from being
21  more often and excessive to a trickle that
22  lasted -- what?  Not more than two minutes.
23      Q.    Where did you put the river siphon?
24  Where was that done?
25      A.    What river siphon?

235

Dianne Philipps

1

2      Q.    Did you put in a syphon pump

3  anywhere in this area to address overflows?

4      A.    No, we haven't built any syphons

5  lately.

6      Q.    Is there something known as a barrel

7  siphon pump?

8      A.    Wait.  Further down, downstream from

9  there, there are there -- there is a two barrel

10 syphon.  We added a third barrel.

11     Q.    What is a barrel syphon pump?

12     A.    It takes -- typically a sewer flows

13 by gravity downstream.  Let's say you want to go

14 under a stream, and it just goes down under and

15 comes back up,  and it operates like an inverted

16 syphon.

17     Q.    Okay.

18     A.    Like if you're siphoning out a pool

19 and it's going this way, you know, you put your

20 hose in and it's coming out that way.  This one's

21 going that way. (Indicating.)

22     Q.    Underneath the stream?

23     A.    Underneath.  It could be a stream

24 or -- more than likely a stream.

25     Q.    Okay.  How many barrel syphon pumps

236

Dianne Philipps

1
2  are --
3        A.   It's not a pump.  It's just a pipe.
4        Q.   But it's called a barrel siphon
5  pump; isn't it?
6        A.   Just a barrel siphon.
7        Q.   Okay.  A barrel siphon, not a pump.
8        A.   Well, this particular one had
9  two barrels, and it had a place for a third
10 barrel, so we put in a third barrel.
11       Q.   So more flow could go underneath --
12       A.   Yes.
13       Q.   -- whatever it was trying to go
14 underneath?
15       A.   Yes.
16       Q.   Was that because there was blockage
17 in that area that would cause leakage into
18 whatever was above it?
19       A.   That would have been to add
20 capacity.
21       Q.   How many barrel siphons are employed
22 throughout the Rockland County Sewer District; if
23 you know?
24       A.   I'd have to add  'em up.  I -- I
25 don't know off the top of my head.

237

Dianne Philipps

1

2          Q.    Well, is there more than ten?

3          A.    I -- maybe around ten.

4          Q.    Is there a large map of the sewers

5    and interceptors that you maintain at the Sewer

6    District, or copies of those large maps that you

7    maintain?

8          A.    Yes.

9          Q.    Are they copies that you often have

10   engineers do drawings on, etcetera?

11         A.    Yes.

12         Q.    Where it has a standard list of all

13   the pipes and connectors?

14         A.    Yes.

15         Q.    And it looks kind of like a site

16   plan of the maps and connectors and everything

17   else?

18               How big is it?  Are talking about a

19   third of this table, perhaps?

20         A.    There's a variety of sizes.  We

21   have, you know, the overall system.  Then we have

22   page by page that shows every single line.  Then

23   we also have the computerized version of it.  So

24   it could be any size.  You could look at whatever

25   detail you want.

238

Dianne Philipps

1

2          Q.    Okay.  And a blown up size of that

3     map would list all of the interceptors that are

4     your responsibility, and then the interceptors

5     that are -- or the pipes that are, say, Town of

6     Ramapo's responsibility?

7          A.    Yes.

8          Q.    And you can tell that just by the

9     size?

10          A.    Yes.   Well, not 100 percent of the

11     time.  There are some eight-inch lines that we do

12     own.   There's probably some ten-inch lines that

13     the Town owns.  But our maps indicate who has

14     ownership.

15          Q.    Okay.  Bates Stamp 139, again, talks

16     about some spills on March 19th.  It's dated

17     March 19th.  Addressing spills on March 2nd;

18     right?

19          A.    Yes.

20          Q.    Lists Saddle River as one of the

21     locations?

22          A.    Yes.

23          Q.    Saddle River Road in Airmont?

24          A.    Yes.

25          Q.    On the third paragraph down on

239

1                     Dianne Philipps

2    Page 2 it indicates that 14,000 gallons of sewage

3    may have been released --

4          A.    Yes.

5          Q.    -- from that spill, and that a

6    percentage of that drained into the Saddle River?

7          A.    Yes.

8          Q.    It also lists throughout this

9    memorandum other water bodies, the Hackensack

10   River, that were affected from spills?

11         A.    Yes.

12         Q.    Pascack Brook?

13         A.    Yes.

14               MR. BURKE:  Okay.  Why don't we stop

15         there.

16

17

18                        *****

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT COURT OF NEW YORK

-------------------------------------------x

BOROUGH OF UPPER SADDLE RIVER, NEW JERSEY,

KAREN MILLER, ROY OSTROM, MARIA FLORIO, MARK

RUFFOLO AND LINDA MCDONALD,

                          Plaintiffs,

     - against -

ROCKLAND COUNTY SEWER DISTRICT #1,

                          Defendant.

-------------------------------------------x

                    Thursday,

                    January 13, 2011

                    10:10 a.m.

     CONTINUED EXAMINATION BEFORE TRIAL OF

a Defendant, ROCKLAND COUNTY SEWER

DISTRICT #1, by and through its Witness,

DIANNE PHILIPPS, held at the

offices of Rockland & Orange Reporting,

20 South Main Street, New City, New

York, on the above time and date, before

a Notary Public of the State of New York.

               ROCKLAND & ORANGE REPORTING

                  20 South Main Street

                New City, New York  10956

                    (845) 634-4200

1    A P P E A R A N C E S:

2

3

4

5

6    BURKE, MIELE & GOLDEN, LLP

7         Attorneys for the Plaintiffs

8         40 Matthews Street

9         Suite 209

10         Goshen, New York 10924

11    BY:  MICHAEL BURKE, ESQ.

12

13

14

15

16    PANNONE LOPES DEVEREAUX & WEST LLC

17         Attorneys for the Defendant

18         81 Main Street

19         Suite 510

20         White Plains, New York 10601

21    BY:  MICHAEL L. CAREY, ESQ.

22

23

24

25

254

1                    Dianne Philipps

2    asked if the overflows at the manhole on South

3    Monsey was due to a lack of capacity.  And I had

4    responded that it was not a capacity problem.

5              At one time the overflows were due

6    to a lack of capacity, and that was due to -- due

7    to lack of capacity at the siphon downstream.  We

8    had discussed how that was -- that siphon had two

9    barrels.  We added a third barrel to the

10   two-barrel siphon.  And then based on our

11   calculations, this should have solved the

12   problem.  However, during a rain event we still

13   had a slight overflow.  This was due to the two

14   force mains discharging at right angles to each

15   other in a relatively shallow manhole.  We

16   redirected one of the force mains to a location

17   further down on the interceptor, and we've not

18   had an SSO at the South Monsey location since.

19        Q.   Okay.  I'm going to, obviously, ask

20   some follow-up questions as a result of this.

21             MR. CAREY:  And then the last item

22        is?

23             MR. BURKE:  Okay.

24        A.   I became Assistant Director

25   January 4th, 2003.

255

1                      Dianne Philipps
2           Q.    Your prior testimony was you became
3    Assistant Director, I thought it was '94; was
4    that --
5           A.    I might have said '94.
6           Q.    Okay.  But it's really 2003?
7           A.    Right.
8           Q.    All right.  So you were an
9    Engineer III from '89 to 2003, when you became
10   the Assistant Director?
11          A.    Yes.
12          Q.    And then from 2003 to present you
13   are the Executive Director?
14          A.    I became the Executive Director
15   in --
16          Q.    I'm sorry.  I beg your pardon.
17                You became an Assistant Director,
18   2003.  Executive Director in 2004, does that
19   sound right, from your prior testimony?
20          A.    I believe that's what I said.
21                MR. CAREY:  We'll verify the date.
22          Q.    I think I have March of 2004 being
23   her prior testimony that you became Executive
24   Director.
25                All right.  You said that the new

256

1                    Dianne Philipps

2    pumps were installed at the Saddle River Pump

3    Station.

4                    Where did you learn that

5    information?  I believe your prior testimony was

6    the new pumps were installed in 2009.

7         A.    I went and looked at the -- what did

8    I look at?  I can't remember what I looked at.  I

9    know I looked through the contract file, and I

10   can't remember if I found it or not.

11        Q.    So how do you know that it was

12   completed in 2007?

13        A.    I found some documentation in the

14   project files, but I can't remember what it was.

15   I had another pad of notes from things I found in

16   the office, and I had left that in the office.  I

17   wasn't in the office yesterday, and I wasn't in

18   the office this morning.

19   ***

20                    MR. BURKE:  Okay.  I'm going to call

21             for production of those notes, as well as

22             the document that you reviewed or

23             documents that you reviewed that now

24             changed your testimony that the pumps were

25             installed in 2007, as opposed to 2009.

257

1                         Dianne Philipps

2              THE WITNESS:    Right, it was the end

3         of 2007, beginning of 2008.

4         Q.    Who did you contract to do the work

5    to install the new pumps?

6         A.    It was Stacy Contracting.

7         Q.    Do you know if the pumps were fully

8    installed by the beginning of 2008, as you just

9    testified?

10        A.    Yes.

11        Q.    They were?

12        A.    (The witness nods her head).

13        Q.    All three new pumps?

14        A.    Yes.

15        Q.    And that was now based on your

16   review of documents that the new pumps had been

17   installed and that work was completed, when

18   previously you thought it was 2009; correct?

19        A.    Correct.

20              MR. BURKE:    I'm going to show you

21         what I ask be marked as Plaintiffs'

22         Exhibit 10.

23              (Plaintiffs' Exhibit 10, e-mail

24         dated March 5, 2008 from Manju Cherian to

25         Wendy Rosenbach, and the subject matter is

1                      Dianne Philipps

2  Consent Decree called for replacing the pumps in

3  the Saddle River Pump Station?

4        A.    I  -- I don't recall.  I'd have to

5  check the Consent Order report.

6        Q.    And since the replacement of the

7  pumps, whether it be in -- well, let's just use

8  the date now stating it was replaced the end of

9  '07, beginning of '08 that these new pumps were

10 replaced at the pump station in Saddle River,

11 there has continued to be SSOs at the Saddle

12 River Pump Station; isn't that correct?

13       A.    Yes.

14       Q.    So is it fair to say that replacing

15 those pumps haven't addressed the problem of the

16 SSOs at the Saddle River Pump Station?

17       A.    Yes.

18            MR. BURKE:  Can you mark this,

19       please.

20            (Plaintiffs' Exhibit 11, Bates Stamp

21       Number 2582 and 2583, letter dated

22       February 11th, 2009 to Ms. Philipps from

23       Jean Occidental, was marked for

24       identification.)

25       Q.    I'm going to show you what's been

Dianne Philipps

   1          Dianne Philipps

   2    Number PLDW-270 through 274, quarterly

   3    report for January 1st through March 31st,

   4    2008, was marked for identification.)

   5   Q. I'm going to show you what's been

   6 marked as Plaintiffs' Exhibit 12, and direct your

   7 attention to the bottom of Page 4, top of Page 5,

   8 this is Bates Stamp Number PLDW-270 through 274.

   9 And it is a quarterly report for January 1st

  10 through March 31st, 2008.

  11    Turn to bottom of Page 4, top of

  12 Page 5.  And that's a portion of the quarterly

  13 report dealing with Saddle River Pump Station;

  14 correct?

  15   A. Yes.  It was Stratis Contracting

  16 that installed the new pumps.

  17   Q. Okay.  And on Page 5 it indicates

  18 that the new pumps were installed at the Saddle

  19 River Pump Station January of 2008?

  20   A. Yes.

  21    MR. BURKE:  And I show you what I'll

  22    ask be marked Plaintiffs' Exhibit 13.

  23    (Plaintiffs' Exhibit 13, photos of

  24    March 5th, 2008, was marked for

  25    identification.)

268

Dianne Philipps

1

2          A.    Yeah, 'cause I had said end of 2007.

3          Q.    I show you what's been marked as

4     Plaintiffs' Exhibit 13.  Ask you to take a look

5     at it.

6               (Documents submitted.)

7          A.    Okay.

8          Q.    Those are photos that have been

9     identified of March 5th, 2008, and it depicts, on

10    Page 2 of this, the area of the Saddle River Pump

11    Station, I'm sorry, the area of the Saddle River

12    Swim Club and the manhole running down towards

13    the Saddle River; correct?

14         A.    Yes.

15         Q.    And, in fact, it shows that manhole

16    cover on the third page of this document?

17         A.    Yes.

18         Q.    And around the manhole it shows what

19    you've previously described as being rags?

20         A.    No, I don't see any rags.  Well, I

21    see a little bit.  (Indicating).  It's possibly

22    rags.  I see what looks like maybe left over

23    sewage.

24         Q.    Okay.  And that's outside of the

25    manhole on the ground there; correct?

269

1                    Dianne Philipps

2          A.    Yes.

3          Q.    And on the fourth page it's a

4     picture of, again, that manhole from a further

5     back, closer with your back to the River?

6          A.    Yes.

7          Q.    And it shows a line of looks like

8     debris from the manhole?

9          A.    Yes.

10         Q.    Which would include sewage, toilet

11    paper, etcetera?

12         A.    Possibly.

13         Q.    Okay.  And this was two months after

14    the -- less than two months after the pumps, the

15    new pumps, were installed; correct?

16         A.    Yes.

17         Q.    So, obviously, as to this event the

18    pumps didn't -- weren't able to stop this

19    overflow; correct the, new pumps?

20         A.    Correct.

21               Well, I would have to review the

22    spill report to see if there was some specific

23    reason that caused that; was it some other

24    failure of something else, or it was just too

25    much rain.

273

1                    Dianne Philipps

2         A.    The spill report may have said it,

3    just because we normally list whatever the

4    receiving water body would be in a report.

5              MR. BURKE:   Okay.   I'm going to show

6         what I ask be marked as Plaintiffs' 14.

7              (Plaintiffs' Exhibit 14, photos of

8         September 6, 2008 and September 7, 2008,

9         was marked for identification.)

10        Q.   I show you what's been marked as

11   Plaintiffs' Exhibit 14, ask you to take a look at

12   that.

13             (Documents submitted.)

14        A.   Okay.

15        Q.   That, again, shows the manholes

16   near -- the manhole near the Saddle River Swim

17   Club?

18        A.   Yes.

19        Q.   And debris on the ground, which

20   includes toilet paper and other sewage coming

21   from the manhole?

22        A.   Yes.

23        Q.   And I believe the day indicated, at

24   least on these photos, was from September 7,

25   2008?

274

1                    Dianne Philipps

2         A.    Yes.

3         Q.    Which, again, was nine months after

4    the pump, the new pumps, were installed by the

5    Rockland County Sewer District?

6         A.    Yes.

7         Q.    So as to this spill on September of

8    2008, which are depicted in these photos, the new

9    pumps didn't alleviate the problems as to that

10   spill as well?

11        A.    I'd have to review the spill

12   reports, see what the cause was.

13        Q.    Well, we know there was a spill on

14   September 7, 2008; right, as dictated by these

15   photographs?

16        A.    Yes.

17        Q.    And we also know that you installed

18   new pumps in January of 2008; right?

19        A.    Yes.

20        Q.    So the new pumps that were installed

21   in January 2008 didn't prevent this overflow in

22   September of 2008; correct?

23        A.    Yes.

24             MR. BURKE:   Showing you 35 photos

25        that I ask be marked as Plaintiffs'

1                    Dianne Philipps

2          Exhibit 15.

3               (Plaintiffs' Exhibit 15,

4          35 photographs, was marked for

5          identification.)

6               MR. CAREY:  Do you want to number

7          the pages?

8               MR. BURKE:  Sure.  These were

9          previously produced, Michael, as a disk of

10         photos.

11              MR. CAREY:   Okay.

12              MR. BURKE:  But I'll number them for

13         now.

14              MR. CAREY:  Just in case you're

15         making reference.

16              MR. BURKE:  That's fine.  No, I

17         agree.

18         Q.   I'm going to show you what's been

19    marked as Plaintiffs' Exhibit 15, it's 35 photos,

20    and ask you to take a look at that.

21              (Document submitted.)

22         A.   Okay.  He's retired.  (Indicating.)

23         Q.   Do you recognize the area that's

24    depicted in Plaintiffs' Exhibit 15,  1 through

25    35?

276

1              Dianne Philipps

2        A.   Yeah, that would be the manhole on

3   South Monsey Road.

4        Q.   That's the 10019 manhole that we

5   were discussing earlier, near Mr. Schneider's

6   residence?

7        A.   Yes.

8        Q.   And this shows an overflow at that

9   location?

10       A.   Yes.

11       Q.   And these pictures show the overflow

12  at that location.  And I think some of the photos

13  have date stamps on the bottom?

14       A.   Yes.

15            (Whereupon, there was a recess

16       taken.).

17       Q.   Okay.  Back to Plaintiffs'

18  Exhibit 15.  I think we left off, at least as to

19  Plaintiffs' Exhibit 15 numbered one, there is a

20  time or a date stamp, not a time stamp, but a

21  date stamp on this photo; correct?

22       A.   Yes.

23       Q.   Looks like it's  April 17, 2007?

24       A.   Yes.

25       Q.   What's been marked as Exhibit 2,

277

Dianne Philipps

there's no date stamp, but that's the Saddle
River Swim Club manhole?

    A.   Yes.

    Q.   And that's also overflowing at that
location?

    A.   Yes.

        MR. BURKE:  Michael, for the record,
        these photos were printed out from a disk
        that was previously produced.  I have the
        disk with me, and I can make another copy
        of this for you, so you can see exact
        dates of when it was produced and compare
        it to what's being shown on the witness.

        MR. CAREY:  Okay.

    Q.   I'm going to show you what's been
marked as Plaintiffs' Exhibit 15, page number 13.
And that is also, again, appears to be the
Manhole 10019; --

    A.   Yes.

    Q.   -- correct?

    A.   Yes.

    Q.   And that's overflowing at that
location?

    A.   Yes.

278

1                   Dianne Philipps

2          Q.   And, in fact, it's a pretty -- well,

3    how would you describe that overflow there?

4          A.   It's not a trickle.  It's not --

5    it's not the worst I've seen.

6          Q.   Okay.  Well, how would you describe

7    it then?

8          A.   Well, it would depend if it was like

9    that continuous or intermittent.  It's...

10         Q.   Okay.  If it was like that for a

11   couple of days, how many gallons would you

12   estimate had been discharged from that location?

13         A.   I'd have to review the chart that we

14   use, and I -- I would think that that one

15   wouldn't be overflowing at that rate for a couple

16   of days.  It typically would not happen.

17         Q.   Okay.  Well, I'm showing you what's

18   marked as Plaintiffs' Exhibit 15, number 14, and

19   that's also a photo of the same manhole?

20         A.   Yes.

21         Q.   And that's the day prior to Page 13,

22   at least from the date stamp?

23         A.   Yes.

24         Q.   And it shows that it's overflowing

25   at a pretty good rate on April 16th; correct?

279

1                     Dianne Philipps

2          A.    Yes.

3          Q.    Now, when you were looking at these

4    photos initially, you indicated that the person

5    who is shown in photo 15 is no longer employed

6    with the Sewer District?

7          A.    Yeah, he -- he retired.

8          Q.    What's his name?

9          A.    Tommy Taylor.

10         Q.    How long was he with the Sewer

11   District?

12         A.    Probably about 35 years.

13         Q.    How about photo 18, there's another

14   gentleman along with Mr. Taylor in that photo, do

15   you know who that is?

16         A.    No, I do not.

17         Q.    Okay.  Photograph 20 on Plaintiffs'

18   Exhibit 15, is that a Rockland County Sewer

19   District truck?

20         A.    Yes.

21         Q.    Again, as you sit here today you

22   don't know if the third barrel siphon was

23   installed at the time of this overflow; do you?

24         A.    I would have to review the file.

25         Q.    So you don't know as you sit here

                                                            280
 1                        Dianne Philipps
 2    today?
 3            A.    I don't know.  I could probably call
 4    my office and have someone look that up.
 5            Q.    That's okay.  Thank you.
 6            MR. BURKE:  Can you mark this,
 7        please.
 8            (Plaintiffs' Exhibit 16, Spills 2008
 9        File, was marked for identification.)
10            Q.    I'm going to show you what's been
11    marked as Plaintiffs' Exhibit 16.  And the first
12    Bates Stamp Number is PLDW 171 through 201
13    consecutively.  It indicates they're spill
14    reports or it just says, spills 2008 file.  This
15    was produced by your Counsel in discovery of this
16    matter.
17            I'm going to direct you to specific
18    reports contained in here.  Ask if you could turn
19    first to Bates Stamp Number 175.
20            A.    Okay.
21            Q.    This a spill report for March 5,
22    2008 from the Saddle River Swim Club; correct, or
23    the Saddle River Pump Station?
24            A.    Correct.
25            Q.    And that was the March 5, 2008,

281

Dianne Philipps

1

2    which I believe we saw in Plaintiffs' Exhibit 13,

3    photos?

4         A.    Yes.

5         Q.    Now, in looking at this spill

6    report, in the first paragraph it says, when the

7    Sewer District employees responded to the pump

8    station, they found two of the duty pumps faulted

9    and off-line and a temporary pump not operating.

10        A.    Yes.

11        Q.    And these were the new pumps that

12   were installed less than two months prior?

13        A.    Yes.

14        Q.    So as to the spill report, it

15   indicates that this spill was caused by equipment

16   failure?

17        A.    Yes.

18        Q.    And it also appears in Paragraph 2

19   that it may have been human error, because the

20   vibration sensors were set below normal set

21   points?

22        A.    Yes.

23        Q.    And it also talks about possible

24   maintenance issues that rags and debris built up,

25   causing the pump to fail?

282

1                    Dianne Philipps

2          A.    Yes.

3          Q.    In this spill report it estimates

4     that 3,000 gallons of sewage overflowed during

5     that event?

6          A.    Yes.

7          Q.    And then on the second page -- I'm

8     sorry.  One moment.  It says on Paragraph 3 that

9     the pumps were tested 24 hours prior to that

10    event, and they operated properly?

11         A.    Yes.

12         Q.    The last paragraph indicates that

13    the sewage overflowed into the Saddle River;

14    correct?

15         A.    Yes.

16         Q.    I'd ask you to look at Bates Stamp

17    181 and 182.

18         A.    Okay.

19         Q.    And this is a spill report for a

20    spill on February 13, 2008?

21         A.    Yes.

22         Q.    And the affected area is Strawtown

23    Road, Jeffery Court, Old Mill Road, West Street,

24    West Nyack Road in West Nyack; right?

25         A.    Yes.

283

Dianne Philipps

1

2    Q.   Route 59, North Pascack Road in

3  Spring Valley?

4    A.   Yes.

5    Q.   And Route 303 in Orangeburg; right?

6    A.   Yes.

7    Q.   Bates stamp 182 of this report, the

8  first paragraph it indicates that 57,000 gallons

9  of sewage from that spill flowed into the Pascack

10  Brook?

11    A.   Yes.

12    Q.   In the next paragraph, 21,000

13  gallons of sewage flowed into the tributary of

14  the Sparkhill Creek?

15    A.   Yes.

16    Q.   And, in fact, the last paragraph of

17  this report says, the magnitude of overflows

18  during this rain event, multiple spill

19  identification numbers were obtained; correct?

20    A.   Yes.

21    Q.   I'm going to direct your attention

22  to Bates Stamp Number 187 and 188.

23    A.   Yes.

24    Q.   That's a spill report dated May 29,

25  2008 from Gene Yetter to you; correct?

1                   Dianne Philipps

2          A.    Correct.

3          Q.    And it says, the spill is a sewage

4   spill on May 28, 2008; right?

5          A.    Yes.

6          Q.    Hillside Road in Airmont?

7          A.    Yes.

8          Q.    This talks about an overflow at the

9   Cherry Lane Pump Station; right?

10         A.    It wasn't at the Cherry Lane Pump

11  Station.

12         Q.    It was downstream?

13         A.    It was where the force main

14  discharges.

15         Q.    And where does the force main

16  discharge?

17         A.    Let me -- on Hillside Avenue.  On

18  Hillside.  Hillside Road or Avenue, whatever it

19  is.

20         Q.    And that's closer to the two

21  branches of the Saddle River, like we talked

22  about the other day; if you know?

23         A.    It was at the -- the eastern end of

24  Hillside Road.

25         Q.    Closer to the top of Cherry Lane?

285

Dianne Philipps

1

2          Perhaps we could look at the map.

3          MR. BURKE:  And we'll mark this as

4     Plaintiffs' Exhibit 17.

5     Q.    Does it have streets, or no?

6     A.    Here's Cherry Lane.  I believe this

7 is Hillside Avenue.

8     Q.    Okay.  We're going to have this

9 marked as Plaintiffs' Exhibit 17, and you're

10 indicating there's two reddish rectangles, which

11 I think are pump stations; right?

12     A.    Correct.

13     Q.    You have the Cherry Lane Pump

14 Station,  and that's identified as Cherry Lane.

15 And then you have Saddle River I think

16 identifying the town; correct?

17     A.    Saddle River is identifying the

18 Saddle River Pump Station.

19     Q.    I'm sorry.  I beg your pardon.

20 That's the Saddle River Pump Station.

21          Further down is the Pine Brook Pump

22 Station?

23     A.    Yes.

24     Q.    Okay.  I'm just going to have it

25 marked for now, so we know what we're

1                      Dianne Philipps

2    referencing.

3              (Plaintiffs' Exhibit 17, Map, was

4         marked for identification.)

5         Q.    Plaintiffs' Exhibit 17, can you

6    identify where further down, it says downstream,

7    that the overflow occurred as a result of the

8    spill on May 28, 2008 on Hillside Road in

9    Airmont?

10        A.    This map doesn't exactly show where

11   the force main is located, how far it goes down

12   Hillside Avenue, but it comes down Hillside

13   Avenue and at some point the force main stops and

14   it goes to gravity, and it's in that gravity

15   section on Hillside is where this spill occurred.

16        Q.    Okay.  Do you know if that's near

17   the Saddle River, the West Branch of the Saddle

18   River?

19        A.    I'm not sure which branch of the

20   Saddle River, but I would assume that any -- any

21   spill in that area it would go to a tributary to

22   the Saddle River.

23        Q.    Okay.  And we know that there is a

24   branch of the Saddle River near the Saddle River

25   Pump Station --

Dianne Philipps

1

2      A.    Yes.

3      Q.    -- as seen by the prior photos and

4 reports; correct?

5      A.    Yes.

6      Q.    Can you identify where on this map

7 the Manhole 10019 is?

8      A.    (Indicating).

9      Q.    And if we could just have you mark

10 that.  Does it actually have a marking?

11      A.    This -- this doesn't show the

12 manholes, but this is the -- this is the

13 beginning of the Ramapo interceptor.  You have

14 the force main from the Tallman Pump Station and

15 the force main from the Twin Lakes Pump Station

16 discharging at this point.

17      Q.    Okay.  So if we can just have you

18 mark with an  "X", and I guess we can draw a line

19 down and write Manhole 10019 and put your

20 initials next to it.

21      A.    Would a circle be easier to see?

22      Q.    Yes, a circle is fine, because it is

23 a manhole cover, I guess.

24      A.    What's the number?

25      Q.    10019.

288
Dianne Philipps

1

2       A.    (The witness complied.)

3       Q.    And I'm just going to ask if you

4   could put your initials, and today's date is the

5   13th.

6       A.    (The witness complies.)

7       Q.    Thank you.

8             Now, that's where the Ramapo

9   interceptor begins; correct, where we just

10  marked, --

11      A.    Correct.

12      Q.    -- Manhole 10019?

13      A.    Correct.

14      Q.    You indicated that the Twin Lakes

15  Pump Station pumps to that point where the Ramapo

16  interceptor begins; correct?

17      A.    Yes.

18      Q.    And the Saddle River Pump Station

19  pumps up to the Twin Lakes Pump Station, it's a

20  force main?

21      A.    Yes.

22      Q.    Does the Saddle River Pump Station

23  also pump to the Pine Brook Pump Station?

24      A.    No.

25      Q.    Why not?

289

Dianne Philipps

      A.   Pine Brook pumps to Saddle River.

      Q.   Okay.  So Pine Brook to Saddle River, Saddle River to Cherry -- I'm sorry, not Cherry Lane, Twin Lakes, Twin Lakes to the Ramapo Interceptor?

      A.   Yes.

      Q.   All right.  What pumps into Pine Brooks Pump Station?

      A.   Nothing.  It's all gravity flow.

      Q.   Where does that gravity flow come from?

      A.   This looks like it represents the interceptor, so it would be -- I -- I'd have to look at a map, but it's probably this area in here. (Indicating.)

      Q.   And you're indicating the area north of the Pine Brook Pump Station, south of Hillcrest?

      A.   South of -- I would say south of 59, Route 59.

      Q.   Okay.

      A.   Probably even south of the Thruway. Well, actually, no.  South of 59.

      Q.   Do you know what area that is?

290

Dianne Philipps

1

2      A.    I'm not sure.  Maybe south of Spring

3  Valley.  I'm not sure what this area is.  I have

4  to look at a map.  I'm not sure if that's Airmont

5  in that area or not.  Airmont's more over here.

6  (Indicating).

7      Q.    Okay.  So south of Spring Valley,

8  would that be like the Monsey area?

9      A.    I -- I don't think Monsey drains

10  into Pine Brook.

11     Q.    Where does Monsey drain into?

12     A.    Well, we have something called the

13  Monsey Heights Interceptor here. (Indicating.)

14     Q.    You're indicating?

15     A.    And that would be going into the

16  Ramapo Interceptor.

17     Q.    At the same point of where --

18     A.    No.

19     Q.    Just above the Manhole 10019?

20     A.    It's farther downstream.

21     Q.    Okay.  Now, we know, from looking

22  at past spill reports, that when the Twin Lakes

23  Pump Station fails or overflows, it spills into

24  the Saddle River as well; correct?

25     A.    A tributary to the Saddle River.

291

Dianne Philipps

1
2          Q.    When the Pine Brook overflows, is
3     there a water body near there as well?
4          A.    Yes.
5          Q.    What water body?
6          A.    I'd have to look at a map.
7          Q.    Okay.  Do you know if it's also a
8     tributary to the Saddle River?
9          A.    Probably.
10         Q.    Okay.  I'm going to show you, back
11    to the spill reports, Bates Stamp Number 191.
12         A.    Yes.
13         Q.    Ask you to take a look at that.
14         A.    Yes.
15         Q.    That's a spill on November 18, 2008?
16         A.    I believe it says November 15, 2008.
17         Q.    Okay.  The report's dated
18    November 18, 2008; correct?
19         A.    Yes.
20         Q.    And it's, again, from Gene Yetter to
21    you?
22         A.    Yes.
23         Q.    This is a spill at Cherry Lane.
24    It's listed as Sewage Spill Number 152008 Cherry
25    Lane, Airmont; right?

292

Dianne Philipps

A.   Yes.

Q.   And, again, it says that that spill
was caused because the pumps at the Cherry Lane
station were inoperable?

A.   What was the question again?

Q.   That spill is attributed to the
pumps being inoperable?

A.   Yes.

Q.   And that some 50 gallons of sewage
spilled as a result of that?

A.   Actually, it doesn't say that the
pumps were inoperable.  They weren't operating,
but it was due to a component in the control
system wasn't operable.

Q.   Okay.  I'm just looking at the first
sentence of the report.  It says, while
responding to a high wet level alarm, an --

A.   Okay.  Found the pumps not
operating, correct.

Q.   -- found inoperable pumps at the
Cherry Lane Pump Station.

So this report indicates that the
operator found that the pumps weren't operable;
correct?

293

                    Dianne Philipps

1

2        A.    Correct.

3        Q.    Okay.  Bates Stamp Number 195.

4        A.    Yes.

5        Q.    This is a spill from a sewage spill

6   from the Grandview Pump Station, October 5, 2008?

7        A.    Yes.

8        Q.    And it says that the inspection the

9   employer found that the pump station was without

10   power and the pumps would not operate in

11   automatic mode.  There was no power to the pump

12   control panel.  This is in the first paragraph.

13   I'm sorry.

14        A.    Right, without power to the pump

15   control panel.

16        Q.    So this was, again, equipment

17   failure that resulted in a sewage overflow?

18        A.    What was the question again?

19        Q.    I said that this spill was

20   attributable to equipment failure?

21        A.    Yes, a new UPS had apparently

22   failed.

23        Q.    Okay.  So when there was a power

24   failure the backup system that would bypass it

25   didn't operate; correct?

294

1                   Dianne Philipps

2          A.    Yes, there was a -- the internal UPS

3    circuitry should have bypassed, but it didn't.

4          Q.    So there was 23,000 gallons of

5    sewage that overflowed as a result of that --

6          A.    Yes.

7          Q.    -- equipment failure?

8          A.    Yes.

9          Q.    Does it say if there was an affected

10   water body?  I think actually --

11         A.    Yes, tributary to the Mahwah River.

12         Q.    Which is the Willow Tree Brook;

13   correct?

14         A.    Yes.

15         Q.    And the Mahwah River, obviously,

16   flows down into Mahwah, New Jersey; right?

17         A.    It flows to the Ramapo River.

18         Q.    Which then flows into New Jersey?

19         A.    Yes.

20         Q.    And on the identification -- on the

21   report it doesn't indicate that the New Jersey

22   DEP was notified on this spill; was it?

23         A.    No.

24         Q.    I'm going to ask you to turn to 197.

25         A.    Yes.

295

Dianne Philipps

1

2          Q.   And that's a report dated

3   September 22nd, 2008 regarding sewage spills from

4   September 6th and 7th, 2008?

5          A.   Yes.

6          Q.   Okay.  And I think that that's also

7   where we saw photos on Plaintiffs' Exhibit 14?

8          A.   Yes.

9          Q.   And in this spill report it talks

10  about a large rain event as a result of Tropical

11  Storm Hannah?

12         A.   Yes.

13         Q.   Which caused, as it indicates in the

14  report, multiple overflows; right?

15         A.   Yes.

16         Q.   No where in this report are you

17  seeking, or is anyone seeking, relief under the

18  force majeure clause of the Consent Decree;

19  right?

20         A.   There's no indication in the report.

21  And there wouldn't be an indication on this

22  report.

23         Q.   Okay.  Do you know if you sought any

24  relief from the DEC for these spills, for this

25  spill, under the force majeure clause of the

296

1                    Dianne Philipps

2    Consent Decree?

3         A.    I don't recall.

4         Q.    If you look at the last paragraph on

5    Page 1, in that last paragraph it talks about

6    pump failure --

7         A.    Yes.

8         Q.    -- at the Saddle River Pump Station?

9         A.    Yes.

10        Q.    And, again, this is September of

11   2008, some seven months after the new pumps were

12   installed?

13        A.    Yes.

14        Q.    Okay.  So the new pumps that were

15   installed in January of 2008 failed in this

16   event?

17        A.    Well, failed due to rags, which can

18   happen in a brand new pump, an old pump, any

19   pump.

20        Q.    And the rags buildup could be as a

21   result of failure to maintain?

22        A.    We have bar racks ahead of the pumps

23   to collect rags.  They're manually cleaned.

24   During events, such as this, we have people out

25   there trying to keep the rags out of the system

297

Dianne Philipps

as much as possible, but it's impossible to keep
them all out.

Q.   So my question being is that the
rags could buildup as a result of failure to
maintain, which then would lead to pump failure,
so if it's failing to maintain and cleaning the
rags, that would be --

A.   It would be im -- it would be
impossible to clean them continuously.

Q.   I'm not asking about continuing --

A.   Okay.  Well, --

Q.   -- continuous cleaning.

What I'm asking is that it indicates
in this report that the cause was the buildup of
rags that caused the pumps to fail; right?

A.   It doesn't take much rags.  It could
be a small amount.  (Indicating).

Q.   Okay.  But that's what caused these
pumps to fail?

A.   Yes, rags caused the pumps to fail
temporarily.

Q.   And as a result of the pump failure,
an estimated 15,000 gallons overflowed into the
Saddle River, if you look at the last sentence?

Rockland & Orange Reporting (845) 634-4200

298

Dianne Philipps

A.    Yes.

Q.    And that's what the report
indicates?

A.    Yes.

Q.    If you look at the first paragraph
on Page 2, it talks about the heavy rain acting
as a flush in the collection system.

A.    Yes.

Q.    So that, in essence, the heavy rain
flushed all of the buildup of the rags from
further up the line?

A.    Yes.

Q.    All right.  Now, you indicated that
you occasionally flush the lines; right?

A.    We flush known problem areas where
there's generally grease buildups.

Q.    Okay.  Do you flush known problem
areas where there are rag buildups?

A.    That's throughout the entire system.

Q.    Well, we know that Saddle River's a
known problem area; right, the Saddle River Pump
Station?

A.    What do you mean by the area?

Q.    All right.  Well, the Saddle River