299

Dianne Philipps

Pump Station has been identified both by the

Sewer District and the New York State DEC as

being a problematic pump station; correct?

    A.    Correct.

    Q.    So it is a known problem area where

that pump station continues to fail; correct?

    A.    Correct.

    Q.    What I'm asking then is:  When --

how often were the lines that led into the Saddle

River Pump Station flushed?

    A.    We maintain the bigger interceptors.

The towns maintain all the eight-inch lines.

Typically rags do not settle out in interceptors,

they're bigger pipes, they have a higher flow,

and it usually carries -- carries  the rags.

        I would -- in the smaller lines,

where there's less flow, is where the debris

would normally settle out.  So we're not

responsible for maintaining the eight-inch lines.

    Q.    But when the flow from the eight

line inches comes into your interceptors and goes

to your pump stations, then you're responsible;

right?

    A.    Correct, but the -- at that point

1          Dianne Philipps

2    they're flowing in the interceptor, and it's not

3    really settling out.  It's flowing at that point.

4          Q.   Right.  And what is done by the

5    Sewer District to oversee monitoring the proper

6    maintenance of those eight-inch lines to prevent

7    overflows from happening as a result of rag

8    buildup?

9          A.   That -- no amount of flushing would

10   resolve that problem.

11         Q.   Okay.  That's not what I asked.  I

12   asked what is being done by the Sewer District to

13   oversee that those lines are properly maintained?

14         A.   It's not our responsibility to

15   oversee those lines.

16         Q.   Okay.  But it ultimately becomes

17   your responsibility when that flow comes into

18   your lines and causes failures; correct?

19         A.   Rags do cause problems for pumps.

20         Q.   Okay.  And when they cause problems

21   for your pumps, it's your responsibility; right?

22         A.   Correct.

23         Q.   Okay.  I'm going to direct your

24   attention to Bates Stamps Number 200 and Number

25   201.

301

Dianne Philipps

1

2          A.    Yes.

3          Q.    This is a spill from March 9, 2008

4    at the 258 Grandview Avenue, Montebello?

5          A.    Yes.

6          Q.    The Grandview Pump Station; right?

7          A.    Yes.

8          Q.    And where on the map is that?  I

9    think it's this one right, (indicating),

10   indicting where it's got a red line, an arrow to

11   Grandview?

12         A.    Yes.

13         Q.    And in this report it says that the

14   generator, the emergency diesel generator, was

15   not producing power?

16         A.    Yes.

17         Q.    And that attempts to reset the

18   generator failed?

19         A.    Yes.

20         Q.    And then ultimately you got a

21   temporary generator to the site?

22         A.    Yes.

23         Q.    It said that the spill was first

24   reported at 9:15 a.m.?

25         A.    Yes.

302

Dianne Philipps

1

2      Q.    And at 3:30 p.m. O and R restored

3  power to the facility?

4      A.    Yes.

5      Q.    It says that an estimate 375,000

6  gallons of sewage overflowed during that event;

7  right?

8      A.    Well, it says dilute sewage, 'cause

9  there was a rain event prior to that.

10      Q.    Okay.  It says 375,000 gallons

11  though; right, --

12      A.    Yes.

13      Q.    -- of sewage?

14      A.    Well, dilute sewage.

15      Q.    Dilute sewage?

16      A.    Right.

17      Q.    But it doesn't say that in the

18  report.  It says, if you look at the second to

19  last line, estimated 375,000 gallons of sewage

20  may have overflowed during this event?

21      A.    It --

22      Q.    And next sentence says, though,

23  you're right --

24      A.    Overflow sewage was dilute.

25      Q.    -- heavy rain, was dilute, correct.

1                    Dianne Philipps

2              Now, if you look at the last page,

3     it indicates that, again, there was an affected

4     water body, the Willow Tree Brook, which is a

5     tributary to the Mahwah River?

6              A.    Yes.

7              Q.    And that was an affected water body

8     as a result of that spill?

9              A.    Yes.

10             Q.    Now, any of these spills that we

11    looked at, whether it be at the Saddle River and

12    the Saddle River being affected or Cherry Lane

13    and other water bodies affected in 2008, no

14    samplings of the water that -- or no samplings of

15    the water body that was affected as a result of

16    those sewer spills were taken by the Rockland

17    County --

18             A.    No.

19             Q.    -- Sewer District; correct?

20             A.    Correct.

21             Q.    But that was something you could

22    have done; right?

23             A.    When we report the spills to the

24    Health Department, to the DEC.  If they wanted us

25    to do any kind of sampling, they would direct us

304

Dianne Philipps

1
2    to do that.

3        Q.    Okay.  But you did do that in 2002,

4    when you had the fish kill, you took samples of

5    the water; right?

6        A.    Correct.  We were trying to

7    determine --  we wanted to be sure what was --

8    what was the reason for the fish kill.

9        Q.    Okay.  So it is something that the

10   Sewer District is capable of doing; right, taking

11   water samples?

12       A.    Yes.

13       Q.    And you don't need to be directed by

14   the DEC to do that?

15       A.    It's not our standard operating

16   procedure.  If the DEC or the Health Department

17   wants us to take additional measures, they would

18   instruct us to do that.

19            MR. BURKE:  Ask this be marked as

20       Plaintiffs' 18.

21            (Plaintiffs' Exhibit 18, Spills 2009

22       File, was marked for identification.)

23       Q.    I show you what's been marked as

24   Plaintiffs' Exhibit 18, indicates Spills 2009

25   File.  Bates Stamp Number PLDW 202 through 217

305

Dianne Philipps

1

2  collectively.  I'll ask you to take a look at

3  that, and I'm going to direct you to specific

4  spills.

5          A.    Okay.

6          Q.    I'm going to direct your attention

7  to PLDW 206 and 207.  And this is regarding a

8  sewage spill April 26, 2009 Saddle River Pump

9  Station?

10         A.    Yes.

11         Q.    Again, over a year after the new

12 pumps were installed; right?

13         A.    Correct.

14         Q.    And it talks about a failure of a

15 motor control center, MCC, subpanel breaker?

16         A.    Correct.

17         Q.    And at the end of that first

18 paragraph it says that an estimated 78,000

19 gallons of sewage overflowed --

20         A.    Correct.

21         Q.    -- during this event?

22                And it doesn't indicate that it was

23 a wet weather event; right?

24         A.    Correct.

25         Q.    So this is a more concentrated

1                  Dianne Philipps
2    78,000 gallons of sewage?
3         A.    Yes.
4         Q.    And I think it says that the backup
5    generators failed as well?
6         A.    No, the generators did not fail.
7         Q.    I'm sorry.  It talks about the
8    approximate start time of the spill at 5:15 p.m.
9    This is paragraph one.
10        A.    Yes.
11        Q.    And it says that it was ended when
12   the pumps were manually started at 7:50 p.m.?
13        A.    Yes.
14        Q.    So in that two-hour and 35-minute
15   period it was estimated that 78,000 gallons
16   overflowed?
17        A.    Yes.
18        Q.    And this is in the last paragraph at
19   Page 1, as a result of the failure of this pump,
20   the pump station, Manhole 10171 and 10172 near
21   the pump station overflowed into the Saddle
22   River; correct?
23        A.    Yes.
24        Q.    That's the one that's in the parking
25   lot of the Saddle River Swim Club and one further

1                    Dianne Philipps

2    down next to the Swim Club?

3         A.   Yes.

4         Q.   It says, affected areas were cleaned

5    of solid debris, and a small quantity of lime was

6    applied; right?

7         A.   Correct.

8         Q.   Turning to Page 2 of this report,

9    the New Jersey DEP wasn't notified again; right?

10        A.   According to this report.

11        Q.   And this was, again, a spill with an

12   estimated 78,000 gallons after the pumps had been

13   installed in January, the new pumps, in

14   January of 2008.

15             So wouldn't you agree that as a

16   result of the installation of the new pumps and

17   the maintenance that had been done on the Saddle

18   River Pump Station, it didn't prevent this

19   overflow in April of 2009?

20        A.   Well, there's many more components

21   of a pump station than pumps.  This is a failure

22   of a breaker.

23        Q.   But there was also work being done

24   on the SCADA reporting and on the electrical

25   components at the pump station; right?

308

Dianne Philipps

1

2    A.   Well, we replaced the variable

3   frequency drives and the pump controls and the

4   telemetry system.

5    Q.   Does that have anything to do with

6   why there was a failure this time?

7    A.   No.

8    Q.   Okay.

9    A.   These MCCs were replaced in the

10  mid-Nineties.

11    Q.   When you replaced the pumps, do they

12  inspect the MCCs?

13    A.   The MCCs would probably get

14  inspected just regular maintenance.

15    Q.   Do you know if the installation of

16  the new pumps had anything to do with the failure

17  of the MCCs?

18    A.   No.

19    Q.   It would not have?

20    A.   No.

21    Q.   How often are the MCCs inspected?

22    A.   I don't know.  Inspecting an MCC is

23  not gonna -- you're not gonna be able to look at

24  a breaker and know when it's gonna fail.

25    Q.   And follow-up investigation says,

Dianne Philipps

1    didn't identify the cause for the trip of the MCC

2    breaker?  If you look at Paragraph 2.

3        A.    Correct.

4        Q.    And it says, for corrective action

5    they replaced a 250 amp MCC breaker?

6        A.    It says, the District will replace

7    the breaker.  It was reset I believe at that

8    point.

9        Q.    Do you know if the District did

10   replace the 250 amp --

11       A.    Yes.

12       Q.    -- MCC breaker?

13       A.    Yes, we did.

14       Q.    Do you know when that was done?

15       A.    It was a couple months after that.

16   Maybe a month, month and-a-half.

17       Q.    Okay.  I'm going to ask you to turn

18   to 208.

19       A.    Yes.

20       Q.    This was another sewage spill on

21   May 20th, 2009?

22       A.    Yes.

23       Q.    Again, Saddle River Pump Station?

24       A.    Yes.

1            Dianne Philipps

2        Q.   And it talks about a failure of a

3   circuit breaker?

4        A.   Yes.

5        Q.   Do you know where that failure in

6   the circuit breaker was?

7        A.   In the MCC.

8        Q.   So the same location where the prior

9   failure of the circuit breaker was?

10       A.   Yes.

11       Q.   And it says, the 255 alarm for the

12   utility power failure prompted employees to

13   respond to the pump station; right?

14       A.   Yes.

15       Q.   Now, here it says, no emergency

16   generator running; right?

17       A.   Correct.

18       Q.   The emergency generator is supposed

19   to automatically kick in if there's a failure;

20   correct?

21       A.   If there's a power outage.  In this

22   case it wasn't a power outage.

23       Q.   It was a circuit breaker?

24       A.   Correct.

25       Q.   Based on the prior spill that we saw

311

Dianne Philipps

1

2  on April 26th, 2009 and then the subsequent spill

3  a little less than a month later, the issues of

4  the circuit breakers and the MCC can it be

5  assumed were not addressed during that period of

6  time?

7        A.    I believe this was the same breaker

8  that failed.

9        Q.    Failed again?

10        A.    Yes.

11        Q.    So do you know if that breaker had

12  been replaced?

13        A.    Here it says it had been replaced.

14        Q.    Okay.

15        A.    So the date of this report by that

16  time it had been replaced.

17        Q.    So it failed again?

18        A.    Yes.

19        Q.    Any reason stated why it failed?

20        A.    No.

21        Q.    And it also says that an estimated

22  5,000 gallons of sewage may have overflowed

23  during this event?

24        A.    Yes.

25        Q.    And that they're saying there was no

312

1                          Dianne Philipps

2    evidence of sewage overflow into the Saddle

3    River, but that the affected areas near the

4    Manhole 10172 and 74, this is the last paragraph

5    of the first page, were cleaned and solid debris

6    removed; correct?

7            A.    Correct.

8            Q.    Okay.  I'm going to ask you to turn

9    to 212.  This is another spill report, dated

10   September 23rd, 2009, regarding the sewage spill

11   on September 15th, 2009?

12           A.    Yes.

13           Q.    And the location is the Hackensack

14   Pump Station?

15           A.    Yes.

16           Q.    Where is the Hackensack Pump

17   Station?

18           A.    It's here.  (Indicating).

19           Q.    We're indicating on the east side of

20   the Palisades, near the Orangetown, Clarkstown

21   border?

22           A.    Yes.

23           Q.    South of the Orangetown, Clarkstown

24   border?

25           A.    Yes.

313

Dianne Philipps

1

2      Q.   And there is a water body that runs

3  adjacent to that, as well?

4      A.   Yes.

5      Q.   What is that?  Looks like Hackensack

6  River?

7      A.   Hackensack River.

8      Q.   And in the first paragraph it

9  indicates that the employees found that no pumps

10  were running at the Hackensack Pump Station?

11      A.   Correct.

12      Q.   And that one and two were tripped,

13  three was out of service, and pumps four, five,

14  and six were available, but not running?

15      A.   Correct.

16      Q.   So this spill resulted as pump

17  failure; correct?

18      A.   No.

19      Q.   Well, one and two were not running;

20  right?

21      A.   We have -- three other pumps were

22  available.

23      Q.   But not running?

24      A.   Correct.

25      Q.   Okay.  So this spill would have been

314

                    Dianne Philipps

1

2    caused by equipment failure; would it not?

3         A.    Looks like it was a control board in

4    the pump controls.

5         Q.    Which is part of the equipment of

6    the pump station?

7         A.    Yes.

8         Q.    So the failures were as a result of

9    equipment failure?

10        A.    Looks like a loose wire and a

11   control board failure.

12        Q.    And it says an estimated 320,000

13   gallons of sewage may have overflowed during this

14   event?

15        A.    Yes.

16        Q.    And then the last paragraph it says

17   that the overflow in the area drained into the

18   Hackensack River?

19        A.    Yes.

20        Q.    And it doesn't indicate anything as

21   to a wet weather event; correct?

22        A.    Correct.

23        Q.    So that this 320,000 gallons would

24   have been a higher concentration of sewage and

25   pollutants; correct?

315

                    Dianne Philipps
1
2         A.    Yes.
3               MR. BURKE:  Can you mark this,
4         please.
5               (Plaintiffs' Exhibit 19, 2010 Spills
6         File, was marked for identification.)
7         Q.    I'm going to ask you to take a look
8    at what's being marked now as Plaintiffs'
9    Exhibit 19.
10              (Document submitted.)
11        Q.    Okay.  I'm going to direct you,
12   again, to specific spills in Plaintiffs'
13   Exhibit 19.  This is Bates Stamp Number PLDW 218
14   through 238.  And direct your attention to
15   PLDW 220.
16              And this is a sewage spill from
17   May 24th, 2010?
18        A.    Yes.
19        Q.    It's a report from Gene Yetter to
20   you?
21        A.    Yes.
22        Q.    And it's regarding a sewage spill
23   from May 24th, 2010 at 79 South Monsey Road,
24   Airmont?
25        A.    Yes.

316

1               Dianne Philipps

2          Q.    And then it's got a slash, a

3     backwards slash, SRPS force main; correct?

4          A.    Yes.

5          Q.    That's the Saddle River Pump Station

6     force main?

7          A.    Yes.

8          Q.    Do you know where this manhole is

9     located?

10         A.    I don't know exactly, but  it's

11    somewhere in this vicinity probably.

12    (Indicating.)

13         Q.    And you're indicating, what is that?

14         A.    Well, it was on South Monsey, so

15    somewhere between here and between the -- this is

16    South Monsey Road here. (Indicating.)

17         Q.    Okay.

18         A.    So somewhere along here.

19    (Indicating.)

20         Q.    Somewhere between the Twin Lakes --

21         A.    Pump Station.

22         Q.    -- and the Saddle River?

23         A.    Well, somewhere between the Twin

24    Lakes Pump Station and the intersection of South

25    Monsey and Saddle River Road.

317

Dianne Philipps

1

2          Q.    Okay.  And this is south, along --

3     this is below where the prior problems for

4     Manhole 10019; --

5          A.    Correct.

6          Q.    -- correct?

7                That's north of the Twin Lakes Pump

8     Station; correct?

9          A.    Correct.

10         Q.    Now, let me just briefly get back

11    to, you had mentioned that you previously

12    testified there was no capacity issues, but then

13    you changed that there was capacity issues at the

14    Ramapo Interceptor.

15               Do you know how long those capacity

16    issues were going on?

17         A.    I'd have to review the file.

18         Q.    Was it more than a year?

19         A.    Yes.

20         Q.    More than two years?

21         A.    Yes.

22         Q.    More than five years?

23         A.    Yes.

24         Q.    More than ten years?

25         A.    Yes.

318

1                    Dianne Philipps

2          Q.    That there were capacity issues at

3    that interceptor?

4          A.    Yes.

5          Q.    More than 15 years?

6          A.    I would have to review the file.

7          Q.    So at least ten years, though?

8          A.    Yes.

9          Q.    From now, reaching back?

10         A.    Yes.

11         Q.    Are there still problems at that

12   location?

13         A.    No.

14         Q.    Have you been out to that location

15   recently?

16         A.    Yes.

17         Q.    When?

18         A.    I don't specifically know when, but

19   I know I've been out in the vicinity of the pump

20   stations in the Village of Airmont within the

21   last six months.

22         Q.    Okay.  And specifically 10019, that

23   manhole, have you been there in the last six

24   months?

25         A.    I've probably driven by it.

323

Dianne Philipps

1

2          We have certain places where we have

3    had odor problems.  In the past we addressed  'em

4    with chlorine, and chlorine is a much more

5    dangerous product to deal with.  Now we switched

6    to the  non-hazardous products.

7          Q.   Let me just first.  Do you know how

8    long you've been receiving odor complaints in the

9    Saddle River Pump Station area?

10          A.   I know we've had od -- we've had

11   products that address the odors at the Saddle

12   River Pump Station for as long as I've been

13   there, since 1989.  We had chlorine.  Then I

14   think we used sodium hy --

15          Q.   Do you know how long you had

16   chlorine?

17          A.   We had hypochlorite there.  We had

18   chlorine there for awhile, gaseous chlorine.  We

19   got rid of that.  We had sodium hypochlorite for

20   awhile, which really didn't address the odors

21   fully.  And now we have the BIO-CAT.  We have

22   data loggers in the pumps, in the wet well of

23   Twin Lakes to measure hydrogen sulfide levels

24   continuously, and we record that data and we

25   review it.  It's usually hydrogen sulfide is what

324

Dianne Philipps

1   causes the odors.

2

3      Q.   Okay.  How long have you had those

4   monitors at the Twin Lakes Pump Station?

5      A.   Since we started with the BIO-CAT,

6   we -- we -- we trialed several products to make

7   sure they worked, and the requirement was that

8   they get down to zero parts per million hydrogen

9   sulfide.  So we measured that.  Then when we

10  started with the BIO-CAT, they -- they installed

11  the data loggers in there continuously.

12     Q.   Okay.  And that was done when you

13  started using the BIO-CAT, which has been for

14  about a year?

15     A.   At least a year.  Probably more than

16  a year.

17     Q.   You said that you've been using some

18  kind of product to combat the odors since you've

19  been at the Sewer District in 1989 --

20     A.   Yeah.

21     Q.   -- at the Saddle River Pump Station;

22  right?

23     A.   Right.  We've had odd issues at the

24  Saddle River Pump Station, Twin Lakes Pump

25  Station, and our North Pump Station.

325

Dianne Philipps

1

2     Q.   How long were you using the chlorine

3 to combat the odors at the Saddle River Pump

4 Station?

5     A.   I know there was chlorine there when

6 I started in 1989.  When we stopped using the

7 chlorine, I'd have to look it up.  I don't

8 recall.

9     Q.   Okay.  Do you know when -- did you

10 go -- has there always been a continuous use of

11 some product to prevent odor at the Saddle

12 River --

13     A.   Yes.

14     Q.   -- Pump Station?

15     A.   Yes.

16     Q.   So you had chlorine, then you said

17 you went to the sodium hydrochloride?

18     A.   Hypochlorite.

19     Q.   Hypochlorite.

20     A.   Which is bleach.

21     Q.   Okay.  So you went from chlorine to

22 bleach.

23          How long did you use the bleach for?

24     A.   I'd have to check the file.  I'm not

25 sure.

326

Dianne Philipps

1

2      Q.    Okay.  Do you have a file that

3  actually shows what you're using to contain the

4  odors, and how long you've been using it?

5      A.    Probably not.

6      Q.    Okay.  So you said you'd have to

7  check the file.  What would you be checking?

8      A.    I could probably easily find out

9  when we started with BIO-CAT,  because we had to

10  put it out to bid.  I can go through some

11  purchasing records.  I'd look in the Pump Station

12  file, might be some information in there on when

13  we used what.

14      Q.    Okay.  So that's information that

15  after this deposition you'd be able to try to

16  furnish, as far as when you were using the

17  chlorine, the bleach, and the BIO-CAT?

18      A.    Yes.

19  ***

20          MR. BURKE:  Okay.  I'd ask, if you

21      could, if it's not too onerous, to be able

22      to make those determinations approximately

23      when you began and ended the use of these

24      products.

25          Okay?

327

                    Dianne Philipps

1                   THE WITNESS:  Okay.

2                   MR. BURKE:  Thank you.

3                   THE WITNESS:  Can you write that

4         down.

5                   MR. BURKE:  Off the record.

6                   (There was a discussion held off the

7         record.)

8         Q.    Back to the capacity issue at the

9    Ramapo Interceptor at Manhole 10019.

10                  Was it ever reported to the DEC that

11   you had a capacity issue at that location?

12        A.    No.  It might have became more

13   apparent when we did some hydraulic modeling of

14   the interceptor.

15        Q.    When was that done?

16        A.    I'd have to check.  It was -- it was

17   within the last five years.

18        Q.    Okay.  But you said that there's

19   been a capacity issue for at least ten; right?

20        A.    I'm assuming so, 'cause that was --

21   we've -- we've had, during extreme wet weather

22   events, we had overflows at that manhole for

23   quite sometime.

24        Q.    Do you know if publically that the

334

Dianne Philipps

    Q.   So you could assess what the bid requirements would be for potential bidders; correct?

    A.   Well, you have -- you have to do the specifications, the drawings.  You have specify a model.  You have to specify a capacity that it has to -- has to meet.

    Q.   And you also have to specify the cost for those models; correct?

    A.   We do a cost estimate.

    Q.   Right.  So then the person who is bidding would know where to come in as far as what the cost of materials would be and then installation; correct?

    A.   Correct.

        MR. BURKE:  Off the record.

        (There was a discussion held off the record.)

    Q.   Okay.  I think I have you at 220; right?

    A.   Yes.

    Q.   Bates Stamp Number 220, PLDW 220, which is part of Exhibit 19.

        Okay.  This is a spill report, as we

335

Dianne Philipps

1

2    said, from May 24th.  Again, it is the Saddle

3    River Pump Station force main that's identified.

4    And it says that the report estimated an overflow

5    of 1,000 gallons; correct?

6        A.    Yes.

7        Q.    Okay.  Does it identify in this

8    report what the cause of this spill was?

9        A.    A corroded fitting on a clean out

10   assembly.

11       Q.    So that was a worn fitting that was

12   corroded that caused a sewer spill?

13       A.    Yes.

14       Q.    Okay.  I direct your attention to

15   223, 224 and 225.  And this is a report dated

16   March 26th, 2010 from Gene Yetter to you

17   regarding a sewage spill from March 13th through

18   15th, 2010?

19       A.    Yes.

20       Q.    And one of the areas located

21   identified is the Saddle River Road, Ramapo Lane

22   in Airmont?

23       A.    Yes.

24       Q.    Well, I beg your pardon.  Those are

25   two locations, at least how these reports read,

336

Dianne Philipps

Saddle River Road and Ramapo Lane in Airmont;
correct?

        A.    Yes.

        Q.    The first paragraph on Page 2 of
this report indicates that overflow from the
Commerce Street spill in Spring Valley flowed
into the Pascack Brook?

        A.    Yes.

        Q.    And the next paragraph says that the
King Terrace, Valleyview Terrace and Aselin,
A-S-E-L-I-N, Drive spills flowed into the
tributaries of the Pascack Brook?

        A.    Yes.

        Q.    And then three paragraphs down from
that it talks about the spills at the Saddle
River Pump Station from March 14th; right?

        A.    Yes.

        Q.    It said there that the pump station
crews repeatedly removed rags from pumps.  The
pump station was operational throughout the
event.  The overflow subsided late in a day on
March 14th.  No blockages identified downstream.
Any overflow drained into the tributary of the
Saddle River; right?

337

Dianne Philipps

1

2      A.    Yes.

3      Q.    Doesn't say how many gallons?

4      A.    No, it does not.

5      Q.    And, actually, the second -- the

6  last paragraph on Bates Stamp 224, continuing

7  onto 225, talks about another location in the

8  Town of Ramapo where this spill drained into a

9  tributary in the Saddle River?

10     A.    Yes.

11     Q.    Do you know where that is located on

12  this map?  It says Monsey Glen County Park.

13     A.    I can't really tell by this map.  I

14  think it's in this area, between Route 59 and the

15  Thruway.   (Indicating.)  If I looked on a street

16  map, it would show that park.

17     Q.    Do you know, are the manholes

18  numbered in any kind of readable way?  Like, for

19  example, we know that the manholes next to the

20  Saddle River -- next to the Saddle River Pump

21  Station are 10172 and 74.  We know that the

22  manhole further up the line, next to

23  Mr. Schneider's house is 10019.

24            Are they in any kind of readable

25  order; or, no, does it depend on when they're

338

1                    Dianne Philipps

2   installed?

3         A.    There is somewhat of  an order.

4         Q.    Okay.

5         A.    Sometimes it depends on when they

6   were installed.

7         Q.    And, again, that would be dictated

8   by development and everything else?  You may have

9   more manholes if there's newer developments that

10  come in, in certain areas; correct?

11        A.    Well, the inter -- on the

12  interceptors they wouldn't change that much.  I

13  mean, we're usually not adding new interceptors.

14        Q.    Okay.  So --

15        A.    Except in the case of North Pascack,

16  where we're building an interceptor.  I'm not

17  sure if we're gonna kind of keep the same

18  numbers.

19        Q.    Okay.

20        A.    Just rebuilding it or we're going to

21  be giving new numbers.

22        Q.    And that's the work that's being

23  done because of the capacity issues in New

24  Square; right?

25        A.    Correct.

339

1                    Dianne Philipps

2          Q.   All right.   Where is that being done

3    on this map?

4          A.   Here's the North Pascack

5    Interceptor.   (Indicating.)   I believe it's in

6    this vicinity here. (Indicating.)

7          Q.   So you're indicating next to where

8    Hillcrest is listed on this map?

9          A.   Well, it's -- New Square is about in

10   here. (Indicating.)

11         Q.   Okay.

12         A.   So it's the area south of New

13   Square.

14         Q.   All right.   Which is the

15   interceptor.   That's gravity?

16         A.   Yes.

17         Q.   What's the size of that gravity?

18         A.   I believe it's 21 inch.

19         Q.   What's being put in?

20         A.   I'd have to check.   I -- I don't

21   recall.

22         Q.   Is it a bigger gravity than that?

23         A.   In one section we're -- we're

24   paralleling, we'd probably use both pipes, but

25   I'd have to double check.

340

1                    Dianne Philipps

2          Q.   So that one section where you're

3    paralleling, how long is that section?

4          A.   I'd have to pullout the plans and

5    specs.  I don't recall.

6          Q.   But at that point you're going to

7    put in at least another 21-inch interceptor;

8    right?

9          A.   I'd have to check the plan.

10         Q.   Well, would you put in anything

11   smaller than a 21-inch in that area?

12         A.   If we're abandoning the existing

13   pipe, we'd put something larger than what the

14   existing pipe is.  If we just --

15         Q.   Which would make sense, because

16   there's capacity problems?

17         A.   Right.  If we're paralleling,  we'd

18   probably do the same size pipe or bigger in that

19   case also.

20         Q.   When you're paralleling, it just so

21   I understand the engineering of it, is it coming

22   from a trunk or is it coming from that that line

23   will go directly into a separate location, so the

24   flow wouldn't be coming from a bottle neck, I

25   guess?

Dianne Philipps

    A.   Well, if we're gonna have either the one or the two pipes, we're building a parallel pipe.  Whether both are staying in service, I'm not sure.  It's going to come into a chamber, and then we're increasing the capacity south of that chamber also.

    Q.   Was there a study done as to the capacity and how to increase the capacity in that area?

    A.   Yes.

    Q.   Who did that study?

    A.   Brooker Engineering.

    Q.   Who?

    A.   B-R-O-O-K-E-R.

    Q.   Do you know when they did it?

    A.   Within the last few years.

    Q.   Was there any engineering reports as to capacity done about the Ramapo interceptor?

    A.   I know we've done hydraulic modeling.  I'd have to check and see if a report was generated on that.

    Q.   Okay.  I'm going to direct your attention to Bates Stamp Number PLDW 226 of Exhibit Number 19.  This is a report dated

342

Dianne Philipps

1

2      January 22nd, 2010.  A spill report from Gene

3      Yetter to you; correct?

4           A.   Correct.

5           Q.   And a sewage spill location is at

6      the Twin Lakes Road, Twin Lakes Pump Station

7      January 12th, 2010; right?

8           A.   Yes.

9           Q.   And in the second paragraph it says

10     the investigation into the incident found a

11     catastrophic mechanical failure in two pumps?

12          A.   Yes.

13          Q.   And this is just so, again,

14     referencing Plaintiffs' Exhibit 17, the Twin

15     Lakes Pump Station is further up the line from

16     the Saddle River Pump Station, Saddle River pumps

17     to Twin Lakes; right?

18          A.   Correct.

19          Q.   And Twin Lakes also abuts the Saddle

20     River, so that if there's a sufficient overflow,

21     the Saddle River will be affected as well?

22          A.   A tributary to the Saddle River.

23          Q.   Okay.  A tributary to the Saddle

24     River.

25               It says in the middle of Paragraph 2

343

Dianne Philipps

that pump two failed due to excessive rags within

the pump, which called for pump three.  And it

says pump three apparently failed shortly

thereafter?

          A.    Yes.

          Q.    And then you sent pump three out for

repair; right?

          A.    Yes.

          Q.    On the second page, continuing from

Page 1, it talks about installing an additional

protective feature based on a variable frequency

drive, a VFD?

          A.    Yes.

          Q.    I think you talked about that, as

far as that was going to be something that was

going to be done also at the Saddle River Pump

Station?

          A.    Right, the VFDs had been replaced.

          Q.    At the Twin Lakes Pump Station, as

well; correct, or was it only at the Saddle River

Pump Station?

          A.    I believe they were replaced at Twin

Lakes also by -- by that date.

          Q.    The last paragraph says, a review of

344

                    Dianne Philipps

1
2   the flow data supports an estimate of
3   70,000 gallons, which may have been discharged
4   into a small stream adjacent to the pump station,
5   which is a tributary to the Saddle River?
6           A.    Yes.
7           Q.    And, again, this wasn't a wet
8   weather event, so that's a higher concentration
9   of sewage and pollutants going into a tributary
10  to the Saddle River; correct?
11          A.    Correct.
12          Q.    And this was as a result of
13  equipment failure?
14          A.    Yes.
15          Q.    Bates Stamp Number 230 and 231.
16  This, if you look at the end, this is a sewer
17  spill report from February 28th, 2010, and it's a
18  report dated March 9th, 2010 from Gene Yetter to
19  you; correct?
20          A.    Yes.
21          Q.    And this spill location is the
22  Grandview Pump Station?
23          A.    Yes.
24          Q.    And he said an estimated 20,000
25  gallons overflowed there?

1                       Dianne Philipps

2          A.    Yes.

3          Q.    And they identified a problem with

4    the generator there in the first paragraph?

5          A.    Yes.

6          Q.    And on the last paragraph of this

7    report, on Page 2 --

8          A.    Well, the second paragraph

9    identified it as not being a failure of the

10   generator.

11         Q.    What does it say?

12         A.    That the -- let's see.  An employee

13   performing normal repairs or troubleshooting

14   earlier that day had inadvertently de-energized

15   the generator's day taint transfer pump.

16         Q.    Okay.  So it's human error?

17         A.    Yes.

18         Q.    Was it a contracted employee --

19         A.    No.

20         Q.    -- or a Sewer District --

21         A.    Sewer District employee performing

22   normal maintenance.

23         Q.    And on Page 231, the last full

24   paragraph it says, that a portion flowed to the

25   Willow Tree Brook, which is a tributary to Mahwah

346

                    Dianne Philipps

1

2    River?

3          A.    Yes.

4          Q.    Next Page, 232.  Spills from

5    March 27th through 30th, 2010?

6          A.    Yes.

7          Q.    Identified Saddle River Road, Ramapo

8    Lane in Airmont?

9          A.    Yes.

10         Q.    And, again, this is now two years

11   after the new pumps have been installed?

12         A.    Yes.

13         Q.    And four years after the Consent

14   Decree was entered into?

15         A.    Yes.

16         Q.    Well, just shy of four years.  It

17   was May of 2006 and this is March --

18         A.    Yes.

19         Q.    -- of 2010?

20         A.    Yes.

21         Q.    And here listed, if you look at the

22   fourth paragraph down on Page 2, --

23         A.    Yes.

24         Q.    -- it's discussing that overflow

25   near the Saddle River Pump Station on March 29th?

Dianne Philipps

1

2        A.    Yes.

3        Q.    And it's, again, identifying the

4   Manholes 10172 and 74, which are the ones that

5   are in the parking lot and adjacent to the Swim

6   Club; correct?

7        A.    Correct.

8        Q.    And it said that the overflow,

9   although it doesn't list the gallons, drained

10  into the -- into a tributary of the Saddle River;

11  correct?

12       A.    Correct.

13       Q.    And the next paragraph also

14  indicates that Manhole 10006 had overflowed, and

15  that area drained into a tributary into the

16  Saddle River; correct?

17       A.    Correct.

18       Q.    And no where in this report as to

19  any of these spills it doesn't appear that there

20  was any estimate of the amount of gallons that

21  overflowed; correct?

22       A.    Correct.

23       Q.    Is that something that, I think we

24  typically, that it is included in the reports;

25  what the estimated amount of gallons that

348

Dianne Philipps

1    overflow are contained in the report?

2    A.    Correct.

4    Q.    This one doesn't have that though;

5    right?

6    A.    Correct.

7    Q.    So it's usually the protocol that

8    you should have that contained in the report;

9    right?

10    A.    Correct.

11    Q.    Okay.  I'm going to ask you to turn

12    to 237, and this is a sewage spill on April 1st,

13    2010.  The date of the report is April 15th,

14    2010.

15    A.    Yes.

16    Q.    From Gene Yetter to you; right?

17    A.    Yes.

18    Q.    And here it says, it identifies the

19    spill at the Twin Lakes Pump Station?

20    A.    Yes.

21    Q.    And it says that the -- he indicated

22    that there was an alarm at 11:15 p.m.; right?

23    A.    Yes.

24    Q.    And that this spill stopped at

25    approximately 3:00 a.m., if you read further down

349

Dianne Philipps

1

2   in that paragraph?

3        A.   Yes.

4        Q.   It says an estimated 50,000 gallons

5   may have overflowed during this event?

6        A.   Yes.

7        Q.   And, again, into a tributary of the

8   Saddle River; right?

9        A.   Yes.

10       Q.   And it doesn't indicate that this

11  was a wet weather event; correct?

12       A.   Correct.

13       Q.   So another high concentration of

14  pollutants and sewage going into a tributary of

15  the Saddle River; correct?

16       A.   Yes.

17       Q.   And, again, it wasn't as a result of

18  infiltration or inflow, it's a dry weather event,

19  as it's identified; right?

20       A.   Yes.

21       Q.   And infiltration and inflow are

22  typically referenced when there's a greater

23  amount of storm water coming in through the sewer

24  system; correct?

25       A.   Correct.

350

1                    Dianne Philipps

2          Q.   Do you know what the stated reason

3    was for this 50,000 gallons to overflow into the

4    Saddle River as a result of this spill on

5    April 1st, 2010?

6          A.   A mechanical failure in check value

7    for pump two.

8          Q.   Do you know when the pumps were

9    replaced at the Twin Lakes Pump Station?

10         A.   They were replaced mid-Nineties

11   also.

12         Q.   They hadn't been replaced since the

13   mid-Nineties?

14         A.   No, but they've been rebuilt.

15         Q.   Do you know when they were rebuilt?

16         A.   I'd have to check the records.  They

17   routinely are sent out to have the bearings and

18   shafts checked.

19         Q.   Just so I understand, the flow goes

20   from the Saddle River to the Twin Lakes, Twin

21   Lakes flows pushes up the flow from that pump

22   station to the Ramapo Interceptor?

23         A.   Yes.

24         Q.   Is that at the start of the Ramapo

25   Interceptor, where Manhole 10019 is?

354

1                    Dianne Philipps

2    And that basically represents flushing the entire

3    system.  Every line gets flushed at least once

4    every ten years.

5           Q.    And if a line is identified as a

6    problematic line, would you flush it more

7    frequently to try to prevent overflows and

8    backups?

9           A.    Yes.

10          Q.    We've identified the Saddle River

11   Pump Station previously, both at the Sewer

12   District and the DEC has identified it as a

13   problematic pump station; correct?

14          A.    The things we flush more frequently

15   that are problematic usually deal with grease.

16          Q.    But you don't -- so you wouldn't

17   flush problematic lines that continue to overflow

18   because of buildup of rags?

19          A.    We haven't identified a specific

20   line in the Saddle River contributing area as --

21   that you would go out and flush on a more

22   frequent basis.

23          Q.    I show you what's previously been

24   marked as Plaintiffs' Exhibit 7, which is the

25   Consent Decree.

355

1                    Dianne Philipps

2              (Document submitted.)

3         Q.   And that Consent Decree, as we

4    previously discussed, was entered into on May --

5    well, at least that's dated May 11th, and I

6    believe it was signed May 6th, 2006?

7         A.   It says executed on May 10th.

8         Q.   May 10th.  When did Julius Graifman

9    sign it?

10        A.   It says on the 6th.

11        Q.   Okay.

12        A.   Oh, wait.  No.  I guess it was

13   executed when Mark Moran signed it on the 10th.

14        Q.   All right.

15        A.   Julius Graifman executed it on --

16        Q.   The 9th?

17        A.   May 9th.

18        Q.   Okay.  So it's fully executed by the

19   10th of May, 2006.

20              Do you know -- and this fully

21   executed copy was sent to you; correct?

22        A.   Yes.

23        Q.   From a Kelly Turturro, who is the

24   Assistant Regional Attorney?

25        A.   Yes.

356

1                       Dianne Philipps

2          Q.    Were you involved in arriving at the

3   final Consent Decree?

4          A.    Yes.

5          Q.    And you were involved in

6   negotiations and discussions of the Consent

7   Decree?

8          A.    Yes.

9          Q.    Do you know if there were drafts of

10  the Consent Decree back and forth between the

11  Sewer District and the DEC?

12         A.    I would assume there would have

13  been.

14         Q.    And you were involved in the

15  discussions of those drafts, as far as you

16  recall?

17         A.    I -- I would have been.

18               MR. BURKE:   Can you mark this,

19         please.

20               (Plaintiffs' Exhibit 20, Letter,

21         dated February 22, 2006 from Ms. Tutturro

22         to Ms. Philipps, Bates stamped PLDW000337

23         through PLDW000345, was marked for

24         identification.)

25         Q.    I show you what I've had marked as

357

Dianne Philipps

1

2  Plaintiffs' Exhibit 20.

3          (Document submitted.)

4      Q.   I'm going to show you what's been

5  marked as Plaintiffs' Exhibit 20.

6          Have you had sufficient time to look

7  at Plaintiffs' Exhibit 20?

8      A.   Yes.

9      Q.   And that's a letter, covering

10 letter, dated February 22nd, 2006 to you from

11 Kelly Turturro, the Assistant Regional Attorney

12 for the DEC?

13     A.   Yes.

14     Q.   And attached to this letter there

15 was a Consent Order that was offered to resolve

16 the violations by the DEC to you; correct?

17     A.   Correct.

18     Q.   And that offer of the Order Consent,

19 as it appears, was rejected by the Rockland

20 County Sewer District; correct?

21     A.   Correct.

22     Q.   And, in fact, that Order of Consent,

23 comparing the two, if we look at Paragraph B,

24 between the two of them -- you see the

25 Paragraph B on both?

358

1                     Dianne Philipps

2        A.    Yes.

3        Q.    The offer originally lists, at the

4    bottom of Paragraph B, it says, the sewer

5    collection system experienced approximately 100

6    sanitary sewer overflows, and it's reflecting

7    that two-year period above, discharging untreated

8    raw sewage and storm water into the waters in the

9    state, and then it listed those approximate 100

10   SSOs that occurred between January 2nd, 2003 and

11   December 16, 2005; correct?

12       A.    Correct.

13       Q.    And in the Order of Consent that was

14   accepted by the Sewer District, it just says,

15   multiple sanitary sewer overflows; right?

16       A.    Yes.

17       Q.    And then it lists violations

18   attached as Appendix A; right?

19       A.    Yes.

20       Q.    And I think it actually, if you look

21   at Appendix A, breaks them out between dry

22   weather and wet weather?

23       A.    Yes.

24       Q.    On the Compliance Schedule on Page 6

25   of Plaintiffs' Exhibit 20 -- actually, let's look

359

1          Dianne Philipps

2   at Plaintiffs' Exhibit 7 first.

3          On Plaintiffs' Exhibit 7 the Consent

4   Order, that was accepted by the Sewer District,

5   they have first listed, under the Compliance

6   Schedule, general requirements, and it lists

7   immediately; correct?

8       A.   Correct.

9       Q.   And on the Consent Decree that was

10  accepted by the Sewer District it says,

11  Respondents shall certify completion of the work

12  required under this schedule to the Department

13  within five days of its completion.

14          Right?

15      A.   Correct.

16      Q.   Now, looking at the Consent Decree

17  that was offered, but rejected by the Sewer

18  District, there is an immediate re -- there's two

19  immediate requirements, not just one, as listed

20  in the Consent Decree that was accepted; right?

21      A.   Correct.

22      Q.   And, in fact, the first immediate

23  requirement that was offered by the DEC or

24  suggested should be complied with by the DEC

25  states, Respondents shall cease and desist from

360

1              Dianne Philipps
2    any and all future violations of the New York
3    State Environmental Conservation Law and the
4    rules and regulations enacted pursuant thereto;
5    correct?
6         A.    Correct.
7         Q.    And that doesn't appear in the
8    Consent Decree that the Sewer District accepted;
9    correct?
10        A.    Correct.
11        Q.    So the terms, as they were presented
12   in the February 2006 Consent Decree, were not
13   acceptable to the Sewer District as to the cease
14   and desist order; correct?
15        A.    Correct.
16        Q.    Because you couldn't comply with it;
17   correct?
18        A.    Correct.
19        Q.    So you couldn't comply with
20   continuing to violate New York State's
21   Environmental Conservation Laws; right?
22        A.    You can't control the weather,  and
23   you can't control --
24        Q.    That's not what I asked.
25        A.    -- floods.

361

1                      Dianne Philipps

2          Q.    You couldn't comply with not

3    violating the New York State Environmental

4    Conservation Law as the DEC was requesting you do

5    in the initial Consent Order; correct?

6          A.    Correct.

7          Q.    In the specific requirements, and

8    let's look at Sub 2 of the draft of the proposed

9    Consent Decree.

10               Just taking a step back, did this --

11   this Order doesn't seem like it was a draft order

12   that Ms. Turturro sent to you in February of

13   2006.  She's saying, here's the Order.  Sign it

14   before a Notary, with a check.  And it says,

15   don't make any changes to the Order without

16   contacting me.

17               So this is a final Order that she's

18   offering to the Sewer District; right?

19         A.    Yes.

20         Q.    What happened between February and

21   May of 2006 to arrive at the Consent Decree that

22   we have in May of 2006?

23         A.    Well, I believe this was reviewed by

24   legal counsel, and then I believe we requested a

25   meeting to discuss what was going to be in the

367

1                    Dianne Philipps

2    clause?

3         A.    Yes.

4         Q.    And that was language that was

5    included by the Sewer District in the final

6    Consent Decree, in comparing these two documents?

7         A.    Well, this would have been on the

8    advice of legal counsel.

9         Q.    Would these additional paragraphs, 7

10   and 8, roman numeral seven and eight, also be on

11   the advice of legal counsel to add into the

12   Consent Decree?

13        A.    Yes.

14        Q.    As well as the -- removing the

15   provision that deals with the immediately ceasing

16   and desisting from violating the New York State

17   Environmental Law, that removal of that portion,

18   would have been under the advice of counsel?

19        A.    Yes.

20        Q.    On Page 6 of the February and

21   Page 4, the Bates stamps for February 343, and

22   Bates Stamp for the May Order, which is

23   Exhibit 7, is 364, there's listed under roman

24   numeral two specific requirements; correct?

25        A.    Correct.

373

Dianne Philipps

1

2      A.    I'd have to check the file.  I

3  thought we pretty much were on schedule, unless

4  we missed a -- we might have missed -- I'd have

5  to check the file.

6      Q.    And you definitely would agree that

7  the Order that was proposed in February of 2003,

8  the work wasn't completed by August of 2007;

9  correct?

10      A.    Well, the report that laid out the

11  schedule was -- was submitted in July 2007.

12      Q.    Right.  So you didn't complete the

13  work?

14      A.    There was a review process.  There

15  were comments back and forth.  We had a final

16  report I believe in January 2008 laying out the

17  final schedule.

18      Q.    So as proposed the Order that was

19  proposed in February of 2006, where it said they

20  wanted all the work done by August of 2007, the

21  work wasn't done by August of 2007, and that

22  wasn't what was agreed to; right?

23      A.    Correct.

24      Q.    In the February 2006 Consent Decree,

25  again, under Specific Requirements, B Sub 2 the

374

| | |
|---|---|
| | Dianne Philipps |
| 1 | |
| 2 | DEC identifies the following locations as being a |
| 3 | priority for corrective action, and one of those |
| 4 | locations is Saddle River Road; correct? |
| 5 | A.    Correct. |
| 6 | Q.    And also South Monsey Road; correct? |
| 7 | A.    Correct. |
| 8 | Q.    So of the seven listed priority |
| 9 | locations, two of them deal with what we've been |
| 10 | talking about, the South Monsey Road and the |
| 11 | Saddle River Road; correct? |
| 12 | A.    Yes. |
| 13 | MR. BURKE:  I'm going to show you |
| 14 | what I ask be marked as 21. |
| 15 | (Plaintiffs' Exhibit 21, |
| 16 | February 26, 2007 letter to Ms. Philipps |
| 17 | from Henry Mazzucca, Bates Stamp |
| 18 | Number PLTF 1835, was marked for |
| 19 | identification.) |
| 20 | Q.    I ask you to take a look at that. |
| 21 | It's Bates Stamp Number PLTF 1835. |
| 22 | (Document submitted.) |
| 23 | Q.    Ms. Philipps, this is a letter dated |
| 24 | February 2007 from Manju Cherian with the New |
| 25 | York State DEC -- |

Dianne Philipps

1

2   recollection as to the approximate time that the

3   new siphon was put in and the subsequent overflow

4   at Manhole 10019 after the new siphon chamber was

5   put in?

6        A.    Well, this might have been the first

7   big rain event after the siphon was put in.  We

8   might have had some other rain events in between

9   then and it didn't overflow.  So it's really not

10  a good indication.  I'd want to go back and check

11  the date.

12       Q.    But at least it's reporting an

13  overflow at Manhole 10019 after the siphon

14  chamber was put in; correct?

15       A.    Yes.  Yeah, this was in response, I

16  believe, to Mr. Schneider taking photos and they

17  were e-mailed to me.  I mentioned I had sent an

18  engineer out there to investigate everything.

19            MR. BURKE:  Okay.  I ask that this

20            be marked as 24.

21            (Plaintiffs' Exhibit 24, letter,

22            dated September 18, 2007 to Dianne

23            Philipps from Manju Cherian, was marked

24            for identification.)

25       Q.    I show you what's been marked as

382

1                    Dianne Philipps

2       Exhibit 24.

3                  (Document submitted.)

4            Q.    This is a letter to you from, again,

5       Manju Cherian, of the New York State DEC, dated

6       September 18, 2007, Bates Stamp Number

7       RSHC 0008136 and 8137.

8                  In the first paragraph of the letter

9       it's saying that the engineering report submitted

10      under item C of the Compliance Schedule for the

11      Order of Consent was not approvable; right?

12           A.    Correct.

13           Q.    And specifically as to items four

14      and five on Page 2, that deals with the

15      engineering report as to the Saddle River Pump

16      Station; right?

17           A.    Correct.

18           Q.    And it said that the evaluation

19      should have been part of the engineering report,

20      indicating that it wasn't; right?

21           A.    Yes.

22           Q.    And then Paragraph 5 it's stating

23      that the statement so there, at least according

24      to the DEC, you weren't complying with the items

25      contained in the Consent Decree, as far as what

383

1                      Dianne Philipps

2    needed to be reported; correct?

3           A.    Maybe it was submitted separately.

4           Q.    According to the DEC, in reading

5    this letter --

6           A.    Should have been.

7           Q.    -- that item should have been

8    included?

9           A.    The engineering report.

10          Q.    Right.  And according to the DEC, at

11   least in the February 2006 Consent Decree, the

12   DEC identified the Saddle River as being a

13   priority area; correct?

14          A.    Correct.

15          Q.    And Paragraph 5 underneath that it

16   says, the statement on Page 2-13 about the

17   average base infiltration?

18          A.    Yes.

19          Q.    They said that the findings that are

20   listed there would be in the excessive range for

21   the base flow?

22          A.    I seem to recall there was -- I

23   would like to see our response to this letter,

24   because I believe with regard to this issue there

25   was, I don't want to say a typo, but there was

398

Dianne Philipps

1  redirect the Tallman force main?

2

3       A.    Right.  It's (indicating).

4       Q.    Because there were two lines that

5  came in at one point there?

6       A.    Yeah, a shallow manhole that came in

7  together.  And when those pipes are -- you know,

8  a large flowing full,  it just -- it would fill

9  up that manhole too quick and a little bit would

10 come out, so we redirected the force main a

11 little further down the line.

12      Q.    During the course of maintenance at

13 Manhole 10019 wasn't there a time where a locking

14 mechanism would be put on that manhole?

15      A.    Yes.

16      Q.    And are you aware if that locking

17 mechanism had been blown off as a result of

18 force?

19      A.    Yes.

20      Q.    Was there also locking mechanisms

21 put on the manholes at 10172 and 10174 by the

22 Saddle River Swim Club?

23      A.    I don't believe so.

24      Q.    Why not?

25      A.    It wouldn't work.

399

1                    Dianne Philipps

2        Q.    Why not?

3        A.    It would just blow the whole manhole

4  top off.

5        Q.    Which is what happened at 10019;

6  right?

7        A.    Correct.

8        Q.    And that's where it blew the road

9  apart and everything else?

10       A.    Yes.

11       Q.    Did it work for a while, the locking

12  mechanism?

13       A.    I don't think at South Monsey it

14  did.  We did successfully install some on Jeffrey

15  Court, that seem to be holding, but we did a

16  little different construction method.

17       Q.    And that's one of the ones in

18  Clarkstown?

19       A.    Yes.

20       Q.    Which previously by the DEC was

21  identified as a problem area?

22       A.    Yes.

23       Q.    Did you ever try putting a locking

24  mechanism in Saddle River at their pump station,

25  in those manholes?

402

Dianne Philipps

1

2      A.    I believe it'd be the same

3  contracts.   You would -- you have small site.

4      Q.    A small site where you couldn't

5  include a larger storage tank; is that what

6  you're saying?

7      A.    Yes.

8          MR. BURKE:   Okay.   I'm going to show

9          you what I'd like marked as

10         Plaintiffs' 30.

11             (Plaintiffs' Exhibit 30, letter

12         dated April 23, 2008 from Manju Cherian to

13         Dianne Philipps, Bates stamped 002496, was

14         marked for identification.)

15     Q.    Plaintiffs' Exhibit 30 is a letter

16  from DEC to you, from Manju Cherian, dated

17  April 23rd, 2008, regarding the comprehensive

18  inspection of the Rockland County Sewer District

19  in relation to your SPDES Permit Number 0031895.

20             (Document submitted.)

21     Q.    And in this letter he's indicating

22  to you that there were noted deficiencies of the

23  facility that needed to be corrected by the time

24  of the next inspection?

25     A.    Yes.

1                    Dianne Philipps

2          Q.    It says that it appears that there

3    were inadequate spare part inventories being

4    maintained?

5          A.    It says for the plant and possibly

6    also the collection system.

7          Q.    Right.  So that he's indicating that

8    there was an inadequate spare part inventory for

9    the plant and possibly the collection system;

10   right?

11         A.    Yes.

12         Q.    And that there had been processed

13   units that had been awaiting repairs over several

14   months; right?

15         A.    Yes.

16         Q.    And that there were multiple

17   breakdowns of primary and secondary tanks in

18   January of 2008, causing a suspended solid permit

19   violation?

20         A.    Yes.

21         Q.    And then, in addition, staffing

22   levels have been reduced over the past few years?

23         A.    Yes.

24         Q.    Then he expresses a concern of DEC,

25   especially in light of the additional work being

404

Dianne Philipps

1    performed in the collection system as part of the

2    Order on Consent requirements, concerns about the

3    inadequate level of spare parts, the breakdowns

4    of primary and secondary tanks, and the decrease

5    crease in staffing levels; right?

6    A.    Yes.

7    Q.    Do you know if the decrease in

8    staffing levels was ever addressed?

9    A.    Recently.

10   Q.    Recently, meaning what?

11   A.    In order for me to fill a position I

12   need approval from County Exec's office, and

13   they're finally giving me approval to fill a

14   number of vacant positions.

15   Q.    How many vacation positions did you

16   have in April of 2008?

17   A.    I'd have to look and see.

18   Q.    Approximately how many vacant

19   positions did you have in April of 2008?

20   A.    I'd have to look and see.  I don't

21   recall.

22   Q.    And recently how many approvals did

23   you get to fill vacancies?

24   A.    Recently I got approval for three

421

1                    Dianne Philipps

2    grinding and chopping mechanisms built into the

3    pumps.

4              We have -- all of our grinders pump

5    stations that we've installed service one home,

6    one single family home, they have that style pump

7    in it.

8         Q.    But they don't have bigger pumps, is

9    that what you're saying?

10        A.    No.  We have a small pump station up

11   on Cottage Lane that has grinder type pumps, but

12   it's usually not large sewage pumps.

13              MR. BURKE:  Okay.  Can I have this

14         marked, please.

15              (Plaintiffs' Exhibit 34, e-mail

16         dated August 31st, 2010, from Ms. Cherian

17         to Elizabeth Zicca, was marked for

18         identification.)

19        Q.    Okay.  I'm showing you Exhibit 34,

20   which is an e-mail dated August 31st, 2010, from

21   Mr. Cherian to Elizabeth Zicca.

22              Do you know who she is?

23        A.    Elizabeth Zicca?

24        Q.    Yes.

25        A.    No.

422

1                        Dianne Philipps

2          Q.    And in the body of the e-mail it

3    appears from Thomas Rudolph, it looks like I

4    guess this might have been forwarded, but it's an

5    e-mail Thomas Rudolph, May 14th, 2010 discussing

6    the compliance conference regarding an overflow

7    from one of their pump stations into a tributary

8    of the Hackensack River.  And it mentions the

9    existing Consent Order.  And that they'd like to

10   collect the suspended penalty and give a new

11   schedule of compliance to include an asset

12   management plan, and then issue a modified

13   Consent Order.  You can decide the appropriate

14   penalty to be included in the new Order, if it is

15   violated.

16               Do you know if the suspended penalty

17   was requested and collected?

18          A.    Not yet.

19          Q.    Is it going to be?

20          A.    According to this e-mail,

21   apparently.  This is the first I've heard of it.

22          Q.    So you were never made aware of the

23   suspended penalty being sought?

24          A.    No.

25          Q.    How about a new Consent Order being

427

Dianne Philipps

1    Dianne Philipps
2    included in the Consent Order and should have
3    been completed by September 2008; correct?
4         A.    That's what it says, but I don't
5    know -- I would like to see the response to that,
6    what our response was.
7         Q.    Okay.  But at least, you'd agree,
8    the DEC believed in February 2009 that work
9    reference should have already been completed in
10   September of 2008; right?
11        A.    That's what they're saying.
12             MR. BURKE:  I show you what I'd ask
13        be marked as Exhibit 36.
14             (Plaintiffs' Exhibit 36, Bates
15        stamped 2609,  Notice of Violation, dated
16        April 7th, 2010 from the New York DEC, was
17        marked for identification.)
18        Q.    Showing you what's been Bates
19   stamped 2609, Plaintiffs' Exhibit 36, a Notice of
20   Violation dated April 7th, 2010 from the New York
21   DEC.  It appears I don't have the signature page.
22        A.    This is the one.
23        Q.    Do you recall receiving this Notice
24   of Violation?
25        A.    Yes.

428

1                    Dianne Philipps

2          Q.    And it was a Notice of Violation

3     from the DEC?

4          A.    Yes.

5          Q.    And on this Notice of Violation they

6     list a number of sanitary sewer overflows of the

7     District, in particular April 26, 2009, Manhole

8     10172, 74 and 10434 Saddle River Road pump

9     station?

10         A.    Yes.

11         Q.    May 20, 2009 it lists again

12    Manhole 10172, 74, 754 Saddle River Road, near

13    Saddle River Pump Station?

14         A.    Yes.

15         Q.    October 25th, 2009 Twin Lakes Pump

16    Station?

17         A.    Yes.

18         Q.    February 17th, 2010, 754 Saddle

19    River Road, near Saddle River Pump Station?

20         A.    Yes.

21         Q.    April 2nd, 2010, Twin Lakes Pump

22    Station?

23         A.    Yes.

24         Q.    Okay.   It says, this list does not

25    include the numerous wet weather overflows which

429

1                        Dianne Philipps
2     occurred during our period of review from January
3     through present?
4          A.    Yes.
5          Q.    They ask for a compliance
6     conference?
7          A.    Yes.
8          Q.    It also said that penalties may be
9     up to 35 -- 37,500 per day, per violation?
10         A.    Yes.
11         Q.    Were there any penalties assessed
12    through the DEC for these dry weather events?
13         A.    No.
14         Q.    Well, what occurred at the
15    compliance conference; do you know?
16         A.    We came in with the spill reports
17    for all these events.  We discussed them.  Some
18    of the things were, there'd be no way to prevent
19    them.  We really didn't agree with their numerous
20    wet weather overflows comment.  We discussed
21    that.  Basically, you know, we had a conversation
22    about it and...
23         Q.    You provided explanations, and they
24    didn't fine you?
25         A.    They did not fine us yet.  Whether

430

Dianne Philipps

1  they are or not, I'm not sure.  Based on that

2  e-mail, it looks like they may.

3      Q.    The initial Consent Decree had two

4  fine provisions; $10,000 that you paid, $10,000

5  that was held in abeyance; right?

6      A.    Right.

7      Q.    So that e-mail related to whether

8  they were going to require the amount that was

9  held in abeyance be paid; correct?

10      A.    Correct.

11      Q.    This is talking about different

12  fines for subsequent violations after the Consent

13  Decree had been entered into; right?

14      A.    Yes.

15      Q.    And you've never been fined for any

16  of these subsequent spills; correct?

17      A.    Correct.

18      Q.    In fact, other than this Notice of

19  Violation there's nothing that indicates that

20  you've actually ever been violated; right?

21           This is just a notice?

22      A.    Correct.

23           MR. CAREY:    Just for clarification

24           on the record, this was one of the

431

Dianne Philipps

1
2    clarifications that we had to a request

3    you had asked on Monday; whether or not

4    Ms. Philipps had been issued a Notice of

5    Violation.

6        THE WITNESS:  Monday you had asked

7    if  I had been issued a Notice of

8    Violation.  I said, no.  Then I recalled

9    this one.

10       MR. BURKE:  Okay.

11       MR. CAREY:  That was one of the

12   items we were going to correct.

13   Q.   Do you recall any other times where

14   you've been issued a Notice of Violation from the

15   New York State DEC?

16   A.   I don't specifically recall.  We may

17   have in the last couple years, 'cause we've had

18   some issues at the wastewater treatment plant

19   where we've exceeded our permit.

20       MR. BURKE:  Okay.  Might as well get

21   to this one next.  This is 37.

22       (Plaintiffs' Exhibit 37, Notice of

23   Violation, dated January 19th, 2010, from

24   Ms. Cherian to Ms. Philipps, was marked

25   for identification.)

432

Dianne Philipps

1

2     Q.   Okay.  I'm showing you what's been

3  marked as Plaintiffs' Exhibit 37.

4          (Document submitted.)

5     Q.   Have you had an opportunity to

6  review Plaintiffs' Exhibit 37?

7     A.   Yes.

8     Q.   This is another Notice of Violation,

9  dated January 19th, 2010, from Mr. Cherian at the

10  New York State DEC to you at the Rockland County

11  Sewer District; correct?

12     A.   Yes.

13     Q.   And it deals with the Twin Lakes

14  Pump Station sanitary sewer overflow which flowed

15  into the Saddle River; correct?

16     A.   It's a tributary to the Saddle

17  River.

18     Q.   Okay.  Well, it says that there was

19  approximately 1,000 gallons of sewage being

20  discharged into the Saddle River, or a tributary

21  to the Saddle River, that's what you're saying,

22  but this report says into the Saddle River.

23          We know, based on the location, that

24  it's a tributary to the Saddle River; right?

25     A.   Correct.

433

Dianne Philipps

1

2      Q.    And he goes on to say that the

3   sanitary sewer overflows are violations of

4   Article 17 of the Environmental Conservation Law,

5   and may be subject to penalties of up to 37,500

6   per day for violation.

7                 So he's indicating that these are

8   violations, this spill in particular --

9      A.    It's a she, just for your

10  information.

11     Q.    I'm sorry, she.  Beg your pardon.

12               She is indicating that this sanitary

13  sewer overflow at Twin Lakes Pump Station was in

14  violation of the New York State Environmental

15  Conservation Law?

16     A.    Yes.

17     Q.    Okay.  Do you know if it also was in

18  violation of Federal Law under the Clean Water

19  Act, that has similar provisions to the New York

20  State Environmental Conservation Law?

21     A.    It could be.

22     Q.    Okay.  And she's indicating that the

23  Sewer District may be subject to penalties of up

24  to $37,500 per day per violation; right?

25     A.    Yes.

434

Dianne Philipps

Q.    And, in fact, isn't every sanitary
sewer overflow that reaches a water body in
violation of Article 17 of the Environmental
Conservation Law?

A.    Yes.

Q.    And perhaps also in violation of the
Clean Water Act?

A.    Yes.

Q.    And that would subject you, the
Sewer District, to potential fines of $37,500 per
day, per violation; correct?

A.    Yes.

Q.    Do you know if you were violated,
you meaning the Sewer District violated, for this
Notice of Violation in January of 2010?

A.    What was the question again?

Q.    Do you know if the Sewer District
paid any fines for violations?

A.    No, we didn't pay any fines for
violations.

Q.    Other than the $10,000 paid in the
initial Consent Decree, have any fines been paid
for sanitary sewer overflows to the DEC?

A.    No.

435

1          Dianne Philipps

2          MR. BURKE:  I'd ask that this be

3      marked as Plaintiffs' 38.

4          (Plaintiffs' Exhibit 38, Addendum to

5      the Dry Weather SSO Abatement Report,

6      dated March 19, 2010, was marked for

7      identification.)

8      Q.    Ms. Philipps, showing you what's

9  been marked as Plaintiffs' Exhibit 38.  It's

10 identified as the Addendum to the Dry Weather SSO

11 Abatement Report, dated March 19, 2010.

12         (Document submitted.)

13     Q.    Have you seen this before?

14     A.    Yes.

15     Q.    And, in fact, it indicates it was

16 prepared by you and Gene Yetter?

17     A.    Yes.

18     Q.    On Page 2649, continuing through

19 2651 --

20     A.    Yes.

21     Q.    -- it lists the Asset History

22 Summary for the Saddle River Pump Station?

23     A.    Here it says Pomona Pump Station.

24     Q.    2649?

25     A.    Okay.  On the bottom it says Saddle

436

1                    Dianne Philipps

2    River.

3         Q.   That's where it starts, 2649 and

4    continues through to 2651.

5         A.   Okay.

6         Q.   Do you know where the information

7    that was used to create this report came from?

8         A.   We have a maintenance management

9    software program.

10        Q.   That's what was used to generate

11   this?

12        A.   Yes.

13        Q.   The maintenance management software

14   program, how far back does it reach?

15        A.   I think it was sometime in 2006,

16   maybe 2007.

17        Q.   So it would list -- do you know if

18   it would list all of the maintenance from '06,

19   '07?

20             Because it appears that, as to the

21   Saddle River Pump Station, it's only listing 2009

22   and 2010.

23        A.   Gene Yetter would know better why he

24   did it for the period of time that he did it.

25        Q.   What's a pillow block?

437

Dianne Philipps

A.   On a pump shaft there is -- it
supports the pump shaft between the pump and the
motor.  The pump is like downstairs.  The motor's
upstairs.  Usually there's a joint between the
different sections of shafting, and there's a --
a bearing that supports that, it's usually
mounted to a steel beam.

Q.   Okay.  Do you know why it's called a
pillow or a pillow block?

A.   I think 'cause it's kind of
shaped...  let me borrow a pen.  I guess they
think it's shaped like a pillow, maybe.

MR. CAREY:  Not on that.  I'll give
you a piece of paper.

A.   Shaped like that.  (Indicating).

Q.   Okay.

A.   And then there's a hole in the
middle, where the shaft bearing would be.

Q.   Okay.

A.   It's mounted usually on a piece of
steel, and the shaft would be going through
there.

MR. BURKE:  All right.  I guess we
can just mark that as 38A?

438

1          Dianne Philipps
2              (Plaintiffs' Exhibit 38A, hand drawn
3          drawing of a pillow block by Ms. Philipps,
4          was marked for identification.)
5              MR. BURKE:  I ask this be marked as
6          39.
7              (Plaintiffs' Exhibit 39, letter from
8          Ms. Cherian to Ms. Philipps, dated
9          February 2nd, 2010, was marked for
10         identification.)
11             (Document submitted.)
12         Q.   Okay.  Have you had enough to time
13    to review Plaintiffs' 39?
14         A.   Yes.
15         Q.   This is a letter from Ms. Cherian to
16    you, dated February 2nd, 2010?
17         A.   Yes.
18         Q.   Regarding the Rockland County Sewer
19    District compliance conference, Twin Lakes Pump
20    Station; correct?
21         A.   Yes.
22         Q.   And that's where it was asking for,
23    because of the overflow incident on January 22nd,
24    they wanted an overall operation and maintenance
25    program for the District's 22 pump stations;

439

Dianne Philipps

1

2      right?

3              A.    Yes.

4              Q.    Do you know if that's the report

5      that was provided as the March 19, 2010 report?

6              A.    (Indicating).   Yes.

7              Q.    That was.   Which was identified as

8      Plaintiffs' Exhibit 38?

9              A.    Yes.

10             Q.    In particular it highlighted the

11     Saddle River Pump Station as some of the

12     information that it wanted to obtain?

13             A.    Yes.

14             Q.    In the second full paragraph

15     Ms. Cherian discussed the discussions that were

16     had during the compliance conference regarding

17     staffing.

18                   Do you see that?

19             A.    Yes.

20             Q.    And she's saying that the Department

21     urges the County to secure funding for those

22     critical positions, especially during wet weather

23     events, prolonged wet weather events; right?

24             A.    Yes.

25             Q.    Were there problems with proper

446

1                        Dianne Philipps
2     Probably a year.
3                 MR. BURKE:  Can you mark this as 40,
4            please.
5                 (Plaintiffs' Exhibit 40, Bates Stamp
6            Number 2688, letter dated August 10th,
7            2009 from Ms. Cherian to Ms. Philipps,
8            regarding the annual comprehensive
9            inspection and a Notice of Violation, was
10           marked for identification.)
11                (Document submitted.)
12           A.   Okay.
13           Q.   You have reviewed Plaintiffs'
14    Exhibit 40, which is Bates Stamp Number 2688, a
15    letter dated August 10th, 2009 from Ms. Cherian
16    to you regarding the annual comprehensive
17    inspection and a Notice of Violation?
18           A.   Yes.
19           Q.   And it's saying that the inspection
20    received an unsatisfactory rating?
21           A.   Yes.
22           Q.   And that was for the Sewer District,
23    and there was issues with the secondary digester
24    and thickener operating at full capacity?
25           A.   Right, the letter says that they are

447

1                    Dianne Philipps
2    at full capacity.
3          Q.   What do those do, the secondary
4    digester and thickener?
5          A.   Digester digests the sludge, breaks
6    it down.  The thickener basically thickens it so
7    it can be sent to the -- so it could be sent for
8    de watering.
9          Q.   Okay.  And they said they were at
10   full capacity, and they shouldn't be?
11         A.   Well, we were -- we were -- the
12   primary digester was being repaired.  And the
13   second digester needed work, so it wasn't
14   really -- wasn't running optimally.  So it was --
15   until we had the primary digester fixed, and so
16   we put the primary digester on-line,  and we had
17   to take the secondary digester off-line, clean it
18   out, and do repairs on that tank.
19         Q.   What are the CBOD levels?  What does
20   that refer to?
21         A.   It's the biological oxygen, oxygen
22   demand.
23         Q.   And in this letter it indicated that
24   a review of the monthly discharge monitoring
25   reports showed that the facility violated its

448

1                    Dianne Philipps

2    SPDES permit affluent limits for the CBOD

3    March 9th, in March, June, and for TSS in March.

4         A.    Yes.

5         Q.    What's TSS?

6         A.    Total suspended solids.

7         Q.    So there was three noted violations

8    of the SPDES permit?

9         A.    Yes.

10        Q.    Do you know if you were fined or

11   violated by the DEC for these violations?

12        A.    We were not fined.

13        Q.    And you were npt violated; right?

14              This is a Notice of Violation, but

15   you didn't -- well, anything beyond the Notice,

16   you didn't receive anything?

17        A.    Correct.

18              MR. BURKE:   That's all I have.

19              Thank you, Ms. Philipps.

20

21                    * * * * *

22

23

24

25