COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT COURT OF NEW YORK

-------------------------------------------x

BOROUGH OF UPPER SADDLE RIVER, NEW JERSEY,

KAREN MILLER, ROY OSTROM, MARIA FLORIO, MARK

RUFFOLO AND LINDA MCDONALD,

                        Plaintiffs,

     - against -

ROCKLAND COUNTY SEWER DISTRICT #1,

                        Defendant.

-------------------------------------------x

                    Friday,

                    January 14, 2011

                    10:10 a.m.

                EXAMINATION BEFORE TRIAL OF

            a Defendant, ROCKLAND COUNTY SEWER

            DISTRICT #1, by and through its Witness,

            EUGENE YETTER, JUNIOR, held at the

            offices of Rockland & Orange Reporting,

            20 South Main Street, New City, New

            York, on the above time and date, before

            a Notary Public of the State of New York.

                ROCKLAND & ORANGE REPORTING

                  20 South Main Street

                New City, New York  10956

                    (845) 634-4200

```
 1   A P P E A R A N C E S:

 2

 3

 4

 5

 6   BURKE, MIELE & GOLDEN, LLP

 7        Attorneys for the Plaintiffs

 8        40 Matthews Street

 9        Suite 209

10        Goshen, New York 10924

11   BY:  MICHAEL BURKE, ESQ.

12

13

14

15

16   PANNONE LOPES DEVEREAUX & WEST LLC

17        Attorneys for the Defendant

18        81 Main Street

19        Suite 510

20        White Plains, New York 10601

21   BY:  MICHAEL L. CAREY, ESQ.

22

23

24

25
```

8

1                    Eugene Netter, Jr.

2          A.    I don't know.

3          Q.    Do you know what the manhole was

4     that was blocked, what number?

5          A.    Not off the top of my head, no.

6          Q.    Was it Manhole 10019; if you know?

7          A.    I don't know.

8          Q.    What's your job title with the

9     Rockland County Sewer District?

10         A.    Director of Plant Facilities.

11         Q.    How long have you been the Director

12    of Plant Facilities?

13         A.    Nearly 13 years.

14         Q.    How long have you been with the

15    Rockland County Sewer District?

16         A.    Nearly 13 years.

17         Q.    So you came in as the Director of

18    Plant Facilities?

19         A.    Yes.

20         Q.    Where did you work before the

21    Rockland County Sewer District?

22         A.    I worked for Westchester County, New

23    York.

24         Q.    What did you do for Westchester

25    County?

9

1                    Eugene Netter, Jr.

2          A.    I was a junior engineer.

3          Q.    As the Director of Plant Facilities

4     do you primarily work at the Orangeburg Plant?

5          A.    Yes.

6          Q.    Are there times where you leave the

7     plant to go to site inspections?

8          A.    Yes.

9          Q.    With Westchester County how long

10    were you a junior engineer with them?

11         A.    One year.

12         Q.    Where were you before Westchester

13    County?

14         A.    Charles A. Manganero Consulting

15    Engineers.

16         Q.    Where are they located?

17         A.    At the time they were in Hackensack,

18    New Jersey.

19         Q.    How long were you with them?

20         A.    Nine years.

21         Q.    Briefly, what is your educational

22    background?

23         A.    I have a Masters in business

24    administration, with distinction from Long Island

25    University.  I have a Bachelor of Engineering in

10

```
 1               Eugene Netter, Jr.
 2  mechanical engineering, State University New York
 3  at Stony Brook.  I have a P.E. license New York
 4  State.
 5          Q.   Is it up-to-date?
 6          A.   Yes, sir.
 7          Q.   As the Director of Plant -- is it
 8  plant manager or director?
 9          A.   Director of Plant Facilities.
10          Q.   Plant Facilities.  Beg your pardon.
11               Who is your boss?
12          A.   Dianne Philipps, through Michael
13  Saber, the Assistant Director.
14          Q.   How long has Michael been the
15  Assistant Director?
16          A.   I would guess four to five years.
17          Q.   Have you had any discussions with
18  anyone, other than your attorney, regarding this
19  litigation?
20          A.   Yes, briefly with Ms. Philipps just
21  the other evening.
22          Q.   This was after her first deposition?
23          A.   Yes.
24          Q.   All right.  The first day of her
25  depositions; correct?
```

14

1              Eugene Netter, Jr.

2        Q.    Are you familiar with the Saddle

3    River Pump Station being identified as a

4    problematic pump station?

5        A.    Please rephrase.

6        Q.    Have you ever heard, either through

7    the Sewer District or through the DEC, as the

8    Saddle River Pump Station being identified as a

9    problematic pump station?

10       A.    I'm not sure what you mean by

11   problematic.

12             It is one of the stations that is

13   higher head and higher capacity, which is unique

14   in our system, and therefore does require a

15   little more attention than some other stations.

16       Q.    Okay.  I guess problematic meaning

17   that there's been a fair number of sewage

18   overflows at the Saddle River Pump Station that

19   it's been identified as a problematic pump

20   station.

21             Have you ever heard anything along

22   those lines?

23       A.    No, I haven't, not in those terms.

24       Q.    Okay.  Have  you ever heard any

25   issues that dealing with sanitary sewer overflows

15

1                    Eugene Netter, Jr.

2    at the Saddle River Pump Station more frequently

3    than other pump stations?

4         A.    Yes, I have.

5         Q.    Okay.  Would you consider that the

6    greater frequency of the sanitary sewer overflows

7    at the Saddle River Pump Station, as opposed to

8    other pump stations, would cause the DEC to

9    identify it as a problematic pump station?

10        A.    Please rephrase.

11        Q.    Okay.  You mentioned that you have

12   heard that there have been more frequent sanitary

13   sewer overflows at the Saddle River Pump Station;

14   correct?

15        A.    Yes, sir.

16        Q.    What degree of frequency do you

17   recall there being sanitary sewer overflows at

18   the Saddle River Pump Station?

19        A.    The design of the station is such

20   that a problem at that station, the size of the

21   wet well, the volume, the flow rate of the pump

22   station is such that when there's a problem out

23   there, by the time the District can respond to a

24   problem out there, depending on the degree of the

25   problem, there's a good chance that there will be

16

1                        Eugene Netter, Jr.

2    an overflow related to loss of that pump station.

3            Q.    Okay.  And is it more frequently

4    that there's a loss of that pump station causing

5    an overflow?

6            A.    Perhaps slightly.

7            Q.    And when there is the loss of that

8    pump station, the overflow --  do you know in the

9    overflow would reach a water body?

10           A.    Yes.

11           Q.    What's the water body that that

12   overflow reaches?

13           A.    I believe it's either the Upper

14   Saddle River or a tributary thereto.

15           Q.    Are you familiar with the Twin Lakes

16   Pump Station?

17           A.    Yes, sir.

18           Q.    Are there more frequent overflows at

19   the Twin Lakes Pump Station?

20           A.    In a similar dynamic the Twin Lakes

21   Pump Station, again, is designed to handle such

22   flow and -- and such head conditions, and the

23   design of that wet well is such that when there's

24   a problem out there, the result tends to be an

25   overflow, yes.

20

Eugene Netter, Jr.

1

2    scenario.  And DEC wanted to talk to us about

3    that situation, and how we identified it, and if

4    there were any corrective actions that could have

5    been put in place to ensure such situation

6    couldn't occur.

7         Q.   Now, you're in charge of

8    maintenance.

9              You're also in charge of the

10   maintenance of the collection system; right?

11        A.   Yes, sir.

12        Q.   Which would include the Saddle River

13   Pump Station; correct?

14        A.   Yes, sir.

15        Q.   And you're familiar with your SPDES

16   permit; right?

17        A.   No, I'm not.

18        Q.   You're not familiar with the SPDES

19   permit at all?

20        A.   No, sir.

21        Q.   Do you know what a SPDES permit is?

22        A.   Yes, I do, sir.

23        Q.   And a SPDES permit is the permit

24   from the DEC which allows for certain discharges;

25   correct?

21

1                    Eugene Netter, Jr.

2          A.    It requires certain treatment levels

3    and discharge requirements from the treatment

4    plant proper.

5          Q.    Okay.  And any overflow or spill

6    that occurs at a pump station is in violation of

7    the SPDES permit; correct?

8          A.    I'm not sure.  Like I said, I'm not

9    all that familiar with the permit.

10         Q.    Well, that's not an authorized

11   outsource; is it?

12         A.    No, sir, it's not.

13         Q.    Do you know how much -- you said

14   there was an equipment failure at the Twin Lakes

15   Pump Station that was discussed; right?

16         A.    Yes, sir, in particular.

17         Q.    Do you know how many gallons

18   overflowed as a result of that equipment failure

19   at the Twin Lakes Pump Station?

20         A.    I don't recall.

21         Q.    Do you know if it was a dry weather

22   or wet weather event?

23         A.    I don't recall.

24         Q.    And you know that distinction,

25   obviously, between a dry weather and wet weather?

22

1                     Eugene Netter, Jr.

2          A.    Yes.

3          Q.    Okay.   Have you ever heard there to

4    be capacity issues in the Rockland County Sewer

5    District?

6          A.    Yes, sir.

7          Q.    Where have you heard there to be

8    capacity issues?

9          A.    In -- at certain locations

10   hydraulically within the collection system, as

11   well as certain pump stations normally during wet

12   weather events.   I correct that.   Only during wet

13   weather events.

14         Q.    Only during wet weather events?

15         A.    Yes, sir.

16         Q.    Have you been informed about the

17   capacity issues in New Square, where there's been

18   a moratorium on connections to the Rockland

19   County Sewer District pipes?

20         A.    No, sir.

21         Q.    You haven't been informed of any of

22   that?

23         A.    No, sir.

24         Q.    How about the build out of the

25   Pascack Line, so that it would address the

23

```
 1                    Eugene Netter, Jr.
 2    capacity issues in New Square?
 3          A.   No, sir.
 4          Q.   Have you heard of any discussions as
 5    to the capacity issues at the Ramapo Interceptor?
 6          A.   Yes, sir.
 7          Q.   Tell me about those, what you've
 8    learned about capacity issues at the Ramapo
 9    Interceptor.
10          A.   During wet weather the flow through
11    Ramapo Interceptor exceeds the capacity of those
12    pipes.
13          Q.   Which would cause?
14          A.   It would cause a sewer overflow.
15          Q.   What would you describe to be a wet
16    weather event?
17          A.   Generally heavy rain, short period
18    of time, usually something over two to three
19    inches of rain in a 24-hour period.  Obviously it
20    could be less, depending on the situation, such
21    as frozen ground, snow pack or ice melt or snow
22    melt.
23          Q.   You agree that it's fair to say that
24    there's been an increase in wet weather events in
25    recent years, as opposed to when you first
```

24

```
 1                      Eugene Netter, Jr.
 2   started at the Rockland County Sewer District?
 3          A.    No, I --
 4          Q.    You don't agree with that at all?
 5          A.    No, sir.
 6          Q.    Okay.  So --
 7          A.    Hurricane Floyd occurred my first
 8   year.
 9          Q.    Okay.  Which was 1999?
10          A.    Yes, sir.
11          Q.    After Hurricane Floyd would you
12   agree that there's been an increase in wet
13   weather events, as far as overflows, in the
14   Rockland County Sewer District?
15          A.    Whether I... in general when those
16   parameters are met; roughly two inches to three
17   inches of rain in a 24-hour period or less, we
18   tend to have overflows in the system.
19          Q.    And you're saying that whenever you
20   had two to three inches of rain over your 13-year
21   career that would result in wet weather events?
22          A.    In general, yes.
23          Q.    Which would result in sanitary sewer
24   overflows which, at certain locations, would
25   reach water bodies?
```

25

1                    Eugene Netter, Jr.

2        A.    Yes, sir.

3        Q.    Do you know what was being done to

4    address those sanitary sewer overflows as a

5    result of wet weather events for your 13-year

6    period at the Rockland County Sewer District?

7        A.    I am aware that the engineering

8    group was working with consultants to develop

9    inflow and infiltration abatement programs.  The

10   District did have a rather aggressive inflow and

11   infiltration, or I & I program, in-house

12   initially, which we attempted to maintain.

13            It was decided roughly around the

14   time I started that pursuing that in-house didn't

15   make a whole lot of sense,  and the majority, if

16   not all of that, has been contracted out in

17   recent years.  Recent being the last eight or

18   ten.

19       Q.    So you're saying within the last

20   eight or ten years it's been bid out for this

21   abatement program and engineering reports; right?

22       A.    Yes, sir.

23       Q.    Who was it bid out to; do you know?

24       A.    No, I don't.

25       Q.    Do you know if as a result of these

28

1                    Eugene Netter, Jr.

2    from the Department of Environmental Conservation

3    to the Board of Health.

4         Q.   Okay.  And it's in response to the

5    Board of Health -- it appears to be in response

6    to the Board of Health's concerns about those

7    SSOs; correct?

8         A.   Yes.

9         Q.   Prior to today you never saw that?

10        A.   Not to best of my recollection, no,

11   sir.

12        Q.   And prior to today you never had any

13   discussions as Director of Maintenance as to

14   capacity issues in New Square?

15        A.   No, sir.

16        Q.   Now, are you familiar with dry

17   weather SSOs that have occurred at the Saddle

18   River Pump Station as well?

19        A.   Yes, sir.

20        Q.   And those dry weather SSOs, are you

21   familiar what the cause of those dry weather SSOs

22   are?

23        A.   Dry weather SSOs normally caused at

24   a pump station by equipment failure.

25        Q.   Could it also be caused by human

29

1              Eugene Netter, Jr.

2    error?

3         A.    Yes, sir.

4         Q.    Whether it be setting the gagess too

5    low or having one power switch shut off,

6    etcetera?

7         A.    Yes, sir, that is possible.

8         Q.    Has there ever been discussions in

9    your Department as to staffing and understaffing?

10        A.    Yes, sir.

11        Q.    In particular as to maintenance

12   personnel, has there been issues within the last

13   five years within your Department as to staffing?

14        A.    Yes, sir.

15        Q.    That you were, in fact, from your

16   opinion, understaffed?

17        A.    Yes, sir.

18        Q.    And in those last five years did you

19   make that known to your bosses?

20        A.    Yes, sir.

21        Q.    How many people were you

22   understaffed in the Maintenance Department?

23        A.    My manpower's down over 20 percent

24   since I started 13 years ago.

25        Q.    Okay.  What's your total manpower,

```
 1              Eugene Netter, Jr.
 2    so we can access what that 20 percent means?
 3         A.    I started at over 35.  I'm down
 4    around 27.  Recently, in the last two weeks, I've
 5    been allowed to rehire, and I've been attempting
 6    to do so.
 7         Q.    Now, how long have you been down
 8    20 percent?
 9         A.    Probably seven years.
10         Q.    What's the general makeup of those
11    27 employees that you have working underneath
12    you?
13         A.    My Department's divided into three
14    primary groups.  We do plant maintenance.  We do
15    pump station operations and maintenance.  And we
16    do collection system operation and maintenance.
17              I would say the majority of the
18    manpower is for plant maintenance and collection
19    system, and the lesser of the three would be pump
20    station operation and maintenance, just based on
21    numbers.
22         Q.    Okay.  And that's because you're
23    understaffed, so that the pump station operation
24    and maintenance is the lesser?
25         A.    We've tried to very aggressively
```

31

Eugene Netter, Jr.

1

2      cross train our personnel to make sure we have

3      the ability to fill in blanks where necessary.

4      Currently my -- my lesser of the three groups is

5      the collection system operation and maintenance.

6              Q.    Okay.  That's currently?

7              A.    Currently.

8              Q.    But over the past seven years, where

9      you were understaffed, pump station operations

10     and maintenance was the lesser of the three?

11             A.    No.  It's always, just by the nature

12     of the makeup of the Department, if you were to

13     look at those three groups, you're probably 35,

14     35, 30 percent, if you will.  So it's not a

15     significant decrease.

16             Q.    But you said across the board you

17     were down 20 percent?

18             A.    Yes, sir.

19             Q.    And you tried cross training the

20     employees so that they could do all tasks;

21     correct?

22             A.    At least where possible, yes, sir.

23             Q.    Okay.  Do you agree that when you're

24     understaffed that if there's a sewer overflow or

25     a number of sewer overflows, that response time

32

1                    Eugene Netter, Jr.

2    and ability to address those sewer overflows

3    would be impacted by staffing?

4         A.    Yes, I would agree with that.

5         Q.    Have you reviewed the Complaint in

6    this case?

7         A.    No, I have not.

8         Q.    You never saw the Complaint with the

9    allegations?

10        A.    Not the physical Complaint, no, sir.

11        Q.    Have you ever discussed with anyone

12   what the allegations are in this case?

13        A.    Yes, sir.

14        Q.    Who did you discuss those

15   allegations with?

16        A.    Michael Carey, Counsel.

17        Q.    Other than Michael Carey, have you

18   had any discussions with anyone about the

19   allegations in this Complaint?

20        A.    No, sir.

21        Q.    What's your general understanding as

22   to the allegations in this Complaint?

23        A.    My general understanding is the

24   Borough of Upper Saddle River, New Jersey has a

25   Complaint against the Sewer District for I  -- I

33

|   |   |
|---|---|
| 1 | Eugene Netter, Jr. |
| 2 | would assume excessive overflow of sewage |
| 3 | affecting the -- the area of Upper Saddle River, |
| 4 | New Jersey. |
| 5 | Q.   And the waterway being the Saddle |
| 6 | River that flows from the locations of the Saddle |
| 7 | River Pump Station down into Upper Saddle River? |
| 8 | A.   Yes, sir, I would agree with that. |
| 9 | Q.   All right.  Are you familiar with |
| 10 | the Consent Decree in this case? |
| 11 | A.   I'm familiar with it, yes. |
| 12 | Q.   Have you ever seen the Consent |
| 13 | Decree in this case? |
| 14 | A.   Yes, I have. |
| 15 | Q.   Were you involved in arriving at the |
| 16 | final terms of the Consent Decree? |
| 17 | A.   No, sir, not directly. |
| 18 | Q.   How were you involved in it then? |
| 19 | A.   I have provided information, data, |
| 20 | to my supervisor, in which I could tell from the |
| 21 | Consent Decree was obviously used in that |
| 22 | negotiation. |
| 23 | Q.   Do you know when the pumps were, new |
| 24 | pumps were, put in at the Saddle River Pump |
| 25 | Station? |

34

1                       Eugene Netter, Jr.

2          A.    I want to say fall of '07.

3          Q.    Do you know if sanitary sewer

4    overflows have continued to occur at the Saddle

5    River Pump Station after the new pumps were put

6    in?

7          A.    I believe we've had one since.  I'd

8    have to check my records.  I don't recall.  But I

9    believe we have.

10         Q.    So your recollection is only one?

11         A.    Yes, sir.

12         Q.    Showing you what's already been

13   marked at a prior deposition as Plaintiffs'

14   Exhibit 16.  It's been identified as Spills 2008

15   File.  And I'm directing your attention

16   specifically to Bates stamp page PLDW 00175, and

17   ask you to take a look at that.

18               (Document submitted.)

19         A.    Yes, sir.

20         Q.    Okay.  That indicates that there was

21   a overflow, sanitary sewer overflow, at the

22   Saddle River Pump Station?

23         A.    Yes, it does.

24         Q.    And it's dated March 5th, 2008?

25         A.    Yes, sir.

35

1                    Eugene Netter, Jr.

2         Q.   And that was after the pumps were

3    put in, --

4         A.   Yes, --

5         Q.   -- the new pumps?

6         A.   -- I believe so.

7         Q.   That's one; right?

8              And that's a few months after the

9    new pumps were put in; right?

10        A.   Yes, sir.

11        Q.   And this is a report from you to

12   Dianne Philipps; right?

13        A.   Yes, sir.

14        Q.   Okay.  I'm going to ask you to turn

15   to 197.

16        A.   Yes, sir.

17        Q.   This is a report from September 6th

18   and 7th spills in 2008?

19        A.   Yes, sir.

20        Q.   Okay.  And this is a report from you

21   to Dianne Philipps; right?

22        A.   Yes, sir.

23        Q.   And it lists the Saddle River Pump

24   Station, 754 Saddle River Road?

25        A.   Yes, sir.

36

1                     Eugene Netter, Jr.

2          Q.   And it's another spill?  This one's

3    15,000 gallons?

4          A.   Yes, sir.

5          Q.   And so that's a second spill since

6    then?

7          A.   Yes.

8          Q.   Does that refresh your recollection

9    that there's been more than one?

10         A.   Yes, sir.

11         Q.   And we can continue to go through

12   these, if you'd like.

13              Let's go to Bates stamp number, this

14   is Plaintiffs' Exhibit Number 18, Bates stamp

15   number 206.

16              This is, again, Saddle River Pump

17   Station; --

18         A.   Yes, sir.

19         Q.   -- correct?

20              This is a report from you to Dianne

21   Philipps?

22         A.   Yes, sir.

23         Q.   Okay.  And this is, again, after the

24   new pump had been put in; right?

25         A.   Yes, sir.

37

```
 1                    Eugene Netter, Jr.
 2          Q.    Okay.  And here it shows 78,000
 3   gallons of sewage overflowed during that event?
 4          A.    Yes, sir.
 5          Q.    And it says that it reached the
 6   Saddle River; right?
 7          A.    Yes, sir.
 8          Q.    And, again, this was now at least a
 9   third event that occurred after --
10          A.    Yes, sir.
11          Q.    -- the pump had been put in?
12                You wouldn't dispute these reports
13   that would indicate subsequent spills after the
14   pumps were put in; would you?
15          A.    No, sir.
16          Q.    In fact, these are reports that were
17   created by you, for the most part?
18          A.    Yes, sir.
19          Q.    And you wouldn't dispute the
20   representations about the estimates of the
21   gallons from the Rockland County Sewer District;
22   would you?
23          A.    No, sir.
24          Q.    Would you agree that putting in the
25   new pumps have not addressed the issues of the
```

38

1                     Eugene Netter, Jr.

2    sanitary sewer overflows in the Saddle River Pump

3    Station?

4            A.    Yes, I agree.

5            Q.    Mr. Yetter, would you also agree

6    that in a dry weather event the sanitary sewer

7    overflow, the sewage is obviously less dilute;

8    correct?

9            A.    Yes, sir.

10           Q.    And meaning that there's a higher

11   concentration of sewage and pollutants in a dry

12   weather event?

13           A.    Yes, sir.

14           Q.    Okay.  So when that higher

15   concentration of pollutants reaches a water body,

16   it could have a greater environmental impact;

17   correct?

18           A.    Yes, it could.

19           Q.    Okay.  Do you know if the Sewer

20   District has the capacity to do water testing to

21   see the degree of pollutants that reaches a water

22   body?

23           A.    Yes, we do have a lab in-house.

24           Q.    And the person who is in charge of

25   that lab was a Mr. Hwang; is  that right?

39

1                    Eugene Netter, Jr.

2          A.    Fung.

3          Q.    Fung.  I'm sorry.  And how do you

4     spell that?

5          A.    F-U-N-G.

6          Q.    What is his title?

7          A.    We refer to him as a Lab Supervisor,

8     but I believe his Civil Service title was

9     Pollution Control Supervisor.

10         Q.    In the reports if there had been a

11    sample taken during either these dry weather or

12    wet weather events about the sewage that reached

13    the water body, would it be listed in the

14    reports?

15         A.    In the spill reports that I

16    generate --

17         Q.    Yes.

18         A.    -- as Director of Facilities?

19         Q.    Yes.

20         A.    No, sir.

21         Q.    Do you know if there are any lab

22    reports done of dry weather or wet weather spills

23    where samples were taken and tested?

24         A.    No, not to my knowledge.

25         Q.    Why not?  Why weren't samples taken?

40

1                    Eugene Netter, Jr.

2          A.    It's not part of our -- our normal

3      procedure.

4          Q.    Have you ever heard of any instances

5      where there have been SSOs that have resulted in

6      dead fish?

7          A.    Yes.

8          Q.    What events have you heard about

9      regarding dead fish as a result of SSOs?

10         A.    I recall quite a few years ago there

11     being an instance of a sewer overflow in the

12     collection system, where the overflow collected

13     in a pond and -- and it resulted in a fish kill

14     in that particular pond.  I don't recall the date

15     or the time of that incident.

16         Q.    Do you know where the pond was?

17         A.    No, sir.

18         Q.    Do you know of any other events

19     where it resulted in a fish kill?

20         A.    That's the only one I recall off the

21     top of my head.

22         Q.    Are you familiar with any SSOs that

23     have flowed into bodies of water that are used

24     for drinking water?

25         A.    Yes, sir.

41

1                  Eugene Netter, Jr.

2          Q.    How many times has that occurred?

3          A.    More than a few.

4          Q.    Meaning what?

5          A.    I don't have a number for you, sir.

6    I couldn't quantify that over my 13 years.

7          Q.    Well, as you sit here today, what

8    bodies of water that are used for drinking water

9    do you recall being effected as a result of an

10   SSO?

11         A.    The Hackensack River, in particular.

12         Q.    Who uses that for drinking water; do

13   you know?

14         A.    I believe part of Bergen County, New

15   Jersey.

16         Q.    How often has the Hackensack River

17   been affected as a result of an SSO?

18         A.    Probably any -- any time an overflow

19   occurred from the Jeffery Court, Sickletown Road

20   area, which would normally be any wet weather

21   event of over two to three inches of rain over a

22   short period of time.

23         Q.    And do you know if the Jeffrey

24   Court, is it also Strawtown Road?

25         A.    Yes, sir.

45

1                    Eugene Netter, Jr.

2          A.    Yes, sir.

3          Q.    Are you familiar with Manhole 10019,

4    in the Airmont area?

5          A.    In the Airmont area?

6          Q.    Well, at the beginning of the Ramapo

7    Interceptor.

8          A.    Yes, sir.

9          Q.    Okay.  Are you familiar with,  and I

10   believe it's been previously marked by Dianne

11   Philipps, as to where approximately the

12   Manhole 10019 is located?

13         A.    Yes, sir.

14         Q.    All right.  And do you know that to

15   be previously identified as a problematic area?

16         A.    Yes, sir.

17         Q.    What do you understand --  why was

18   that, from your understanding, identified as a

19   problematic area?

20         A.    It's actually a low section of that

21   particular line, and there have been times in wet

22   weather, again, where sewage has overflowed from

23   that particular manhole and into the area.

24         Q.    Have you ever spoken with a David

25   Schneider?

46

1                    Eugene Netter, Jr.

2          A.    The name does ring a bell, sir.

3          Q.    A neighbor who lives next to

4    Manhole 10019?

5          A.    Okay.

6          Q.    Have you ever spoken to him?

7          A.    Yes, sir.

8          Q.    What did you speak to him about?

9          A.    Odor complaints, normally.

10         Q.    How many odor complaints has he made

11   about Manhole 10019; if you know?

12         A.    Usually several a year.

13         Q.    Do you know if he's still making

14   odor complaints?

15         A.    Not this time of year.

16         Q.    In the spring is he making

17   complaints about odor?

18         A.    I can't predict, sir, but he has in

19   the past.

20         Q.    And is that typically when there's a

21   greater number of complaints because of the

22   increase of rainfall and then also thawing of the

23   snow?

24         A.    No, it tends to occur during dry

25   weather.

52

1                    Eugene Netter, Jr.

2         A.    They monitor in particular the

3    Hudson River in our area for elicit and illegal

4    discharges.

5         Q.    Have you ever had any discussions

6    with the New Jersey DEP?

7         A.    Not relating to this issue, no.

8         Q.    Do you know if they're supposed to

9    be notified when there's sewer spills that occur

10   in New York and flow down into New Jersey?

11        A.    Yes.

12        Q.    They are supposed to be; right?

13        A.    Yes, sir, they are.   That's part of

14   our procedure.

15        Q.    So if they weren't notified, your

16   procedure would have been violated or not

17   followed?

18        A.    Yes, sir.

19        Q.    Whose obligation is it to notify

20   certain agencies when there's a sanitary sewer

21   overflow?

22        A.    The division there, depending on the

23   time of day of the occurrence and day of week,

24   during normal work hours, during the day, it

25   would either be myself or my assistant, Josh

53

1                    Eugene Netter, Jr.

2    Thomas.

3            During off shift hours or weekends,

4    holidays, that would be done by the operations

5    staff, normally the shift operator or his

6    designee, the assistant shift operator.

7        Q.    Are you familiar with rag buildup at

8    the Saddle River Pump Station?

9        A.    Yes, sir.

10       Q.    And can you just explain how rags

11   get built up at certain pump stations?

12       A.    One of the biggest challenges you

13   have in wastewater is you can't control what

14   people flush down the toilet, as such the more

15   common current tend in society to use these --

16   these disposable wipes, your Clorox Wipes, baby

17   wipes, diaper wipes, which are excellent for the

18   job they're intended, often, for whatever reason,

19   get flushed down the toilet, and they're not

20   biodegradeable.  As they move down the collection

21   system, it will collect, they will form balls,

22   and, obviously, in large enough quantity, with

23   low enough flow, they can cause blockages.

24            We, use at the Saddle River Pump

25   Station, a bar rack assembly, which is basically

54

1                     Eugene Netter, Jr.

2    a series of stainless steel rods in the sewage to

3    collect the rags and other debris that may

4    collect that maybe have the potential to cause

5    problems within the pumps themselves.

6              Q.    Okay.  And that bar rack assembly,

7    how often is it maintained?

8              A.    Daily.

9              Q.    Are there other mechanisms employed

10   in the industry that deal with rag buildup?

11             A.    Yes, sir.

12             Q.    Such as grinders?

13             A.    Yes, sir.

14             Q.    And some disintegrators, some kind

15   of chemicals that the are introduced to

16   disintegrate?

17             A.    I've never heard of those.

18             Q.    Well, the grinders, they would grind

19   up these balls; right, sir?

20             A.    Yes, sir.

21             Q.    And that would prevent the clogging

22   of the pumps; right?

23             A.    In theory, yes.

24             Q.    And the bar rack, it's cleaned

25   daily.

59

1                    Eugene Netter, Jr.

2          A.    The existing station couldn't

3    hand -- does not have the physical space for a

4    additional pump.

5          Q.    How about Twin Lakes?  Why is there

6    only three pumps at Twin Lakes?

7          A.    Because the existing facility has no

8    space for an additional pump.

9          Q.    Has there ever been any discussions

10   about diverting the flow from the Saddle River

11   Pump Station to avoid sanitary sewer overflows?

12         A.    Not -- not in any serious degree,

13   no.

14         Q.    Why not?

15         A.    I honestly don't know.

16         Q.    Is that something·that can be done

17   to divert the flow away from the Saddle River

18   Pump Station, to avoid sanitary sewer overflows

19   in wet weather events?

20         A.    Can it be done?  Sure.  I guess

21   anything can be done, sir.  I'm not sure about

22   the hydraulics of the other collection parts of

23   the collection system, where the sewage would end

24   up.

25              Are we simply moving a problem?  And

60

1                    Eugene Netter, Jr.

2    that would have to be analyzed and looked at.

3    It's a -- a much more intricate and complicated

4    than just saying, move it over there.

5            Q.    No, right.  I understand that.  And

6    you're also talking about on the western part of

7    Ramapo there's a new treatment facility that was

8    just build, a multi million dollar treatment

9    facility; correct?

10           A.    Yes, sir.

11           Q.    Some $47 million was allocated to

12   building this facility; if you know?

13           A.    I don't know.

14           Q.    All right.  Does that number sound

15   to be high?

16           A.    No, sir.

17           Q.    Do you know if that facility is

18   fully running?

19           A.    It's my understanding it's in

20   service at this time.

21           Q.    Okay.  I think the number I had,

22   based on prior depositions, was 47.3 million.

23                 You wouldn't contest that number;

24   would you?

25           A.    I honestly don't know.  I'm not in a

61

                    Eugene Netter, Jr.

1  position to confirm or deny.

2         Q.    You're not involved in the budgeting

3  for build outs; are you?

4         A.    No, not for proposed.  (Indicating).

5         Q.    Now, as far as capacity issues at

6  the Saddle River Pump Station, did there come a

7  time where there were capacity issues at the

8  Saddle River Pump Station?

9         A.    During wet weather events.

10         Q.    And that there's still capacity

11  issues at the Saddle River Pump Station during

12  wet weather events; correct?

13         A.    Yes, I'd have to agree with that.

14         Q.    So during wet weather events the

15  Saddle River Pump Station will likely still

16  overflow; correct?

17         A.    Under certain conditions, yes.

18         Q.    Let's get back to the maintenance of

19  the bar racks.  Tell me what a maintenance

20  worker, he goes in, he looks at the bar rack --

21  it's kind of like a screen; right?

22         A.    No, it's only one direction.

23  They're thick bars.  They're approximately three

24  quarters of an inch wide, by an inch and a

62

```
 1                    Eugene Netter, Jr.
 2    half --
 3          Q.   So it's more like a prison --
 4          A.   Long.
 5               THE COURT REPORTER:   Hang on.
 6          Q.   Let me just go through that one
 7    instruction.  I forgot to give you this one
 8    instruction, that she can only take down one
 9    person at a time.  So I have a tendency to get
10    into a conversation.  If you could just let me
11    finish my question, so that she can get the
12    answer and it's not broken up.
13          A.   Yes, sir.
14          Q.   Thank you.
15               So more like a prison cell than a
16    screen?
17          A.   Yes, sir.
18          Q.   All right.  And those bars, is that
19    designed so that they won't clog up there; if you
20    know?
21               Well, the bar rack is designed to
22    catch some of the bigger rags; right?
23          A.   Yes, sir.
24          Q.   But the smaller rags will get
25    through; right?
```

63

Eugene Netter, Jr.

1

2          A.    Yes, quite possibly.

3          Q.    All right.  Has there ever been any

4     study done as to whether different bar racks can

5     be put in to prevent the inflow of smaller rags

6     down to the pumps?

7          A.    Not to my knowledge.

8          Q.    Is there anything in the industry

9     that would allow for that?

10         A.    There are other devices, not

11    necessarily bar racks, that are available, that

12    may do a better job of removing rags.

13         Q.    Such as grinders?

14         A.    Yes, sir.

15         Q.    Was there ever anything done or any

16    studies done, as far as you know, as to the

17    installation of grinders in the location of the

18    Saddle River Pump Station?

19         A.    I believe there was.

20         Q.    And what was the result of that

21    study?

22         A.    I believe it's in draft form, and

23    it's in the engineering group, as far as I know.

24         Q.    Now, by draft form, does you mean

25    that it was studied and the engineers thought

64

1                      Eugene Netter, Jr.

2     that perhaps it would be a good idea to include

3     grinders to address the issues of the buildup

4     there?

5              A.    Yes, sir.

6              Q.    Do you know who did that draft form

7     engineering report?

8              A.    I believe it was James Hwang,

9     H-W-A-N-G.

10    ***

11                   MR. BURKE:    Okay.  I'm going to

12             call for production of that draft report,

13             Michael.

14             Q.    Do you know what the title of that

15    draft report is?

16             A.    I don't recall.

17             Q.    James Hwang is with the Sewer

18    District; right?

19             A.    Yes, sir.

20             Q.    So this wasn't something that was

21    contracted out; right?

22             A.    Not to my knowledge, no.

23             Q.    What is his title?

24             A.    Engineer three.

25             Q.    Do you know a Mr. Findrella(ph).

65

1                    Eugene Netter, Jr.

2               Am I pronouncing his name right?

3       Joseph, another engineer at the Sewer District?

4       Joseph LaFinatre(ph)?

5               A.    LaFiandra, yes.

6               Q.    Fiandra.

7               A.    Yes, I do know a Joseph LaFiandra.

8               Q.    Is he still with the Sewer District?

9               A.    Yes, he is.

10              Q.    What's his job duties?

11              A.    I'm really not sure.  He's not under

12      my charge.  In general as an Engineer Two he

13      would do some construction management, resident

14      inspection type work.

15              Q.    Is he concerned with changing in

16      zoning as to capacity issues on the sewer system?

17              A.    He may do subdivision review for the

18      Sewer District for -- for primary design plats,

19      but I'm really not sure.

20              Q.    And if there's a change in zoning

21      that would call for the allowance of more high

22      density housing, that would be something under

23      his charge; is that a fair statement?

24              A.    He would review it.  I'm not sure if

25      the proposed change in zoning would go to an

66

1               Eugene Netter, Jr.

2    Engineer Two.  That might be handled at a higher

3    level.

4          Q.   Like who?

5          A.   Dianne would decide, Ms. Philipps.

6          Q.   Have you seen this draft report by

7    Mr. Hwang?

8          A.   Yes, I have.

9          Q.   What does it say in the report?

10         A.   I don't recall.  It's been quite

11   some time.

12         Q.   Do you know when it was first

13   drafted?

14         A.   No, sir.

15         Q.   Was it within the last four or five

16   years?

17         A.   Yes.

18         Q.   Okay.  Can you approximately recall

19   how long ago it was that you saw this draft

20   report?

21         A.   Maybe two or three years.

22         Q.   And it's still in draft form?

23         A.   To the best of my knowledge.

24         Q.   These grinders, what would it take

25   to replace or to install grinders at the Saddle

67

1                     Eugene Netter, Jr.

2    River Pump Station?

3         A.    I'm not sure that was the best

4    option, which is why it's probably still in draft

5    form.

6              The configuration of the current

7    pump station is not conducive to a simple drop in

8    of a grinder, other modifications are required.

9    I do recall mentioning that part to James, and

10   I'm not sure where it went from there.

11        Q.    Okay.

12        A.    Whether he was asked to look at

13   other options, I'm not sure.

14        Q.    If it only required dropping in a

15   grinder, what would that take by way of

16   changing -- and didn't need any change in

17   configuration, if it was allowable to just put in

18   a grinder?

19        A.    Hypothetically?

20        Q.    Yes.

21        A.    Depending on the actual grinder

22   chosen and how drop in, drop in (indicating) is

23   in the wastewater industry, you'd have to create

24   a channel to drop the grinder in, you'd need a

25   power supply for that grinder, for that

68

1                    Eugene Netter, Jr.

2    environment, a control mechanism for it, control

3    wiring for that device, as well as a control

4    mechanism.

5                    It's a project that probably could

6    have been done in-house at some point in time,

7    but logistics are such that it would have to be

8    done by an outside contractor, in my opinion.

9            Q.    During your time as an engineer at

10   Rockland County Sewer District have there ever

11   been contracts or in-house projects where

12   grinders were installed?

13           A.    No, sir.

14           Q.    How about when you were at

15   Westchester?

16           A.    No, sir.  Different scope of work at

17   Westchester.

18           Q.    So you hadn't been working with a

19   sewer system in Westchester?

20           A.    No, sir.

21           Q.    Are you able to estimate what it

22   would cost to put in a grinder at the Saddle

23   River Pump Station?

24           A.    No, sir.

25           Q.    Are you ever called upon to provide

1                    Eugene Netter, Jr.

2    estimates for projects?

3          A.    Not normally on new construction.

4          Q.    I'm sorry?

5          A.    Normally not new construction

6    projects.

7          Q.    Would this be considered a new

8    construction project?

9          A.    Yes, sir.

10         Q.    So you're called upon to estimate

11   for maintenance projects?

12         A.    Yes, sir.

13         Q.    And that's something that you do

14   regularly; right?

15         A.    Yes, sir.

16         Q.    Have you ever been called upon to

17   estimate for maintenance projects at the Saddle

18   River Pump Station?

19         A.    Yes, sir.

20         Q.    And what, as you sit here today,

21   what estimates do you recall being asked for, for

22   maintenance to the Saddle River Pump Station?

23         A.    I've work with vendors and

24   consultants to estimate rebuilding motors,

25   rebuilding pumps, sump pump control panels.

1             Eugene Netter, Jr.

2             In general, if it's existing

3    equipment, replacing of existing equipment is

4    what maintenance does; either repairs or replace

5    as necessary, with either newer designs of

6    existing or existing if it's still available.

7             If it's a new design desired by the

8    District or recommended by myself even, usually

9    engineering people will get involved and they'll

10   decide whether to do it in-house or contract it

11   out  to a consulting engineering firm, depending

12   on the scope and breath.

13        Q.    The replacement of the pumps at the

14   Saddle River Pump Station, they were replaced

15   with the same exact pump that was previously

16   there; right?

17        A.    I believe they were.

18        Q.    And that's the Cornell pump?

19        A.    Yes, sir.

20        Q.    Same, obviously, make and model?

21        A.    I believe so, yes, or the current

22   version of the existing pump, yes.

23        Q.    Correct.  And that was the same

24   pumps that had previously worn down and were

25   failing; correct?

74

1                    Eugene Netter, Jr.

2  the Saddle River Pump Station?

3          A.    Hackensack is a six pump pump

4  station, with, I believe, lower head requirements

5  and higher volume requirements.

6          Q.    Lower head requirements, meaning

7  what?

8          A.    In the discharge pressure is less

9  than the Saddle River Pump Station.

10         Q.    Okay.  But it has a higher flow?

11         A.    I believe so.

12         Q.    And you said there's six pump there,

13 as opposed to the three that are at the Saddle

14 River Pump Station?

15         A.    Yes, sir.

16         Q.    What was the year you started at the

17 Rockland County Sewer District?

18         A.    January  '98.

19         Q.    After a dry sanitary sewer overflow

20 that reaches a water body, what, if anything,

21 does the maintenance do to cleanup?

22         A.    We'll inspect the area.  We'll

23 collect any visible solids from the area.  Rake

24 out grass, re level ground, if necessary.  If

25 there's been any erosion, fill in the erosion.

75

1              Eugene Netter, Jr.

2   And normally dispense a small quantity of powder

3   lime.

4         Q.    What does the lime serve to do?

5         A.    It mitigates the odors in

6   particular.  It will act as a disinfectant of the

7   high pH quantity -- high pH.

8         Q.    So it's really more to address the

9   odor issues; right?

10        A.    I believe so, yes.

11        Q.    Have you been out to the Saddle

12  River Pump Station and Manhole 10172 and 74?

13        A.    At some point in time, yes.

14        Q.    How often have you been there?

15        A.    Not very.

16        Q.    By not very, more than five?

17        A.    Over my time, yes, probably.

18        Q.    I'm going to show you what's been

19  marked as Plaintiffs' Exhibit 5 at a prior

20  deposition, and ask you to take a look at it.

21              (Document submitted.)

22        Q.    Have you had an opportunity to look

23  at Plaintiffs' Exhibit 5?

24        A.    Yes, sir.

25        Q.    Okay.  Do you recognize what's

```
 1                    Eugene Netter, Jr.
 2   depicted in Plaintiffs' Exhibit 5?
 3        A.   Yes, I do.
 4        Q.   Is that the Saddle River Swim Club
 5   near the Saddle River Pump Station and a manhole
 6   located near the fence of the Saddle River Swim
 7   Club?
 8        A.   Yes, it is.
 9        Q.   If you know, do you know what
10   manhole number that is?
11        A.   No, I don't.
12        Q.   Okay.  What kind of manhole is that?
13   And we're looking at Page 1477.
14        A.   This is a manhole that was modified
15   many years ago.  I'm really not sure when.  It
16   was conveyed to me anecdotally as modified
17   years and years ago in any effort to preclude
18   backups from wet weather in the line into Saddle
19   River Pump Station, in an effort to stop backups
20   going into the Swim and Tennis Club.  This was
21   designed as an overflow to overflow out this
22   manhole, rather than flooding the Swim and Tennis
23   Club.
24             It has since been redesigned, so as
25   to not have that feature of ability to overflow.
```

77

1              Eugene Netter, Jr.

2         Q.    Okay.  Well, your understanding is

3    that that manhole, which is adjacent to the

4    property of the Saddle River Swim Club, was

5    designed or modified to prevent overflow into the

6    Swim Club?

7         A.    That's my understanding.

8         Q.    What was done to change the

9    modification to prevent the overflow into the

10   Swim Club?

11        A.    This configuration you see here,

12   what was the modification, the addition of a wall

13   and a plate and almost designed to act as a check

14   valve, so as to allow sewage to come out this

15   location,  but rather than flood the front of the

16   Swim and Tennis Club.

17        Q.    Okay.  So there's another manhole

18   further up --

19        A.    Yes, sir.

20        Q.    -- in the parking lot?

21        A.    Yes, sir, between this one and the

22   Saddle River Pump Station.  Actually, two.

23        Q.    Okay.  And this serves, as you said,

24   a check valve to basically relieve the overflow

25   of those other two manholes?

78

1                  Eugene Netter, Jr.

2         A.   Yes, sir.

3         Q.   And, in fact, it would then -- do

4    you know when that was done, when that was

5    changed?

6         A.   No, sir.  Long before me.

7         Q.   Okay.

8         A.   My understanding is that overflow

9    ability by design was taken out of service around

10   the time I started, although, obviously, there is

11   evidence that it has overflowed from this area,

12   but that design ability to overflow was taken out

13   of -- out of service.

14        Q.   What does that mean?

15        A.   I honestly don't know.  That's the

16   way it was described to me.  It was designed --

17   it was modified in such a way so as to allow

18   sewage to overflow from this location, to prevent

19   sewage from overflowing further downstream.

20        Q.   But downstream, you're not talking

21   downstream from the Saddle River, it's actually

22   further away from the tributary to the Saddle

23   River or the Saddle River itself; right?

24        A.   Yes, sir.

25        Q.   So that by designing this, it would

79

1                    Eugene Netter, Jr.

2    cause the overflow to occur and flow down into

3    the river itself; correct?

4            A.    Yes, sir.

5            Q.    As opposed to the parking lot?

6            A.    Yes, sir.

7            Q.    Do you know who made that design

8    change?

9            A.    No, sir.

10           Q.    And, in fact, that design change is

11   causing the overflows to occur here, as opposed

12   to the other location; right?

13           A.    The other location still overflows.

14           Q.    So they both overflow?

15           A.    Yes, sir.

16           Q.    So that design change didn't address

17   anything?

18           A.    No, sir.

19           Q.    Now, you mentioned that it's

20   being -- there's been since a further

21   modification done in that area.

22                 Are you familiar with a lawsuit that

23   the Swim Club brought against the Sewer District?

24           A.    No, sir.

25           Q.    All right.  You were never informed

80

1                    Eugene Netter, Jr.

2    that the Swim Club also brought an action against

3    the Sewer District?

4         A.    No, sir.

5         Q.    Or threatened litigation against the

6    Sewer District?

7         A.    I believe they've been threatening

8    for years.  I didn't realize they brought

9    litigation.

10        Q.    And what was the basis of their

11   threats for years, as far as you know?

12        A.    The drains, the floor drains, in

13   their locker rooms and their -- their rest

14   facilities would overflow when the line in

15   question would backup.  (Indicating).

16        Q.    Okay.  And also when -- do you know

17   if when this manhole overflows, if that would

18   overflow onto their property as well?

19        A.    If I remember the topography, it

20   would not, but I could be mistaken.  I recall

21   there was a berm in that area, but that may be

22   further down.

23        Q.    Do you know if there's since been a

24   berm that's been put in because of the fact that

25   there's been overflows into their property?

81

1                        Eugene Netter, Jr.

2            A.    Our engineering group is responsible

3     for redoing this manhole.  I was told the job was

4     done some time ago.  That could have included

5     adding a berm.

6            Q.    And some time ago, can you quantify

7     that or --

8            A.    No, sir.

9            Q.    Since you've been there have there

10    been any modifications to that manhole that's

11    adjacent to the Swim Club?

12           A.    Which is that manhole, the one --

13           Q.    The one I just showed.

14           A.    -- depicted.

15           Q.    Yes, with the metal cover.

16           A.    Yes, I believe that was redone by

17    our engineering group, to add a watertight cover

18    and raise that particular manhole.

19           Q.    And the watertight cover would then

20    attempt to prevent it from blowing?

21           A.    Yes.

22           Q.    So when it did blow, that had to be

23    pretty good pressure to blow that watertight

24    cover?

25           A.    Yes, sir.

82

                    Eugene Netter, Jr.

1

2          Q.    What would the amount of pressure be

3    needed to blow a watertight cover that like?

4          A.    I don't know.

5          Q.    And you agree that that cover has

6    continued to blow and overflow has continued to

7    flow down into the Saddle River; right?

8          A.    Yes, sir.

9          Q.    Both during dry events and wet

10   weather events?

11         A.    Whenever the Saddle River Pump

12   Station either can't keep up with the flow or

13   fails.

14         Q.    This is --

15         A.    To keep up with the flow.

16         Q.    This is where --

17         A.    That's one location, yes.

18         Q.    Where the spill would come out?

19         A.    Yes, sir.

20         Q.    So it's either a higher contraction

21   of raw sewage by gallons coming out here or lower

22   concentration, but perhaps greater volume, during

23   a wet weather event; correct?

24         A.    Could very well be, yes.

25         Q.    I'm going to show you what's been

83

1                    Eugene Netter, Jr.

2    previously marked as Plaintiffs' Exhibit 13,

3    photos from March 5th, 2008.

4              (Document submitted.)

5         Q.    Showing you what's been marked as

6    Plaintiffs' Exhibit 13.  Ask you to take a look

7    at that.

8         A.    Okay.

9         Q.    Okay.  And Plaintiffs' Exhibit 13

10   that shows, again, the manholes near the Saddle

11   River Pump Station?

12        A.    Yes, sir.

13        Q.    Okay.  And it also shows that these

14   are pictures that appear after a spill occurred;

15   is that fair to say?

16        A.    Yes, sir.

17        Q.    And it shows debris and a trail of

18   debris heading down towards the River, the Saddle

19   River; is that correct?

20        A.    Yes, sir.

21        Q.    And the debris contains what we were

22   discussing before as rags; is that right?

23        A.    Yes, sir.  That's the common term in

24   the industry.

25        Q.    And the rags are the buildup of

84

1                     Eugene Netter, Jr.

2    toilet products?

3         A.   Yes, sir.

4         Q.   Including some of the products that

5    you said are non-biodegradeable that now you find

6    in the system; correct?

7         A.   Yes, sir.

8         Q.   Do you know if there's any kind of

9    educational programs that the Sewer District

10   utilizes to address non-flushable items?

11        A.   No, sir, I don't.

12        Q.   Do you know if there's any

13   educational program that the Sewer District

14   employs as to restaurants for grease buildup?

15        A.   Yes, we do.

16        Q.   What do you do in that regard?

17        A.   Our Industrial Pretreatment

18   Coordinator, who is responsible for industrial

19   pretreatment IPP program, issues permits I

20   believe to users who -- who are -- commercial

21   users of the collection system.  Several of them,

22   if not most of the users, who fall in that

23   category are required to have their waste stream

24   sampled on a regular basis, be it monthly,

25   quarterly or semiannually.

90

1                    Eugene Netter, Jr.

2          A.    Yes, sir.

3          Q.    How many positions are you going to

4    be filling in the next few months?

5          A.    Last week I filled three.  That's

6    the first hire for us in over three years.

7          Q.    Three full-time maintenance?

8          A.    Two maintenance helpers and one

9    storekeeper.

10         Q.    What's a storekeeper do?

11         A.    We have, obviously, an inventory of

12   parts and materials to support our operations.

13   The storekeeper is responsible for maintaining

14   that inventory, reordering, if necessary.

15         Q.    Do you know if the DEC, during the

16   Consent Decree review, ever admonished the Sewer

17   District that they're understaffed and should

18   make every effort to increase their staffing?

19         A.    I believe they did.

20         Q.    And then ultimately the County paid

21   heed to that admonishment?

22         A.    It seems the County's in the process

23   of paying heed to that admonishment.

24         Q.    The storekeeper, he's in charge of,

25   you said, parts inventory, for the most part?

93

Eugene Netter, Jr.

1

2    A.   No, sir.

3    Q.   Renaldo Rivera?

4    A.   Arnoldo Rivera.

5    Q.   Okay.  I'm sorry.  I beg your

6 pardon.

7    Who was his predecessor?

8    A.   His last full-time predecessor was

9 Ricardo.  I forget his last name.

10    Q.   When was he last with the Sewer

11 District?

12    A.   At least two years.

13    Q.   When there's a sanitary sewer

14 overflow occurring, let's deal first with a dry

15 weather sanitary sewer overflow, what, if

16 anything, can be done to try to divert the flow

17 to minimize the impact of the overflow?

18    A.   To divert the flow?

19    Q.   Yes.  So, for example, if there's a

20 sanitary, a dry sanitary, sewer overflow

21 occurring at the Saddle River Pump Station, is

22 there anything that can be done in the system

23 during a dry event to divert the flow, so that

24 you could minimize the impact of that overflow in

25 that area?

94

1              Eugene Netter, Jr.

2        A.    No, sir.  Normally our -- our first

3    priority, if it's in the area of the Saddle River

4    Pump Station, is to determine the cause of the

5    overflow; be it blockage or mechanical failure,

6    and get pumps up and running.  That's the

7    quickest way to eliminate that particular

8    overflow.

9        Q.    So the quickest way is to get it

10   back on line to minimize the overflow?

11       A.    Yes, sir.

12       Q.    Now, as far as estimating -- it's

13   your guys that are out there during the overflow;

14   right?

15       A.    Yes, sir.

16       Q.    And they're the ones that are called

17   upon to do the estimates of the overflow; right?

18       A.    Yes, sir.

19       Q.    What methods do they employ to

20   determine the overflow?

21       A.    There was a study done sometime ago

22   by the City of San -- of San Diego.  And the

23   result of that study was some rather detailed

24   pictures of overflowing manholes at given flow

25   rates.  The guys, in essence, have a cheat sheet

95

1                    Eugene Netter, Jr.

2   with probably a dozen pictures of different sewer

3   flow rates coming out of a manhole, and they use

4   that as their estimating guide for gallons per

5   minute overflow.

6        Q.    And that cheat sheet, is that

7   something that each person carries with them, or

8   is it they're just generally familiar with the

9   pictures?

10       A.    It's in the truck.  Some are

11  familiar enough that they have a pretty good feel

12  at this point in time, fortunately or

13  unfortunately.

14       Q.    Right.

15       A.    We also cross check that data by

16  using flow meters at the pump stations, do some

17  data analysis to figure out how long it was down,

18  what the average flow was,  and use that to

19  determine what may have come out of the system.

20       Q.    Is there any testing that's done to

21  determine what the concentration of pollutants or

22  sewage is before it discharges from the pump

23  station in an overflow?

24       A.    No, sir.

25       Q.    This cheat sheet, it's just a series

107

1              Eugene Netter, Jr.

2    Number 2555.  It was produced in this litigation.

3              In this Exhibit 41 it references a

4    sanitary sewer overflow that occurred in and

5    around March 29th, 2010?

6          A.   Yes, it does.

7          Q.   And it talks about the Hackensack

8    River and sewage overflowing into the Hackensack

9    River?

10         A.   Yes, sir.

11         Q.   And it also talks about United Water

12   increasing the chlorination,  or being prepared

13   to increase the chlorination?

14         A.   No, sir, it refers to Nyack Water

15   Treatment.  Nyack using an interconnect with

16   United Water.

17         Q.   You're correct.  There's a Nyack

18   Water that's different from United Water?

19         A.   That's my understanding.

20         Q.   Do you know if Nyack increased the

21   chlorination because of this sanitary sewer

22   overflow?

23         A.   I don't know.

24         Q.   Have you ever been made aware of

25   other water companies that have had to increase

110

1                    Eugene Netter, Jr.

2          Q.    Agreed.

3          A.    To my knowledge, it's never been

4     used.

5          Q.    And, again, we don't know the or at

6     least the Sewer District is -- doesn't know the

7     extent of the pollutants that enter into a

8     waterway, because testing was never done?

9          A.    I'd have to agree with that, to a

10    agree.  I mean, a wastewater stream is  a

11    wastewater stream.  We know what the constituents

12    are that come into the plant.  That's sampled

13    when it gets to the plant.  To assume further

14    upstream what's coming into the plant is

15    significantly different I'm -- I'm not sure I can

16    make that type of statement.

17         Q.    But I'm talking about not a

18    wastewater stream that enters into a natural

19    water body, like the Saddle River.

20         A.    Yes, sir.

21         Q.    That's not a wastewater stream;

22    right?

23         A.    You're saying it came from the

24    collection system though.

25         Q.    Came from the collection system --

111

1                    Eugene Netter, Jr.

2          A.    Yes, sir.

3          Q.    -- and entered into the  Saddle

4    River.  The collection system being the pump

5    station that overflows.

6                Isn't that part of the collection

7    system?

8          A.    Yes, sir.

9          Q.    All right.  So coming from that pump

10   station that overflows, you don't know the level

11   of pollutants; do you?

12         A.    Other than what goes into the plant.

13         Q.    And that tells you what the level of

14   pollutants are?

15         A.    In that -- in whatever didn't

16   overflow, if you will.

17         Q.    Okay.  And that gives you levels of

18   dry weather and wet weather, as to the --

19         A.    I would --

20         Q.    -- toxicity?

21         A.    I would assume, yes.

22         Q.    When were you first made aware of

23   the Borough of Upper Saddle River's lawsuit?

24         A.    I want to say the Notice of Claim

25   was filed in 2007, but I'm not sure.  I don't

116

1             Eugene Netter, Jr.

2  sewer system mechanic two.  For all practical

3  purposes, the foreman for line operations.  He

4  would respond, if not to every overflow, nearly

5  every overflow.

6           Q.   Frank Nelson would?

7           A.   Yes.

8           Q.   When did he retire?

9           A.   November.

10          Q.   How long was he there?

11          A.   Thirty-six years,

12  thirty-seven years.

13          Q.   Did he, if you know, live in the

14  area, so that his response time would be quicker,

15  if it was on an emergency basis?

16          A.   I believe he's in Pearl River.

17          Q.   I'm just going to show you a few

18  photographs that have been previously marked as

19  Plaintiffs' Exhibit 15, marked 15  one through

20  35.  I show you just Plaintiffs' Exhibit 15, one.

21               MR. CAREY:  Do you want him to

22          review all the pictures?

23               MR. BURKE:  No, just first one.

24          A.   Sure.

25          Q.   Do you recognize where that location

117

                    Eugene Netter, Jr.

1                   is?

3          A.    Looks like Strawtown Road.

4          Q.    Where's Strawtown Road?

5          A.    Or --

6          Q.    Perhaps if you put it in better

7     context, if you look at a few of them.  Keep

8     going.

9          A.    This would be -- what is that, South

10    Monsey Road, in the area of New County Road, I

11    guess, is -- depending on which side of Christmas

12    Hill you're on.

13         Q.    And is that where there were -- is

14    that where the beginning of the Ramapo

15    Interceptor is, in that vicinity?

16         A.    Yeah, in that vicinity.

17         Q.    Okay.  Do you know if that's where

18    it's previously been identified as a problematic

19    area for overflows?

20         A.    Yes, sir.

21         Q.    And that there's been some

22    maintenance work that's been done in that area?

23         A.    No.  There's been some construction

24    work that's been done in that area.

25         Q.    The construction work where they put

121

1                  Eugene Netter, Jr.

2   flow,  that is there's two peaks to the flow

3   rate; once in the morning and once in the

4   evening.  This would be beginning to middle of

5   the evening diurnal peak.

6        Q.   All right.  And odor complaints

7   aren't considered emergency complaints that would

8   need to be immediately addressed; right?

9        A.   Not normally, no.

10       Q.   You also are familiar with there's

11   been overflow complaints in that location;

12   correct?

13       A.   Yes, sir.

14       Q.   Both dry weather and wet weather

15   overflows; if you know?

16       A.   I believe just wet weather.  I don't

17   recall dry weather overflows from this area.

18       Q.   Going back to the beginnings of

19   Plaintiffs' Exhibit 15.  Plaintiffs' Exhibit 15

20   two, that's just another picture of the Saddle

21   River Swim Club; correct?

22       A.   Yes, sir.

23       Q.   And it shows that water is actively

24   flowing out of that manhole; correct?

25       A.   Yes, sir.

131

1                    Eugene Netter, Jr.

2          A.    Or even operations, I believe.

3          Q.    Okay.  Do you know who the group is

4    that maintains and operates that facility?

5          A.    No, I don't.

6          Q.    Okay.  Do you know if there's been

7    any of the Rockland County Sewer District flow

8    that's been redirected to that facility?

9          A.    Yes, sir.

10         Q.    Where has that flow been redirected

11   from?

12         A.    From our Mahwah Pump Station, off of

13   Lake Road, Suffern.

14         Q.    Anywhere else?

15         A.    (Indicating).  As far as I know,

16   just Mahwah.

17         Q.    Okay.  Is it capable to have the

18   flow redirected from the Union Hill and

19   Montebello Pump Stations to the new West Ramapo

20   Wastewater Treatment Plant?

21         A.    Not with the current configuration,

22   not the current design, no.

23         Q.    Just so I can, Cherry Lane pumps to

24   Saddle River.

25                What pumps to Cherry Lane?

132

Eugene Netter, Jr.

1

2       A.    I believe Cherry Lane takes the

3  gravity from this sub basin here around the area

4  of the Cherry Lane Pump Station.  I believe

5  that's the way that works, that area.

6       Q.    Okay.  Have you ever been notified

7  of a large spill or overflows from the Cherry

8  Lane Pump Station?

9       A.    Yes.

10       Q.    And both dry weather and wet weather

11  overflows from the Cherry Lane Pump Station?

12       A.    Yes.

13       Q.    And are there -- is there a water

14  body near the Cherry Lane Pump Station, as well?

15       A.    There is a stream behind the Cherry

16  Lane Pump Station, which I believe is a tributary

17  to the Saddle River.

18       Q.    And, if you know, is there a Lake

19  Oratam that's not far from the Cherry Lane Pump

20  Station?

21       A.    I don't know.

22       Q.    But you do know that there's a

23  stream in that location, and if you're familiar

24  with the overflows that occurred at the Cherry

25  Lane Pump Station, has it been reported in the

133

1                      Eugene Netter, Jr.
2   spill reports that it has reached that tributary
3   to the Saddle River?
4          A.   If it -- if it is noted that it did,
5   then it would be noted in the report.
6          Q.   The Cherry Lane Pump Station, is
7   that the same configuration as the Twin Lakes and
8   the Saddle River Pump Station?
9          A.   Yes, sir.
10         Q.   Meaning that it's a three pump pump
11  station, two operational?
12         A.   Yes, sir.
13         Q.   How about the Pine Brook, same
14  configuration?
15         A.   Yes, sir.
16         Q.   Three pump station, two pumps?
17         A.   I believe so, yes.
18         Q.   South Pascack, same thing; three
19  pump stations?
20         A.   Yes, sir.
21         Q.   And these are all the dry wells?
22         A.   Dry well, wet well configuration,
23  yes.
24         Q.   Are those the only -- of your pump
25  stations, I was led to believe that there's, as