1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
BOROUGH OF UPPER SADDLE RIVER NEW JERSEY,
KAREN MILLER, ROY OSTROM, MARIA FLORIO
MARK RUFFOLO and LINDA McDONALD,
                        Plaintiffs,

            -against-                    07CIV0109


ROCKLAND COUNTY SEWER DISTRICT # 1,


                    Defendant.


---------------------------------------------x
                        October 3, 2012
                        40 Matthews Street
                        Goshen, New York
                        10:14 a.m.


            EXAMINATION BEFORE TRIAL OF EXPERT WITNESS
                    DR. BRUCE A. BELL
            Held in connection with the above captioned
            matter on the 3rd day of October 2012
            pursuant to notice held at the offices of
            Burke, Mile & Golden, LLP, Goshen, New York
            before a Notary Public of the State of
            New York.



                CUMMINGS REPORTING & VIDEO SERVICES
                        138 Main Street
                        Post Office Box 682
                    Goshen, New York 10924
                        (845) 294-6115


 ORIGINAL

2

A P P E A R A N C E S:

FOR PLAINTIFFS:
BURKE, MIELE & GOLDEN, ESQS.
40 Matthews Street
Suite 209
Goshen, New York 10924
BY: MICHAEL K. BURKE, ESQ.

FOR DEFENDANT:
THE LAW OFFICES OF PETER ADELMAN
95 Sixth Avenue
Brooklyn, New York  11217
BY: PETER ADELMAN, ESQ.

Robert J. Cummings, Jr.
Court Reporter

4

1

2              (Expert report of Bruce A. Bell marked Plaintiff's

3                      Exhibit 1 for identification.)

4

5    B-R-U-C-E    A.    B-E-L-L,    after first having been duly

6              sworn by Robert J. Cummings, Jr., a Notary Public

7              for the State of New York, was examined and

8              testified as follows:

9                    COURT REPORTER:  Would you please state your

10             name and address for the record?

11                   THE WITNESS:  Bruce A. Bell.  The business

12             address is 307 Museum Village Road, Monroe, New

13             York 10950.

14   EXAMINATION BY

15   MR. BURKE:

16        Q    Good morning, Doctor Bell.

17        A    Good morning.

18        Q    My name is Michael Burke.  I am the attorney

19   for the Borough of Upper Saddle River and the individual

20   plaintiffs.

21             As you know, you are here for a deposition

22   today as an expert witness on behalf of the Rockland County

23   Sewer District.  I am just going to go through some basic

24   ground rules for depositions.  I know you have been deposed

25   before, but I just want to make sure that we have an

5

1                           - BRUCE A. BELL -

2      understanding.

3                   First instruction is that all answers have to

4      be verbal.  You can't give head nods or shakes, otherwise

5      the reporter can't take down your response; do you

6      understand?

7           A     Yes.

8           Q     The other instruction is that if you answer

9      the question, it's assumed that you understood the question

10     as posed.

11                  If there is a pending question, please answer

12     it.  If you need to take a break at any time, that's fine,

13     just let me know, as long as the question that's been posed

14     has been answered; do you understand?

15          A     Fine.

16          Q     Doctor Bell, I know you prepared several

17     reports for this litigation.  The first report you prepared

18     was a July 23rd, 2012 expert report in response to the

19     borough's expert, Dennis Lindsay, correct?

20          A     Yes.

21          Q     I have had now previously marked as

22     Plaintiff's Exhibit 1 your expert report and in it you list

23     appendices that has your CV and your prior cases that you

24     have testified, correct?

25          A     Yes.

17

1                          - BRUCE A. BELL -
2    cross connection removal.  And I'm sure, because there
3    always is, a bunch of studies in there.
4         Q    Do you know if any of the remedies in that
5    case involved comminutors?
6         A    They do not.
7         Q    Do you know if that system used comminutors at
8    all?
9         A    I didn't get to every pump station in the
10   system, but I know they used them at the main treatment
11   plants, which is Milwaukee's treatment plant.
12        Q    So that I am using the terminology correct,
13   comminutors are like grinders, is that correct?
14        A    Yes.
15        Q    And they grind up what is known in the
16   industry as rags, is that right?
17        A    They will grind up rags, as used in the common
18   vernacular.  They won't grind up rags in the sense that
19   formation on a rotating element, the impeller of a pump or
20   mixers and tags and so forth.  Formally in the industry
21   they are either rags or mop heads, and what they are is
22   very fine pieces of paper, hair, and I think hair is
23   probably the most common binder in them.  The rotating
24   element picks them up and in a sense weaves them, so that
25   you wind up with something that looks like a rag wrapped

18

1                       - BRUCE A. BELL -

2      around the impeller, or looks like a mop head because it

3      will have strings hanging out of it.

4              A comminutor won't help at all with that

5      because it's already passed the comminutor and it's much

6      too small to be cut up by the comminutor.

7          Q    Okay.

8          A    On the other hand, a comminutor will chew up a

9      --

10         Q    A larger --

11         A    -- a shop rag.

12         Q    Before we jump back.  Just as to rags, rags

13     would include feminine products as well, correct?

14         A    They would include -- they would not pick up

15     an in tact feminine product, but they would pick up a

16     shredded feminine product.  It's a weaving action.

17         Q    Just taking it a step back as to what people

18     flush into their sanitary sewer system based on your years

19     of experience - people would flush down toilet paper,

20     correct?

21         A    Right.

22         Q    Obviously sewage?

23         A    Right.

24         Q    There would also be feminine products,

25     correct?

19

1                              - BRUCE A. BELL -

2              A    Yes.

3                   MR. ADELMAN:   Could I ask the witness to wait

4         a moment before you answer?  Give me a chance to

5         object, if necessary.

6                   THE WITNESS:  Sure.

7                   MR. ADELMAN:  Thank you.

8              Q    And the feminine products, some of them would

9    have plastic applicators, is that correct?

10             A    Yes.

11             Q    And then also some people would flush down

12   wipes, correct?

13             A    Yes.

14             Q    Flush down perhaps prophylactics?

15             A    Usually.

16             Q    And in prophylactics, I am talking about

17   condoms?

18             A    Yes.

19             Q    And then also people from time to time would

20   flush down pharmaceuticals, correct?

21             A    Yes.

22             Q    And all of these would enter into the waste

23   water treatment plant, correct?

24             A    Yes.

25             Q    And first they enter into the pipes, then make

20

1                          - BRUCE A. BELL -

2     their way into the treatment plant, hopefully, correct?

3              A     Yes.

4              Q     And if they don't make it to the treatment

5     plant, such as in this case, there could be sanitary sewer

6     overflows, correct?

7              A     Yes.

8              Q     And when these sanitary sewer overflows occur,

9     those materials that have been flushed down people's

10    toilets are exposed and can flow down into a river,

11    correct?

12                   MR. ADELMAN:  Objection to form.

13             A     With some caveats, it depends on the flow,

14    depends on how the overflow is occurring.  For example, if

15    it's coming out of the pick holes on a manhole, most of

16    those things wouldn't fit through it, so you wouldn't get

17    that out.  Whether the larger materials, like condoms, that

18    hang up easily on almost anything, plastic applicators

19    things of that nature, would actually make it to a river

20    would depend on the distance of the flow, the velocity of

21    the flow, the slope of the land.  It's possible.  It's

22    surely not a sure thing.

23             Q     You just went through a bunch of variables and

24    caveats.  If the point source is in close proximity to the

25    waterbody and there is a sanitary sewer overflow, there is

21

1                          - BRUCE A. BELL -

2     a greater possibility that what's contained in the sewer

3     system would reach the waterbody, correct?

4                    MR. ADELMAN:  Objection to form.

5           A    Not necessarily.  It depends on slope, it

6     depends on velocity of flow.  Distance is a factor, but not

7     the only factor.

8           Q    And so, again, velocity, you are also looking

9     at volume, the number of gallons that are coming out,

10    correct?

11          A    Not necessarily.

12          Q    You mentioned condoms hanging up on things, as

13    well as some of the other materials or products that are

14    flushed down the toilet.  By "hanging up on things" you are

15    talking about hanging up on grass, river beds, is that what

16    we are talking about here?

17          A    We are talking about hanging up on bushes,

18    grass, limbs, curbs, you know, trees, if it hits the trunk,

19    you know, whatever is in the way that stays still and it

20    can hang up on.

21          Q    And it can also hang up on rocks or twigs or

22    limbs in a river as well, correct?

23          A    If it gets there, yes.

24          Q    As to the condoms and other plastic

25    applicators, would you agree that those take a far longer

22

1                    - BRUCE A. BELL -

2    time to biodegrade?

3                MR. ADELMAN:  Objection to form.

4                MR. BURKE:  Let me rephrase that.

5        Q    Would you agree that condoms take a long time

6    to biodegrade?

7                MR. ADELMAN:  Objection to form.

8        A    Actually, condoms, I honestly don't know the

9    biodegradation rate of that material.

10       Q    Fair enough.  But they are not something that

11   degrade as quickly as, say, toilet paper, correct?

12       A    You know, I don't know about paper.  Paper

13   takes a long time to biodegrade.

14       Q    How about plastic?

15       A    Most of the plastics I'm aware of, other than

16   some of the new biodegradable plastics, they take a along

17   time to biodegrade.

18       Q    Can you quantity that I - how long it takes

19   for plastic to biodegrade?

20       A    It depends on the plastic composition and the

21   exposure to UV light.  They don't really biodegrade.  They

22   are degraded.  Mostly the older plastics that weren't made

23   like these to be biodegradable.  I think these bottles

24   (indicating) are made of biodegradable plastic today.  The

25   older plastics degrade due to ultraviolet radiation from

23

```
 1                       - BRUCE A. BELL -
 2     sunlight.
 3          Q    Do you have any, or have you ever looked at
 4     the biodegradability of plastic applicators for feminine
 5     products?
 6          A    No, I don't know what plastic they are made
 7     out of.  But, again, traditional plastics take a long time
 8     in the environment, but quantifying that is almost
 9     impossible without knowing the exact plastic and the UV
10     light exposure.
11          Q    I understand.  Do you have a general sense of
12     how long a long time is?
13          A    It's certainly more than months.  Beyond that,
14     I don't know.
15          Q    Do you believe it would be more than years?
16          A    For some plastics in some conditions, I am
17     sure it would be.
18               MR. ADELMAN:  I would urge the witness not to
19          speculate.
20               MR. BURKE:  If we could just limit the
21          objections to form, and not instruct the witness on
22          how to answer.
23               MR. ADELMAN:  Fine with me.
24               MR. BURKE:  Thank you.
25          Q    Doctor Bell, do you know if you still have the
```

30

1                        - BRUCE A. BELL -

2        A    They did.

3        Q    Did they continue to occur, if you know?

4        A    I assumed they did, but I don't know.

5        Q    Was there any kind of monetary settlement as

6    well in that case, if you know?

7        A    I'm sure there was.

8        Q    Do you have any recollection as to the amount

9    of that or not?

10       A    No.

11       Q    Do you know if the consent decree included any

12   provisions addressing spill that occurred after the consent

13   decree was entered in that case?

14       A    It did not.

15       Q    Do you know why not?

16       A    No, I wasn't part of negotiating that part of

17   the consent decree.

18       Q    Is it fair to say that every subsequent

19   sanitary sewer overflow would be a further violation of the

20   SPDES permit in that case --

21            MR. ADELMAN:  Objection to form.

22       Q    -- subsequent to the entry of the consent

23   decree?

24            MR. ADELMAN:  Objection to form.

25       A    I hate to play lawyer, so I won't.  That's

31

```
 1                      - BRUCE A. BELL -
 2    really a legal determination.
 3          Q    Well, let me break it down a little further.
 4               Would you agree that sanitary sewer overflows
 5    are violations of SPDES permits?
 6          A    In general, yes.
 7          Q    So, if the consent decree did not cover
 8    sanitary sewer overflows that occurred after the entry of
 9    the consent decree, in general those sanitary sewer
10    overflows would be a violation of the SPDES permit,
11    correct?
12               MR. ADELMAN:  Objection to form.
13          A    The reason I don't want to play lawyer is,
14    that consent decree had a design storm in it, which is
15    necessary, of course, to be able to design a remedy for a
16    sewer system.  And whether a -- in terms of a consent
17    decree, a post consent decree date violation that occurred
18    in rainstorm greater than design rainstorm, would not be a
19    violation of the consent decree.  Whether it's
20    theoretically and practically a violation of the SPDES
21    permit is something the EPA, to my knowledge, has wrestled
22    with since the '90's and hasn't been able to come up with
23    an answer, including using a federal citizens advisory
24    committee, or a federal advisory committee, to try and deal
25    with that issue.  And they simply have been unable to
```

32

1                    - BRUCE A. BELL -

2    resolve it.

3         Q     To this date?

4         A     To this date.

5         Q     And they are unable to decide whether

6    subsequent sanitary sewer overflows after the entry of a

7    consent decree violates a SPDES permit, is that correct?

8              MR. ADELMAN:   Objection to form.

9         A     What they are unable to deal with, have been

10   unable to deal with, is two things; the federal regulations

11   do not define the size of a design storm, and they were

12   trying to get agreement on that and never could, so while

13   in a consent decree you could say if it's bigger than this

14   storm, it's not a violation.   Whether you can do that under

15   federal laws, apparently is a question EPA couldn't answer.

16   The other is a general recognition that preventing all

17   sanitary sewer overflows is a practical impossibility.   No

18   matter how foolproof you try to make systems, fools are

19   more ingenious than you think.

20        Q     I didn't hear that last part.

21        A     No matter how foolproof you try to make

22   something, fools are much more ingenious than you think.

23   There are things beyond the control of a utility or a city.

24   EPA recognizes that.   The states recognize that.   The only

25   way they have been able to deal with it as a practical

33

1                    - BRUCE A. BELL -

2    matter is their discretion and when to enforce.

3              What EPA does in their consent decrees is set

4    a finite time frame and say these actions are intended to

5    reduce or eliminate SSO's towards the goal of the Clean

6    Water Act.  But they do not and have been unable to pass a

7    regulation that says what's beyond the control of the

8    operator.

9         Q    Let's take a step back now.  You talked about

10   the design storm?

11        A    Yes.

12        Q    In this case they proposed, "they" meaning the

13   Rockland County Sewer District, a design storm of 3 inches

14   within 24 hours, is that correct?

15        A    Yes.

16        Q    So is it fair to say that a storm of less than

17   3 inches in 24 hours which results in a sanitary sewer

18   overflow, would be a violation of their SPDES permit?

19        A    Not necessarily.

20        Q    Okay.  Well, in your prior testimony you said

21   that they come up with a design storm and a limit on the

22   design storm, correct?

23        A    Yes.

24        Q    And you talked about if it exceeded the design

25   storm limits, that then it would not be a violation of the

34

1                       - BRUCE A. BELL -

2    SPDES permit, correct?

3           A    Yes.

4           Q    So, wouldn't the inverse of that be true, that

5    if it was less than the design storm that it would be a

6    violation of the SPDES permit?

7           A    Yes, but you have to understand what a design

8    storm is.  A design storm is not solely the amount of rain

9    that falls in 24 hours.  We talked about it in shorthand

10   that way.  But there are two kinds of storms that can

11   affect, and this is true not only for sanitary sewer

12   overflows, but it's true for storm water draining anywhere.

13   There is two different kinds of storms - one of which will

14   drive the size of what you need and what facilities you

15   need.  One is the total rainfall over a relatively long

16   period of time, in that case a day in storm, sometimes they

17   use longer durations.  And then there is short-term intense

18   storm, you know, a downpour from a thunderstorm, which can

19   put a lot of water into the storm sewer, or a sanitary

20   sewer, if you've got inflow in a very short period of time.

21              The design storm that is used typically in

22   this country is a design storm derived by, I believe it was

23   the geological survey, USGS, that storm is a synthetic

24   storm, it's not meant to be a real storm, that combines

25   those two.  So, it's a storm that has a total of so many

                                                                37
1                         - BRUCE A. BELL -
2            Q     And on all of these spills listed on the day
3    of the event, none of them exceed 3 inches of rainfall in a
4    24 hour period, do they?
5            A     Actually, one does.
6            Q     Which one does?
7            A     8/29/11.
8            Q     Beg your pardon.  That one shows 7.2 inches of
9    rain, right?
10           A     Yes.
11           Q     But all the others, and I think there is
12   thirty-four listed here?
13           A     Yes.
14           Q     Of the other thirty-three, none of them exceed
15   3 inches, right?
16           A     None of them -- I don't know off the top of my
17   head whether or not any of them actually do exceed 3
18   inches.  Everything except the last column on the right in
19   this table and the highlighting in this table is Mr.
20   Lindsay's table.  And I disagree with where he used -- the
21   rain gauge he used.  And you can't tell from this whether
22   you had rainfall in excess of 3 inches in a 24 hour period.
23           Q     The rain gauge used, do you recall what rain
24   gauge that he used?
25           A     Midland Park.

38

1                    - BRUCE A. BELL -

2        Q    Isn't that the same one you used as well?

3        A    No.

4        Q    What did you use?

5        A    We used the United Water rain gauge in Spring

6    Valley, which is closer, and in New York, and is the same

7    rain gauge that the district uses --

8        Q    Do you recall --

9        A    -- for that area of the district.  They use

10   United Water gauges for other areas of the district that

11   are closer to other areas of the district.

12       Q    Do you have that United Water rain gauge that

13   you used?

14       A    I have data from it.  I don't have the gauge.

15       Q    I am sorry, I meant the data.  That's an

16   imprecise question.

17            I am going to ask you to produce a copy of

18   that United Water rain gauge data that you compiled.

19            Do you have any recollection of United Water

20   rain gauge data which would show, other than perhaps that

21   August 29, 2011 date that the rainfall exceeded 3 inches in

22   a 24 hours period?

23       A    Neither of the gauges are going to tell you

24   that directly because both of those gauges are 24 hour

25   records.  So, if I have a rainstorm that starts at 8:00 at

39

1                    - BRUCE A. BELL -

2    night and ends 8:00 the next night, I don't know whether I

3    had 24 hours, you know --

4        Q    In a 24 hour period --

5        A    -- you've got to use hourly rain data, which I

6    didn't do because I was merely commenting on what Mr.

7    Lindsay did.

8        Q    Does United Water provide hourly rain data?

9        A    If they do, I don't have it.  I have seen it

10   as daily written data.

11       Q    And the daily rain data by United Water, did

12   you compare it to the daily rain data that he provided from

13   Midland Park?

14       A    Only in a general way, and there is some

15   significant differences, but I can't remember what they

16   are.

17       Q    Okay.  Did you include in your report any of

18   those significant differences between United Water rain

19   data and the Midland Park rain data?

20       A    No.

21       Q    In this chart there is a number of dry weather

22   events, correct?

23       A    There is a number of events that Mr. Lindsay

24   defined as dry.  There are, I'm trying to see if there are

25   any that surely are dry by his definition.  I mean there

40

```
 1                      - BRUCE A. BELL -
 2      are some he lists as dry, with his definition.  There are
 3      some -- one that it's clear is dry by any definition.
 4      There are a number in which you can't tell because the
 5      Midland Park data has data gaps in it.
 6           Q    The sewer district prepares reports for the
 7      DEC regarding each spill, correct?
 8           A    Yes.
 9           Q    And the DEC also maintains reports regarding
10      spills, correct?
11           A    Yes.
12           Q    All right.  And the Rockland County Sewer
13      District would designate whether it's a wet weather event
14      or a dry weather event, correct?
15           A    I would have to look at the letters, but my
16      recollection is they will attribute a cause to the spill.
17      And if they believe it came from excess rainfall, I think
18      they will designate it as rainfall derived inflow, they
19      will report that.  If they believed it was a failure of a
20      piece of equipment, they will report that.  If they feel it
21      is a blockage due to something in the sewer, they will
22      report that.  I don't recall that they actually designate
23      spills as wet or dry.
24           Q    Do you recall reviewing any data where Dianne
25      Phillips provided information to the DEC where she
```

41

1           - BRUCE A. BELL -

2    identified dry weather spills versus wet weather spills?

3           A    I believe it was in the dry weather report.   I

4    didn't go back and compare them to the actual spill reports

5    for that time.  And I believe that report she provided him

6    with was, again, it's memory, I have to look at the report,

7    was basically the spills named in the consent decree.

8           Q    They prepared a wet weather abatement report,

9    correct?

10          A    Yes.

11          MR. ADELMAN:  Objection.

12          Q    "They" meaning the sewer district.  And they

13   also prepared a dry weather abatement report, correct?

14          A    Yeah, district's consultant did the wet

15   weather report.  The district did the dry weather report.

16          Q    Now, turning back to the chart that you

17   commented on, Mr. Lindsay's report, the first entry, the

18   second entry, beg your pardon.  The first entry is the

19   Cherry Lane pump station, the second one is 55 South Monsey

20   Road pump station?

21          A    Right.

22          Q    And it lists as a dry event, it states

23   principle reason was equipment failure?

24          A    Right.

25          Q    And then it says, "DEC reported gallon

42

1                          - BRUCE A. BELL -

2    spilled, 1500"?

3              A     Yes.

4              Q     Now, the report of gallon spilled, that's
5    what's reported to the DEC from the Rockland County Sewer
6    District, right?

7              A     Or if someone else reports a spill to the DEC,
8    that's what they have in their database, and it's normally
9    based on what the district puts in.

10             Q     So, if the district says that the amount of
11   the spill is unknown to the DEC, the DEC would write the
12   amount of the spill was unknown, right?

13             A     Correct.

14             Q     It's the district that is obligated to report
15   the amount of the spill to the DEC, is that correct?

16             MR. ADELMAN:   Objection to form.

17             A     Well, the district is required to report
18   spills into the database in their jurisdiction.  And they
19   are required, when able, to estimate the volume of the
20   spill.  It's not always possible to estimate the volume of
21   the spill, if it's reported to them long after it has
22   occurred and it's resolved itself, I don't know a way to
23   make a reasonable estimate of what the volume was.

24             Q     Well, wouldn't you be able to make a
25   reasonable estimate based on the time that you got the

43

1          - BRUCE A. BELL -

2    alarm that the pumps failed, or that there is an alarm that

3    there is a spill going on, to when it's abated?

4          A     If you have an alarm of any kind, if someone

5    calls in and says there is water coming out of a manhole,

6    you can make an estimate of the volume of the spill based

7    on if it's just in the sewer line, get out there, you see

8    the rate which it's coming out, there are some standard

9    methods that are used in the industry to attempt to measure

10   the flow rate or estimate the flow rate.  Almost everybody

11   uses the San Diego's method.  If you have the time of a

12   report and you know what time you stopped it and you look

13   at it around say, we'll, okay, it's coming out at 5 gallons

14   a minute or 100 gallons a minute, whatever it is, yes, you

15   can report a reasonable estimate of the spill.

16               If you get a call at 10:00 in the morning that

17   it looks like there's manhole spill, there is debris around

18   it, you have no idea when it started.  It's not flowing

19   now, so you can't make an estimate of flow rate, even if

20   you did have an idea when it was flowing.  There is just no

21   way to make an estimate of the spill.  You just report it

22   as unknown.  I can't tell you.  I don't know.

23         Q     And what would also contribute to the flow

24   rate and the rate of the spill would be response time, is

25   that correct?

44

1                       - BRUCE A. BELL -

2          A     It wouldn't contribute to the rate of the

3     spill.  It would contribute to volume.

4          Q     Not the rate, but the volume?

5          A     Right.

6          Q     And by "response time" we are talking about

7     getting out there and addressing the cause of the spill?

8          A     Response time in the industry is getting out

9     there and starting to address the spill.  Depending on what

10    you find when you get there, you can sometimes fix it

11    immediately, sometimes it's going to take you six hours to

12    fix the problem.  The only thing you really have control

13    over is the response time.

14         Q     And you are able to control the response time

15    by staffing, correct?

16         A     By staffing and by chain of command to get

17    people out.

18         Q     During your review of documentation and

19    deposition testimony did you review any -- or isn't it a

20    fact that Rockland County Sewer District has stated to the

21    DEC on a number of times that they have staffing issues as

22    to maintenance?

23         A     I don't recall.

24               MR. BURKE:  I'm going to marked this as

25          Plaintiff's 3.

45

1                        - BRUCE A. BELL -

2          (2/2/10 letter from DEC to Rockland County Sewer

3              District marked Plaintiff's Exhibit 3 for

4              identification.)

5              MR. BURKE:  Why don't we take a quick break?

6              MR. ADELMAN:  Yes, thank you.

7          (Recess taken.  Whereupon, following which, these

8              further proceedings transpired.)

9     BY MR. BURKE:

10         Q    I am showing you what's been marked as

11    Plaintiff's Exhibit 3.

12             MR. ADELMAN:  Do you have a copy?

13             MR. BURKE:  I'm sorry, I only made one copy of

14             the exhibits.  Some of them I have two, but because

15             of volume.

16             MR. ADELMAN:  If you could let me look at it

17             briefly before you ask the question?

18             MR. BURKE:  That's fine.

19                  (Handed to counsel.)

20         Q    Doctor Bell, this is a February 2nd, 2010

21    letter from Manju Cherian of the DEC to Dianne Phillips,

22    the executive director of the Rockland County Sewer

23    District, correct?

24         A    Yes.

25         Q    And in the second paragraph in this letter it

46

1                            - BRUCE A. BELL -

2     talks about, the DEC is saying to the Rockland County Sewer

3     District, "That you have informed us that there has been

4     insufficient staffing to perform pump station operations

5     and maintenance, especially during prolonged wet weather

6     events", correct?

7              A    Yes.

8                  MR. ADELMAN:  Objection to form.

9              Q    Does that refresh your recollection that the

10    Rockland County Sewer District had informed the DEC that

11    they had insufficient staffing to maintain the pump

12    stations during prolonged wet weather events?

13             A    I believe what this is referring to, and I

14    can't tell you the page in Dianne Phillips' deposition, but

15    she discusses and what she said was in the event that they

16    had a prolonged control failure at a pump station, over

17    24 hours, they had insufficient staff to maintain manual

18    control over the station for over 24 hours.  And that is

19    something that, in looking at the spill report letters from

20    the county or the district, that I did not see an event

21    that occurred because they needed to manually control -- or

22    that was prolonged, let's put it that way, by needing the

23    manually control pump station for over 24 hours.

24             Q    In reading this letter do you agree that the

25    DEC is instructing the Rockland County Sewer District that

47

1                          - BRUCE A. BELL -

2     they should do something to address the insufficient

3     staffing that's been reported to them?

4                  MR. ADELMAN:  Objection to form.

5          A    I would agree it says they urge the county to

6     secure funding for these critical positions.

7          Q    Do you know if the county has addressed any of

8     the maintenance, the staffing issues?

9          A    I don't know if they have addressed what they

10    have done with their staffing.  I do not know that they

11    have not had an SSO since, what's the date of this, since

12    early -- I think actually ever, but certainly since

13    February of 2010 that is a result of not having the staff

14    to manually operate a pump station.

15         Q    I think it also has to do with staff being

16    able to respond to spills at pump stations, isn't that

17    correct as well?

18         A    No.  It's operation and maintenance, it's not

19    response.

20         Q    All right.  But maintenance would deal with

21    issues of responding to clogs and the pumps, correct?

22         A    No, operation and maintenance, first of all is

23    a term of art.  They lump the two together because in pump

24    stations you don't have operators and maintainers, you have

25    people who do both, so they tend to use the term as one.

48

1                          - BRUCE A. BELL -

2              Maintenance, you know, unclogging a pump is

3     not considered maintenance.  It's considered response to,

4     in the field it's considered a response to a spill.  You

5     were out there responding to the spill and fixing it.

6     Maintenance is the routine, inspect the pump, make sure the

7     bearings are oiled, check all the things you need to check

8     on a pump.

9              As I recall in the 2010 report that this, I

10    think, refers to, I don't know whether the report was after

11    this meeting or before it, but in 2010 the county did look

12    at all the pump stations and provide a report.  And they

13    discussed in there how they had upped their routine

14    maintenance to make sure that you were basically

15    maintaining the equipment in accordance with the

16    manufacturer's instructions to maintain the equipment.

17          Q    Would maintenance of the pump station also

18    include cleaning the bar racks, if there were bar racks in

19    that pump station?

20          A    If they needed cleaning.

21          Q    Back to your supplemental report, which has

22    been marked as Plaintiff's Exhibit 2, in that supplemental

23    report it lists also resources affected in one column,

24    correct?

25          A    Yes, it does.

49

1                         - BRUCE A. BELL -

2         Q    And it says resources affected, water

3    source/soil?

4         A    Water course/soil.

5         Q    Beg your pardon, water course/soil, correct?

6         A    Yes.

7         Q    And the first wet weather event is at Cherry

8    Lane and they list there a creek, right?

9         A    Yes.

10        Q    And do you know this is data that is provided

11   to the DEC on the spill reports?

12        A    Depending on the source of the data, it may or

13   may not be.

14        Q    Well, you are familiar with the DEC spill

15   reports, are you not?

16        A    Yeah, yes, I am.

17        Q    And on the DEC spill reports they list water

18   source affected, do they not?

19        A    Sometimes.

20        Q    Well, they have a category for it?

21        A    They have a category for it, yes.

22        Q    Sometimes they list it and sometimes it

23   doesn't, right?

24        A    Yes.

25        Q    As you testified earlier, it's typically the

50

1                    - BRUCE A. BELL -

2    Rockland County Sewer District that's providing the

3    information regarding the spills to the DEC, is that

4    correct?

5             MR. ADELMAN:  Objection to form.

6        A    Yes, but I don't know offhand how the DEC does

7    it.  I know how other regulatory agencies that I am

8    familiar with do it.  There is an immediate report by

9    phone, which most agencies will put in their database the

10   information they have.  There is a requirement, I think New

11   York is typical, it's a five day requirement that a written

12   report be provided.  When that's provided, most agencies

13   update the database, correct it, correct anything, often

14   get revised spill estimates, because they have time to pull

15   flow charts and look at things, and you sometimes get, you

16   know, revised termination point of the spill, you get all

17   sorts of revisions based on time, to think about it, a

18   supervisor to actually look at the first impression and so

19   on.  There are amazing inconsistencies between the New York

20   State DEC database and the actual reports filed by the

21   district.

22             Now, I don't know, and I am guessing in 2012

23   it would be really hard to find anybody who knows that in

24   2006 what the initial report said over the phone.  But --

25        Q    Is the report, I am sorry, are you done?

51

1                        - BRUCE A. BELL -

2         A    You know, when the written report is the

3    definitive, this is the best we can do from whomever is

4    reporting, after we have had time to think about it and

5    check what we can check, it looks like to me that in many

6    cases the DEC, what's in the spill database is whatever

7    first phone call said.

8         Q    Okay.  And the first phone call is coming

9    from, in most instances, a person from the Rockland County

10   Sewer District who may be out at the site?

11                 MR. ADELMAN:  Objection to form.

12        A    It's either -- no, probably not.  It's

13   probably coming from the person at the site calling back to

14   the district, and the district, somebody there, passing it

15   on.

16        Q    But the source of the information is actually

17   something that's typically at the site --

18        A    Yes.

19        Q    -- that's reporting it to the district and

20   then the district making a call into the DEC, correct?

21        A    Yes.

22        Q    And moving to the next event listed on the

23   table, it's a dry weather event November 6, 2006?

24                 MR. ADELMAN:  November 8th.

25        Q    I'm sorry, this is really small print.  55

52

1                              - BRUCE A. BELL -

2       South Monsey, the next event.  We did the Cherry Lane one.

3                      MR. ADELMAN:  Okay, thank you.

4           A     Again it's listed as a dry weather event by

5       Mr. Lindsay.  It's not my conclusion.

6           Q     Okay.  So, it's listed as a dry weather event.

7       Actually, all the way over in your box where it says CEA

8       comments, those are your comments, right?

9           A     Yes.

10          Q     And it says, "Information correct", right?

11          A     Yeah.  Given the information that's in this

12      table, it's correct, given a missing data point for rain on

13      the day of the spill.  I can't say it's wrong.

14          Q     So, he's describing it as a dry weather

15      perhaps based on the data that he had, and you can't

16      quarrel with that, right?

17          A     Right.

18          Q     It lists there the resource affected, Saddle

19      River, right?

20          A     Yes.

21          Q     As you continue down weather, wet or dry

22      event, you see the next one from Cherry Lane where there is

23      32,000 gallons estimated spilled, right?

24          A     Yes.

25          Q     That was a wet weather event, or at least on

53

1              - BRUCE A. BELL -

2    this chart it's listed as a wet weather event.  And there

3    again the water source affected is the Saddle River, right?

4         A    Yes.

5         Q    And that continues throughout this report

6    where it lists the Saddle River as the affected water

7    source as a result of these spills?

8              MR. ADELMAN:  Objection to the form.

9         A    No, it lists the Saddle River sometimes.  It

10   lists the soil other times.

11        Q    Well, let's see how many times.  We talked

12   about thirty-four spills listed, right?

13        A    I haven't counted.  The numbers keep changing,

14   but it's somewhere around there.

15        Q    So, the approximate thirty-four spills listed,

16   fourteen of them list the Saddle River as the affected

17   water source?

18             MR. ADELMAN:  Objection to the form.

19        A    I thought I counted fifteen, but let's say

20   somewhere --

21        Q    Let's go with your number.

22        A    Somewhere just under half.

23        Q    Fourteen, fifteen of them as the affected

24   water source.  The others list soil, or sewer, or in one

25   instance I think it says creek?

54

1                       - BRUCE A. BELL -

2                MR. ADELMAN:  Objection to form.

3        Q    Is that correct?  And then one says unknown?

4        A    At least two say unknown.

5        Q    Okay.  Do you have any idea what it means as

6   to the resource affected water source/soil as sewer what

7   that means?

8                MR. ADELMAN:  Objection.

9        A    No.

10       Q    It doesn't seem to make sense, does it?

11       A    It is, yeah, actually it does, if what is

12  happening, and it's been known to happen, is you have a

13  spill, a small spill, and this was a small spill reported,

14  you get out there in a hurry, it's hasn't gotten away from

15  the area of the manhole that it's overflowing, you drop a

16  hose in it and you pump it over to the next manhole and put

17  it right back in the sewer.

18       Q    Do you know if those are occasions that

19  happened here, or you have no idea?

20       A    No, I don't know.  But I have seen reports

21  where that's exactly what's happened.

22       Q    On the wet weather event for April 15th, 2007,

23  actually, before we get there, you have a wet weather event

24  for March 2nd, 2007, the manhole, South Monsey?

25       A    Yes.

55

1                         - BRUCE A. BELL -

2        Q    There, there is 14,000 gallons estimated that

3    reached the Saddle River?

4             MR. ADELMAN:  Objection to form.

5        A    Well, yes, and if I'm reading the right one,

6    we are talking 3/2/07?

7        Q    Yes.

8        A    I wouldn't argue if it's a wet weather event

9    because the district reported it is due to rainfall derived

10   inflow.  But the volume of that spill is reported as

11   75 gallons.

12       Q    In a subsequent letter, right, the initial

13   report was 14,000?

14       A    Yes.

15       Q    And then you have the next entry, April 15,

16   2007, 754 Saddle River Road which, if you know, is that the

17   Saddle River pump station?

18       A    Yes.

19             MR. ADELMAN:  Objection to form.

20       Q    And that has 390,000 gallons?

21       A    Yes.

22       Q    And there it lists the day as a .7 for the day

23   of the rainfall, correct?

24             MR. ADELMAN:  Objection to form.

25       A    It does.

56
1                              - BRUCE A. BELL -

2          Q    Far below the 3 inches that we are talking

3    about, right?

4          A    Yes, but, number one, I don't remember off the

5    top of my head what the other data shows.  And second of

6    all, you are into the same problem of that spill continued

7    for, as I recall, a while.  So, whether you technically

8    started it at 11:00 at night, with 7/10ths of an inch of

9    rain that day, and the 24 hours you are dealing with is

10   carried over --

11         Q    But the day of the spill it's listed as the

12   15th --

13              MR. ADELMAN:  Objection to the form.

14         Q    -- not the 16th?

15         A    Yes.  Actually, that's not true.  I'm sorry.

16   The district letter says the spill occurred on the 16th.

17         Q    Okay.  And the district letter that corrected

18   it said that the resource that was affected was the Saddle

19   River?

20         A    Yes.

21              MR. ADELMAN:  Objection to the form.

22         Q    And the resource affected there, the Saddle

23   River, 390,000 gallons of waste water as a result of their

24   estimates --

25              MR. ADELMAN:  Objection to form.  Sorry.

57

1                    - BRUCE A. BELL -

2        Q    -- that flowed from the Saddle River pump

3    station, correct?

4              MR. ADELMAN:  Objection to form.

5        A    Let's clear up something.  The spill report

6    said waste water, or the SSO, got to the Saddle River.  As

7    I recall it didn't say 390,000 gallons got to the Saddle

8    River.  They are two different animals.  One is what was

9    estimated at a pump of station, it's pretty easy to

10   estimate because you have got a flow meter to deal with.

11   What spilled?  It's not so easy to estimate what went into

12   the river, although people do it if they are there during

13   the spill.  It inevitably is less.  The question is how

14   much less.

15       Q    But you are not going to say none of that got

16   to the river, are you?

17       A    No, the district reported that it got to the

18   river.  There is no reason they would report something that

19   wasn't good for them if it wasn't true, that I could think

20   of.

21       Q    And that's not good for them when they are

22   saying that their sanitary sewer overflow is getting to a

23   water source, correct?

24             MR. ADELMAN:  Objection to the form.

25       A    It's much better for them to be able to say

58

1                    - BRUCE A. BELL -

2    honestly that it never got there.

3         Q    The next event at the Saddle River, I'm just

4    going to skip down and go by date.  You have a spill on

5    April 17th at the Saddle River Road, Ramapo, beg your

6    pardon, one above that, you have the Hillside Avenue and it

7    says that the affected waterbody again there is the Saddle

8    River --

9              MR. ADELMAN:  Objection to form.

10        Q    -- is that correct, on April 15th?

11        A    Yes.

12        Q    And then in your corrected section or comment

13   section, you said that the volume was 12,000 gallons?

14        A    Yes.

15        Q    And, again, the date of the rainfall, the day

16   of the spill reported was .7, correct?

17             MR. ADELMAN:  Objection to form.

18        A    Yes.

19        Q    And there was no modification to say that the

20   spill was actually the next day, correct?

21             MR. ADELMAN:  Objection to form.

22        A    I don't see one.

23        Q    The next listed is 417 East Saddle River Road,

24   another spill.  We don't know the volume.  It just says

25   affected area by pump of station, correct?

59
1                        - BRUCE A. BELL -
2           A     Yes.
3                 MR. ADELMAN:  Objection to form.
4           A     Yeah, I assume that the way we did this, we
5     couldn't find a district report either.  Okay, go ahead.
6           Q     Then we have a dry event listed, East Saddle
7     River Road.  Affected waterbody, Saddle River?
8                 MR. ADELMAN:  Objection to form.
9           A     Yes.
10          Q     Now, it looks like we had spills on the 15th,
11    the 16th, the 17th, and the 18th of April 2007, correct?
12                MR. ADELMAN:  Objection to form.
13          A     Yes.
14          Q     All in the vicinity of the Saddle River pump
15    station?
16          A     Yes.
17                MR. ADELMAN:  Objection to form.
18          A     Yes.
19          Q     And all, actually, almost all of them listing
20    the affected water source as being the Saddle River,
21    correct?
22                MR. ADELMAN:  Objection to form.
23          A     Almost all.
24          Q     The next entry October 12th, 2007, you have
25    another spill, Saddle River pump station.  It lists